IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION |
| LAZARA ORDAZ, | NO. 98-587 |
| Defendant. | |

## ORDER

**AND NOW**, this 9th day of October 2020, upon consideration of Defendant's Motion for Compassionate Release (Doc. No. 955), the Government's Response in Opposition (Doc. Nos. 959, 960), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion (Doc. No. 955) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.

1