IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAZARA ORDAZ,<br><br>     Defendant. | CRIMINAL ACTION<br>NO. 98-587 |

## ORDER

**AND NOW**, this 1st day of December 2023, upon consideration of the letter dated November 1, 2023 from Jan R. Schneiderman on behalf of Defendant (Doc. No. 967) and the letter dated November 30, 2023 from Robert A. Zauzmer, Esquire, counsel for the Government (Doc. No. 968), it is **ORDERED** that the Clerk of Court shall seal Defendant's Petition for Executive Clemency (Doc. No. 953), Defendant's Motion for Compassionate Release (Doc. No. 955), and the Affidavit in Support of Defendant's Motion for Compassionate Release (Doc. No. 956).

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.