UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF
AMERICA,

v.                                              No. 2-98-cr-00587-JHS-1

LAZARA ORDAZ

--------------- *I*

**Motion for Admission Pro Hac Vice**

As a member of the Bar of the Eastern District of Pennsylvania, I hereby move for the admission of Attorney Catherine Sevcenko to this Court *pro hac vice* in the matter captioned above. Ms. Sevcenko has been practicing law for over 20 years. She is a member of good standing in the DC Bar (#484218) and has also been admitted to the bars of the U.S. Supreme Court, the courts of appeal for the Fourth, Fifth, Sixth, Ninth Circuits as well as the DC Circuit. She is also a member of the Eastern District of Michigan and the District of Columbia District Court.

Ms. Sevcenko currently devotes a large part of her practice to filing motions for reductions in sentence, commonly referred to as compassionate release. She has filed ten motions since 2021 and so

understands how the applicable law has developed since the passage of the First Step Act and the adoption of new guidelines by the U.S. Sentencing Commission. Because Ms. Sevcenko has a strong attorney relationship with Ms. Ordaz and because she specializes in this area of law, it makes sense for her to enter an appearance in this case.

I am satisfied that Ms. Sevcenko possesses the necessary qualifications to practice in this Court. One of my colleagues sought Ms. Sevcenko's counsel in a separate case and believes that her contributions helped secure a good outcome. The necessary application form, sponsorship form, and proposed order are attached to this motion.

Respectfully submitted,

/s/ Nia Holston

PA Bar # 327384
Abolitionist Law Center
PO Box 8654
Pittsburgh Pa 15221
267-357-0948.

## CERTIFICATE OF SERVICE

This motion was served on all counsel of record via the ECF/CM system on July 1, 2024.

/s/ Nia Holston