IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAZARA ORDAZ,<br><br>              Defendants. | CRIMINAL ACTION<br>NO. 98-587-1 |

## ORDER

**AND NOW**, this 3rd day of July 2024, upon consideration of the Motion for Pro Hac Vice Admission of Catherine Sevcenko, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) (Doc. No. 970), it is **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.