# EXHIBIT A

Maritza DeFabian


I have known Lazara Ordaz for almost 30 years. Despite some of the poor choices she made, she always had a heart of gold. She helped people in the neighborhood as well as her family with the money she made.

When I heard she is being denied compassionate release because of an incident 22 years ago where my daughter was hit by bullets, I knew I needed to speak

This incident began when Lazara asked some young men riding dirt bikes in the breezeway to ride somewhere else because there were young kids out playing. They became angry at her; they apparently went and got guns and came driving up the street. Lazara was telling all the kids to go inside quick. Then the car pulled up in front of my house and stopped. She turned to face them and didn't see the my daughter Chill was still playing on the porch. They started shootings and while she did shoot back in self defense, her back was towards my house and there is no way she is responsible for my daughters injuries. I told the police that at the time. I told them there was a security video from my neighbor that showed what I am saying is true. Lazara did not shoot my child. Over twenty years has passed. Shortly after the shootout Lazara was arrested and convicted by The Feds for selling drugs and she has been incarcerated all this time. I know she has seen the mistakes she made when she was young and she has used the time to educate herself and prepare herself to be a contributing member of society. She wants to help young kids who are making similar mistakes to the ones she made so many years ago. My daughter, Chili is grown up now with kids of her own. Our family does not believe that Lazara did anything that day but try to protect the children. She deserves a second chance. She is over 60 years old now and the community is prepared to welcome her home. She has a job opportunity waiting.

Please consider the things she has learned during her incarceration. Please do not deny her the chance to show us that heart of gold which has never died.


Sincerely and truthfully

Maritza DeFabian

Maritza DeFabian