# EXHIBIT B

Maritza DeFabian
426 Eleanor St
Philadelphia PA 19120
267-983-7727

I have known Lazara Ordaz for almost 30 years. Despite some of the poor choices she made, she always had a heart of gold. She helped people in the neighborhood as well as her family with the money she made.

When I heard she is being denied compassionate release because of an incident 22 years ago where my daughter was hit by bullets, I knew I needed to speak

This incident began when Lazara asked some young men riding dirt bikes in the breezeway to ride somewhere else because there were young kids out playing. They became angry at her; they apparently went and got guns and came driving up the street. Lazara was telling all the kids to go inside quick. Then the car pulled up in front of my house and stopped. She turned to face them and didn't see the my daughter Chill was still playing on the porch. They started shootings and while she did shoot back in self defense, her back was towards my house and there is no way she is responsible for my daughters injuries. I told the police that at the time. I told them there was a security video from my neighbor that showed what I am saying is true. Lazara did not shoot my child. Over twenty years has passed. Shortly after the shootout Lazara was arrested and convicted by The Feds for selling drugs and she has been incarcerated all this time. I know she has seen the mistakes she made when she was young and she has used the time to educate herself and prepare herself to be a contributing member of society. She wants to help young kids who are making similar mistakes to the ones she made so many years ago. My daughter, Chili is grown up now with kids of her own. Our family does not believe that Lazara did anything that day but try to protect the children. She deserves a second chance. She is over 60 years old now and the community is prepared to welcome her home. She has a job opportunity waiting.

Please consider the things she has learned during her incarceration. Please do not deny her the chance to show us that heart of gold which has never died.

Sincerely and truthfully

Maritza DeFabian
Maritza DeFabian

1

TO WHOM IT MAY CONCERN
DATE : 11/12/2023
SUBJECT : CHARACTER REFERENCE LETTER FOR LAZ ORDAZ

TO WHOM IT MAY CONCERN

Laz Ordaz is someone I know for many many years. We were both in Coleman Camp and Marianna Camp together. She is someone who always kept her word and always operated with the highest level of integrity. She has a very good character and gets along with everybody. Laz has fully rehabilitated after serving more than 25 years incarcerated and deserves the opportunity to have a 2nd Chance at life. Keeping her incarcerated any longer is counter productive to re-entry goals. Please consider her strongly for a sentence reduction under the new Sentencing Guidelines of November 1st, 2023. She certainly has extraordinary and compelling circumstances in her favor.
Thank you and Best Regards,
Marian Morgan
#74212-083
Marianna Prison Camp
Marianna, Florida

*Marian Morgan*

2

To Whom It May Concern;

My name is Kimberly Robinson. I am 64 years old. I consider it a pleasure and honor to write this letter on behalf of Lazara Ordaz. I have known Lazara for over 5 years and I have seen her grown in her walk with God. She has a heart of service. The new ladies that come in and the ones who has been incarcerated for years know she will be there for support by listening or a shoulder to cry on. Her heart is pure, she is not bitter. Lazara has been down over 24 years she has paid he debt to the community. She deserves a second change she will be 65 years of age in December. What more can she give. We that know her trust her unconditionally, she has family and many friends who support her. She has taken many VT classes , and worked at Unicor for over 15 years. I employ you to give my friend a second change she has complied with everything ask of her she is not getting any younger, please allow Lazara freedom. God Bless and may God be in your decision.

Kimberly Robinson 64902-019

11-12-23

To whom it may Concern,

My name is Sara Hoehn #21278-017, I have
been friends with Lazara Ordaz since 2015, I
have also worked with her at Unicor which has
given me the experiance with her as both
friend + coworker. laz is a hard worker with
many great skills, she can be very productive
in society, she has been determined not to
let the time bring her down. she wakes up
each day to strive to be a better person. She
has a great personality and a very hard worker
despite her age. I know that she is ready to be
out into society. & a law-abiding citizen. If
given the chance. im asking you to please allow
her a chance to show you she isn't the same
person she came in as. its time for her to
show what a wonderful person she is and
to be someone other than a number. I
Thank you for giving her an opportunity,
and for your time.
                    Sincerely,
                    Sara Hoehn.

4

To whom it may Concern:

My name is Yessenia Jimenez, AND I AM WRITING TO EXPRESS MY SUPPORT FOR LAZARA ORDAZ. I HAVE KNOWN LAZARA FOR OVER 5 YEARS AND HAVE OBSERVED SIGNIFICANT POSITIVE CHANGES IN LAZARA'S COMMITMENT TO REHABILITATION.

DURING HER INCARCERATION, SHE HAS CONSISTENTLY SHOWN A STRONG DESIRE TO REFORM AND GROW AS AN INDIVIDUAL. SHE HAS ACTIVELY PARTICIPATED IN SEVERAL EDUCATIONAL PROGRAMS OFFERED AT THE FACILITY. LAZARA HAS NOT ONLY COMPLETED THE PROGRAMS BUT HAS ALSO DEMONSTRATED A GENUINE PASSION FOR LEARNING AND SELF-IMPROVEMENT. SHE WORKED AT UNICOR FOR OVER 15 YEARS WHERE SHE MAINTAINED A STRONG WORK ETHIC, RESPECTFUL, AND COOPERATIVE ATTITUDE TOWARDS THE STAFF. SHE HAS CONSISTENTLY ADHERED TO THE RULES AND REGULATIONS OF THE PRISON AND HER INTERACTIONS WITH STAFF AND FELLOW INMATES HAVE BEEN CHARACTERIZED BY KINDNESS AND PROFESSIONALISM.

MOREOVER, LAZARA HAS BEEN A POSITIVE INFLUENCE ON HER FELLOW INMATES. HER WILLINGNESS TO MENTOR AND SUPPORT OTHERS IN THEIR REHABILITATION EFFORTS HAS BEEN COMMENDABLE.

I STRONGLY BELIEVE THAT LAZARA HAS THE POTENTIAL TO SUCCESSFULLY REINTEGRATE INTO SOCIETY AS A LAW ABIDING AND PRODUCTIVE CITIZEN. HER COMMITMENT TO REHABILITATION AND PERSONAL GROWTH IS EVIDENT, AND I AM CONFIDENT THAT SHE HAS THE DRIVE AND DETERMINATION TO CONTINUE THIS PATH OF POSITIVE CHANGE. I RESPECTFULLY ASK YOU TO GIVE MY FRIEND A SECOND CHANCE FOR FREEDOM. GOD BLESS YOU AND THANK YOU.

Yessenia Jimenez
85450-054

6

To whom it may concern, I jamisleichy galarza I'm writing a character letter for Lazara Ordaz. I met her April of 2022. She has shown me what a friend should be and what qualities a friend should have. Lazara has done decade, after decade in prison and even it's ^though its^ been hard for her being away from her family and friends. She has not let that alter who she is as a person. Others in her position would have hardened themselves, be closed off or even negative. She is the opposite. Always holding on to hope and her faith in God that she will be reunited with her loved ones again. Lazara is caring, loving and a caretaker. It's been a pleasure to get to know her and learn from her. She has shown me nothing but kindness. Lazara did not let her time change her for the worse but instead she used it to better her skills and in being productive while in prison. She has learned many trades that she will be able to use when she is home. She walks with integrity day by day. Lazara is very optimistic about her future. But in the day to day she makes sure she is making the best of it. Helping that the unit is clean and orderly. She works well with others. Being very

7

Polite with staff and authority figures
aswell as her fellow peers.
Lazara treats everyone equally.
Thankyou for allowing me to express what
a great person Lazara Ordaz is. I hope
you take my letter into consideration and
that you too are able to see Laz as who
she is.

       Thank you again,
       Jamisledly Galarza

8

To Whom It may Concern:

For all the years I've known Lazara Ordaz, she's been a hard worker, pulls her own weight, and stays out of trouble. I'm happy to have had the pleasure of meeting her. She's influential and has a heart of Gold. Ordaz helps others without them having to ask. She'll give you a shoulder to cry on and an ear to listen to all your problems. There isn't anything that ms. Lazara Ordaz wouldn't do for you.

Sincerely yours,

Karen Collins 71730-018

To whom it may concern:

My name is Naomi Titus. It is truly an honor to be able to write to you about the characteristics of Lazara Ardaz.

I have known Laz since she moved into this unit in April 2022. It was to my shock to find out that she has been down for over 20 years! The moment I met her, she buzzed with this intoxicating energy! So positive and outgoing. Being humble is a variety seen in our environment, but she just radiates with it effortlessly.

Laz took on the arduous efforts as head orderly. You can see the pride in her work as the floors shine brilliantly. I have personally lived in this unit for three years and it's never looked better.

I have learned numerous things from her. Her perspective in life feels like a fresh of breath air. Laz is honest, has integrity, a great motivator and I'm fortunate to have met her. I am a better person for it. Thank you so much.

Sincerely,

Titus    Naomi Titus

10

11/11/23

To whom it may concern,

   I am writing this letter on behalf of Lazara Ordaz. I have known Ms. Ordaz for a couple years and she has shown me so much, taught me so much and I have also learned so much from her. The hardwork and dedication I have seen her input into everything she does is remarkable. You will never see her with anything other than a smiling face and a helping hand. She is the voice of reason amongst peers, stands up for what she believes in, the hardest worker and most genuinely honest person I have ever met. If the world had more people, like Ms. Ordaz, it would be a much better place.

Michelle Stubbs

To whom it may concern:

Hi, my name is Dulce Garcia. I have the pleasure of knowing Lazara Ordaz for nearly two years now. I have never met anyone as genuine as she is. She puts her whole heart into anything she is doing. She is the head orderly and you can see the joy in her work.

There are times where she is challenged with tasks that is painstakingley difficult, but in those times I am inspired by how she pushes past her limits and continue joyously always smiling. Her life state shines so brightly that it's infectious. Laz affects me in such a positive way. She has definitley impacted me. Thank you.

Sincerely,

Dulce Garcia

Dulce Garcia

12

11/11/23

To Whom it may Concern;

Lazara is a wonderful, caring, hardworking inmate. She goes out of her way to help others and is always checking on people in need of guidance. The unit runs smooth due to her hard work. If given a chance for early release she will do very well. Her faith and caring nature will be missed, but she need to take that step and start her a new life.

Sincerly,
Sheila Elliott

To whom it may concern

I am writing on behalf of. Ms Lazara Ordaz. I have known Ms Lazara Ordaz for 1 yrs. During that time Ms Lazara Ordaz has learned accountability, humility, and responsibility. This time away from her loved ones has had a significant effect on her life. She has created and lived by the mission to live with integrity and to make a difference in her life as well as the lives of others. She has shown charity by sharing love regardless of her situation sacrifice by devoting her time, knowledge and wisdom to the younger generation who have crossed her path. She's made an impactful impression upon the community with her changes over these last many years and society would benefit from her presence among them. Thank you for your time and consideration in this matter.

Sincerely,
delestine Strong

14

Dear Judge

Ive been living with Lazara Ordaz for over a year now and I want to express how great of a person she is. She spends most of her time taking classes, helping people, bettering herself, and doing things to help our community. there are people who go through problems mentally and emotionally and ordaz uses her wisdom & past experiances to help people from different walks of life. She also helps the addicts get clean and invest their time doing positive things.

Ordaz is a very positive person and very much so rehabilitated. I really believe that this experiance has changed her for the better. I dont feel like her past mistakes should define who she is today because she has become a person full of wisdom, Integrity, and a great example for the younger people. Shes also a very hard worker and teaches people about good work ethics.

She has personally helped me become a better person. I was constantly fighting, using drugs, and feeling like I had nothing to live for but ordaz counseled me and helped me understand my purpose. She also taught me that its never too late to change and that we should never stop striving to be better. I do beleive that ordaz deserves another chance at life outside of prison because she would help so many people and would be a positive influence on the community.

Thank you for your time
— maria Gonzalez

15

November 7, 2023

To Whom it may concern:

I have known Lazara Ordaz for almost two (2) years. We have not only lived in the same housing unit but have been part of the same working team.

Lazara is an extremely hard worker with an abundance of valuable work ethic. She is always the first to lend a helping hand and would give you the last shirt off her back if you need it.

Lazara has earned the respect of not just her fellow inmates but of the correctional staff as well including officers and the executive staff.

Lazara is consistently in touch with many family and friends and has an amazing and loyal support system.

Lazara would be an asset anywhere she goes and has proven herself and earned the right to an opportunity to prove it to others.

Should you have any questions or require additional information, please advise.

16

Sincerely,

SYLVIA HOFSTETTER
ID# 48176-074

NOV 7, 2023

From: Crystal Y. Martinez
       FCI Tallahassee

To whom this letter may concern,
It's been 2 years since I met Lazara
Ordaz in Tallahassee, Florida FBOP.
She has always been the same person,
loving, caring, respectful, dedicated,
with a positive attitud no matter
the circumstances. A hard-working
woman, always full of joy willing to
help others. Having Lazara in my
life has made me see life on a
different perspective. Because of her
good advice on every conversation
we've had I know that she is
ready to go back into society.
I am proud to write this letter
because I know she deserves a second
chance and I hope you take into
consideration all the changes she
has made through all her time
incarcerated. Just like her family deserves
a second chance to have Lazara Ordaz
in their life. Thank you for taking

18

your time on reading this sincere
letter . Thank You

Crystal Y. Martinez

November 7, 2023

From: Kortney Stepich
        FCI/Tallahassee

To whom this letter may Concern,
   I am writing this letter for Lazara Ordan.
I met Laz at FCI Tallahassee. She is
a hardworking loving person. It has
been a year since we met and I have never
met Someone with Such drive and
dedication. She always has a smile on
her face no matter what. Always Caring
for others. In the Situation we are in
being away from family and friends. It's
hard for many. But having Laz in my
life the last year has made that better
as she is positive, kind, and one of the
best people to work with. She deserves
to be home with her family. She has a
Caring family and friends and if anyone
deserves to go home I pray its her. In
all the years of her being down Laz has
truly learned the lessons from her
actions and has kept herself active
and Strong. I am truly blessed to have
Someone like this in my life. I am

20

proud to write a Character letter on her behalf. I hope that the Court can see what an amazing person she truly is and how important it is for her return home to family. Please take this Character letter in Consideration. As Lazara will be truly missed by Staff and fellow friends No one deserves to be home More. Thank you.

Kortney Skepich

Lazara Ordaz is a very bright and intelligent women. She is very kind and giving. She would help or do anything to see you happy. If it is possible Lazara will do it for you. She is a hard worker and will always get the job done. I am very honored that I have been able to get to know her. She has helped alot of women do their time the right way. She will advice you to go to class, get a GED anything to better yourself. She is a real friend and they are hard to come by in a place like this. There is only one word that can sum up Lazara Ordez that is "LOVE". She is the true meaning of the word.

Sincerely

Dorothy Smith

# Sharon White

**From:**  NUNEZ MARIA (            )

**Sent Date:**  Sunday, July 7, 2024 6:51 PM

**To:**                          @gmail.com

**Subject:**  LAZARA ORDAZ


I LIVE IN THE SAME ROOM AS LAZARA ORDAZ AND HAVE BEEN HER ROOMMATE FOR THE PAST TWO YEARS. DUE TO HER AGE AND HER HEALTH, I OFTEN HAVE TO ASSIST MS. ORDAZ IN ALL OF HER DAILY ACTIVITIES INCLUDING HELPING HER DRESS, MAKING HER BED, MAKING SURE THE ROOM IS INSPECTION READY, CLEANING THE FLOORS AND ALSO HAVE TO ASSIST HER AROUND THE COMPOUND WHEN SHE HAS TO GO TO DIFFERENT DEPARTMENTS WHETHER FOR MEDICAL CALL OUTS OR OTHER THINGS. SHE HAS TROUBLE WALKING LONG DISTANCES WITHOUT GETTING WINDED AND NEEDS HELP CARRYING ANYTHING THAT SHE IS GIVEN. LAZARA TAKES A LOT OF MEDICATION ON A DAILY BASIS AND OFTEN NEEDS ME TO STAY ON TOP OF THAT SO SHE DOESN'T FORGET TO TAKE ANY OF THEM. BECAUSE OF HER HEALTH ISSUES, SHE CAN NOT ALWAYS EAT THE FOOD AT THE FOOD HALL SO I HELP HER MAKE HER MEALS AND MAKE SURE SHE IS COMFORTABLE AND EATS THEM. LAZARA WOULD BE MUCH BETTER OFF AT HOME WITH THE ASSISTANCE OF HER FAMILY.

PLEASE LET ME KNOW IF YOU NEED ANY OTHER INFORMATION. THANK YOU.

MARIA NUNEZ

# Sharon White

---

From:        GALARZA JAMISLEIDY (                    )

Sent Date:   Sunday, July 7, 2024 7:21 PM

To:                              @gmail.com

Subject:     LAZARA ORDAZ

I am writing this letter on behalf of Lazara Ordaz who is an inmate with me at the Federal Correctional Institution in Tallahassee, Florida. I have know Lazara her entire stay at this prison and have watched her become a shell of the person she once was. The activities that used to come easily to Lazara are no longer easy at all. She gets winded easily and often is seen walking with the assistance of another inmate. She requires help doing most of her daily living activities, even requiring a chair to sit on in the showers. The compound requires a lot of walking, sometimes up and down flights of stairs and all of this creates issues for Lazara as she maneuvers around the facility. She spends a lot of time in her room so that she does not get too tired and always has an amazing disposition. She is an easy person to have fondness for and try to help as much as possible. She is the type of inmate who would give others the last shirt off her back so it seems only fitting that she get the help of those around her as often as possible.

If you need any other information or have any questions, please feel free to contact me.

Thank you.

# Sharon White

| | |
|---|---|
| From: | WEEKS SAVANNAH MARIA (          ) |
| Sent Date: | Sunday, July 7, 2024 5:49 PM |
| To: | @gmail.com |
| Subject: | Lazara Orda 52247-066 |

This letter is in reference to Lazara Ordaz.
Lazara is an older individual who is 65 years of age. She has to have help on a daily basic with duties as us inmates has to maintain. She needs help making her bed, reading, carrying her commissary, showering, many other things that i assist her with. She has a hard time using the stairs. Lazara is many health problems. She really does have a hard time with prison life. She has been in here a very long time. I hope that the Judge takes that into consideration. I try to be there for her as much as possible, I pray for the Judges heart to be soften and i pray that Lazara will be granted compassionate release because it is a struggle for her every single day in prison. Lazara is an elder woman and i am a younger woman, it is hard for me to do time so i can only imagine how it is on her each day. i watch her everyday and it is very heart breaking. Thank you so much for taking the time out to read this.

# Sharon White

From:       HOFSTETTER SYLVIA (███████)

Sent Date:  Sunday, July 7, 2024 5:19 PM

To:         ████████████@gmail.com

Subject:    LAZARA ORDAZ

To whom it may concern:

I have been at FCI - Tallahassee with Lazara Ordaz for her entire time here. We have lived in the same housing unit since she arrived and although she is a very well put together lady, her age has definitely affected her quality of life in prison. She has great difficulty walking long distances, even to go to the Food Hall each day which we are required to do 3 times a day for our meals. She has difficulty going to Commissary and requires assistance of other inmates to carry her purchases and organize them for her. She requires assistance going up and down any stairs which are all over this compound and she is often short of breath and is forced to take long naps and breaks in order to regain some sense of equilibrium. Being 65 years old in prison, after doing over 25 years on a federal sentence should be grounds alone for compassionate release but taking into account that Ms. Ordaz experiences so many debilitating health issues, is one numerous medications, has to use an inhaler and a C-Pap machine and generally needs assistance with most of her daily activities should warrant series consideration for release to home confinement where she will have the round the clock assistance of her family members as well as access to much better medical care.

If you should have any questions or require any additional information, please feel free to contact me.

Thank you.

Sylvia Hofstetter
████████

# Sharon White

---

From:        MOONDA DONNA J (████████)

Sent Date:   Sunday, July 7, 2024 5:19 PM

To:          ████████@gmail.com

Subject:     Letter for Lazara Ordaz

This letter is in reference to Lazara Ordaz # 52247-066 whom I have known since my incarceration on July 24, 2006.  I met Lazara at Danbury FCI and she was a vibrant and energetic person.  We are both the same age of 65 and continue to fulfill our prison sentences even though our age has caught up to us.  It breaks my heart to see the decline in Lazara over these many years.  She has multiple medical issues that interfere with her daily life living in prison.  Prison is hard enough without experiencing the aging process and debilitating issues that is associated with getting older.  Lazara tries her best to function but cannot do so without the help of others.  Its is hard for her to ask for help when those around her find it bothersome.  It is difficult for Lazara to travel stairs and this puts limits on where she can go over the compound.  She has to have someone carry her commissary back to the unit as it is too heavy for her.  Our beds need to be made daily and rooms clean for inspection and Lazara needs someone to do that for her.  Her asthma causes her such shortness  of breath and wheezing I sometimes wonder if this is going to be her last breath.  Her eyesight is failing that she has to ask others for assistance in reading the computer and filling out forms.  As inmates, we are expected to work at a job and be self sufficient.  For someone older with numerous health issues it is an extremely difficult way to live.  We fight to see medical for our chronic care problems.  It is normal to be stressed out wondering if our necessary medications will be refilled before the perscription runs out.  As older inmates, it is hard because we are forgotten in this system.  Time has caught up with Lazara and it is very sad to see the stgruggle she faces daily with attempting to just do normal tasks.  Please strongly consider Lazara for compassionate release and end the inhumane way Lazara Ordaz tries to survive as an older inmate.

Sincerely,

Donna Moonda
████████