# EXHIBIT C
# Part 1

 **Quest** Diagnostics®

**Report Status: Final**
**ORDAZ, LAZARA**

| Patient Information | | Specimen Information | | Client Information | |
|---|---|---|---|---|---|
| **ORDAZ, LAZARA** | | Specimen: TM383719N | | Client #: 66002683   31LE999 | |
| | | Requisition: 1037680 | | NEGRON, IVAN L | |
| DOB: | AGE: 61 | | | COLEMAN FCC-LOW | |
| Gender: F | Fasting: U | Collected: | 10/21/2020 / 08:00 EDT | 846 NE 54TH TERR | |
| Phone: NG | | Received: | 10/22/2020 / 02:47 EDT | COLEMAN, FL 33521 | |
| Patient ID: 52247-066 | | Reported: | 10/27/2020 / 02:37 EDT | | |

### Endocrinology

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| VITAMIN D, 1,25 DIHYDROXY | | | AMD |
| VITAMIN D, 1,25 (OH)2, TOTAL | 53 | 18-72 pg/mL | |
| VITAMIN D3, 1,25 (OH)2 | 53 | pg/mL | |
| VITAMIN D2, 1,25 (OH)2 | <8 | pg/mL | |

Vitamin D3, 1,25(OH)2 indicates both endogenous production and supplementation. Vitamin D2, 1,25(OH)2 is an indicator of exogenous sources, such as diet or supplementation. Interpretation and therapy are based on measurement of Vitamin D,1,25(OH)2, Total.

This test was developed and its analytical performance characteristics have been determined by Quest Diagnostics Nichols Institute, Chantilly, VA. It has not been cleared or approved by the FDA. This assay has been validated pursuant to the CLIA regulations and is used for clinical purposes.

Physician Comments:

**PERFORMING SITE:**
AMD   QUEST DIAGNOSTICS/NICHOLS CHANTILLY, 14225 NEWBROOK DRIVE, CHANTILLY, VA 20151-2228 Laboratory Director: PATRICK W. MASON,MD,PHD, CLIA: 49D0221801

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



**U.S. Medical Center for Federal Prisons**
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** ORDAZ, LAZARA | **Facility** FCI Coleman Low | **Collected** 10/21/2020 13:44 |
| **Reg #** 52247-066 | **Order Unit** F02-123U | **Received** 10/22/2020 11:43 |
| **DOB** | **Provider** Karina Franco, MD | **Reported** 10/22/2020 14:34 |
| **Sex** F | | **LIS ID** 150204301 |

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Sodium | | 141 | 137-148 | mmol/L |
| Potassium | H | 5.4 | 3.5-5.0 | mmol/L |
| Chloride | | 103 | 99-114 | mmol/L |
| CO2 | | 26 | 22-30 | mmol/L |
| BUN | | 14 | 7-22 | mg/dL |
| Creatinine | | 0.97 | 0.52-1.04 | mg/dL |
| eGFR (IDMS) | | 58 | | |

GFR units measured as mL/min/1.73 m^2. If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.6 | 8.5-10.9 | mg/dL |
| Glucose | | 100 | 70-110 | mg/dL |
| AST | | 35 | 11-55 | U/L |
| ALT | | 19 | <35 | U/L |
| Alkaline Phosphatase | | 110 | 41-133 | U/L |
| Bilirubin, Total | | 0.7 | 0.2-1.3 | mg/dL |
| Total Protein | | 7.6 | 6.0-8.2 | g/dL |
| Albumin | | 4.1 | 3.6-5.1 | g/dL |
| Globulin | | 3.5 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.20 | 1.00-2.30 | |
| Anion Gap | | 12.1 | 9.0-19.0 | |
| BUN/Creat Ratio | | 14.8 | 5.0-30.0 | |
| Cholesterol | | 172 | <200 | mg/dL |
| Triglycerides | | 50 | 10-150 | mg/dL |
| HDL Cholesterol | | 59 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 103 | 0-130 | mg/dL |
| Chol/HDL Ratio | | 2.9 | 0.0-4.0 | |

| SPECIAL CHEMISTRY | | | | |
|---|---|---|---|---|
| TSH | | 4.460 | 0.465-4.680 | uIU/mL |

| HEMATOLOGY | | | | |
|---|---|---|---|---|
| WBC | L | 3.3 | 4.8-10.8 | K/uL |
| NRBC% | | 0.0 | | % |
| RBC | L | 4.00 | 4.20-5.40 | M/uL |
| Hemoglobin | L | 11.7 | 12.0-16.0 | g/dL |
| Hematocrit | | 38.0 | 37.0-47.0 | % |
| MCV | | 95.0 | 81.0-99.0 | fL |
| MCH | | 29.3 | 27.0-31.0 | pg |

| **FLAG LEGEND** | L=Low L!=Low Critical | H=High H!=High Critical | A=Abnormal A! =Abnormal Critical |
|---|---|---|---|

2



Federal
Bureau of
Prisons

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** ORDAZ, LAZARA | **Facility** FCI Coleman Low | **Collected** 10/21/2020 13:44 |
| **Reg #** 52247-066 | **Order Unit** F02-123U | **Received** 10/22/2020 11:43 |
| **DOB** 12/17/1958 | **Provider** Karina Franco, MD | **Reported** 10/22/2020 14:34 |
| **Sex** F | | **LIS ID** 150204301 |

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| MCHC | L | 30.8 | 32.0-37.0 | g/dL |
| RDW-CV | H | 15.4 | 11.5-14.5 | % |
| Platelet | | 248 | 150-450 | K/uL |
| MPV | H | 11.6 | 7.4-10.4 | fL |
| Neutrophils % | | 38.4 | | % |
| Therapeutic decision making should be based on absolute values, rather than percentages | | | | |
| Lymphocytes % | | 52.0 | | % |
| Monocytes % | | 9.0 | | % |
| Eosinophils % | | 0.0 | | % |
| Basophils % | | 0.3 | | % |
| Immature Granulocytes % | | 0.3 | 0.0-5.0 | % |
| Neutrophils # | L | 1.3 | 1.4-6.9 | K/uL |
| Lymphocytes # | | 1.7 | 1.2-3.4 | K/uL |
| Monocytes # | | 0.3 | 0.1-0.6 | K/uL |
| Eosinophils # | | 0.0 | 0.0-0.7 | K/uL |
| Basophils # | | 0.0 | 0.0-0.2 | K/uL |
| Immature Granulocytes # | | 0.01 | 0.00-0.50 | 10^3/uL |

## HEMOGLOBIN A1C

| | | | |
|---|---|---|---|
| Hemoglobin A1C | 5.6 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

**FLAG LEGEND**    L=Low  L!=Low Critical   H=High  H!=High Critical   A=Abnormal  A! =Abnormal Critical

3

 **Quest**
Diagnostics

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **ORDAZ, LAZARA**<br><br>‒ ‒ ‒<br>**AGE: 61**<br>Gender: F     Fasting: N<br>Phone:  NG<br>Patient ID: 52247-066 | Specimen:  TM549626M<br>Requisition: 4129157<br><br>Collected:  09/29/2020 / 08:40 EDT<br>Received:   10/02/2020 / 03:15 EDT<br>Reported:   10/06/2020 / 07:07 EDT | Client #: 66002683      31LE999<br>NEGRON, IVAN L<br>COLEMAN FCC-LOW<br>846 NE 54TH TERR<br>COLEMAN, FL 33521 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| TEST IN QUESTION-<br>MISC QUESTION<br>QUESTION/PROBLEM: | | | | TP |

    Please clarify the following specimen source/type
    submitted.

QUESTION:                   4446 NO SOURCE
*See Endnote 1*

               =============================

                                TP

    CULTURE, ANAEROBIC BACTERIA W/GRAM STAIN

| | |
|---|---|
| Micro Number: | 02055693 |
| Test Status: | Preliminary |
| Specimen Source: | NOT GIVEN |
| Specimen Quality: | Adequate |
| Gram Stain: | Few Budding yeast with pseudohyphae seen<br>Few Gram negative bacilli<br>Rare epithelial cells<br>Few Budding yeast seen |
| Result: | No anaerobes isolated to date, continuing<br>incubation. |

                =============================

                                TP

    CULTURE, AEROBIC BACTERIA

| | |
|---|---|
| Micro Number: | 02055694 |
| Test Status: | Final |
| Specimen Source: | NOT GIVEN |
| Specimen Quality: | Adequate |
| Result: | A mix of non-predominating organisms of<br>questionable significance was recovered on culture<br>and not further identified. (Note: Growth did not<br>detect the presence of S.aureus, beta-hemolytic<br>Streptococci or P.aeruginosa). |

**Endnote 1**     REQUESTED INFORMATION _____

      AUTHORIZED SIGNATURE _____

      TO PREVENT FURTHER DELAYS IN TESTING, PLEASE COMPLETE
      INFORMATION ABOVE AND FAX TO 610-271-4823 TO RESOLVE
      THIS ORDER.

**PERFORMING SITE:**
TP    QUEST DIAGNOSTICS-TAMPA, 4225 E. FOWLER AVE, TAMPA, FL 33617-2026 Laboratory Director: GLEN L HORTIN,MD,PHD, CLIA: 10D0291120

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.



Federal
Bureau of
Prisons

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** ORDAZ, LAZARA | **Facility** FCI Coleman Low | **Collected** 03/09/2020 12:05 |
| **Reg #** 52247-066 | **Order Unit** | **Received** 03/10/2020 10:00 |
| **DOB** | **Provider** Karina Franco, MD | **Reported** 03/10/2020 12:49 |
| **Sex** F | | **LIS ID** 070201327 |

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Sodium | | 139 | 137-148 | mmol/L |
| Potassium | H | 5.1 | 3.5-5.0 | mmol/L |
| Chloride | | 105 | 99-114 | mmol/L |
| CO2 | | 27 | 22-30 | mmol/L |
| BUN | | 14 | 7-22 | mg/dL |
| Creatinine | | 1.03 | 0.52-1.04 | mg/dL |
| eGFR (IDMS) | | 54 | | |

GFR units measured as mL/min/1.73 m^2. If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.3 | 8.5-10.9 | mg/dL |
| Glucose | | 94 | 70-110 | mg/dL |
| AST | | 29 | 11-55 | U/L |
| ALT | | 14 | <35 | U/L |
| Alkaline Phosphatase | | 103 | 41-133 | U/L |
| Bilirubin, Total | | 0.3 | 0.2-1.3 | mg/dL |
| Total Protein | | 7.2 | 6.0-8.2 | g/dL |
| Albumin | | 3.9 | 3.6-5.1 | g/dL |
| Globulin | | 3.3 | 2.0-3.7 | g/dL |
| Alb/Glob Ratio | | 1.20 | 1.00-2.30 | |
| Anion Gap | L | 7.0 | 9.0-19.0 | |
| BUN/Creat Ratio | | 13.8 | 5.0-30.0 | |

| CHEMISTRY, URINE | | | |
|---|---|---|---|
| Microalbumin, Urine Random | <0.6 | | mg/dL |

| SPECIAL CHEMISTRY | | | |
|---|---|---|---|
| T4, Free | 1.26 | 0.78-2.19 | ng/dL |
| TSH | 2.090 | 0.465-4.680 | ulU/mL |

| HEMATOLOGY | | | | |
|---|---|---|---|---|
| WBC | L | 4.6 | 4.8-10.8 | K/uL |
| NRBC% | | 0.0 | | % |
| RBC | L | 3.93 | 4.20-5.40 | M/uL |
| Hemoglobin | L | 11.3 | 12.0-16.0 | g/dL |
| Hematocrit | | 37.3 | 37.0-47.0 | % |
| MCV | | 94.9 | 81.0-99.0 | fL |
| MCH | | 28.8 | 27.0-31.0 | pg |
| MCHC | L | 30.3 | 32.0-37.0 | g/dL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A!=Abnormal Critical

5



Federal
Bureau of
Prisons

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** ORDAZ, LAZARA | **Facility** FCI Coleman Low | **Collected** 03/09/2020 12:05 |
| **Reg #** 52247-066 | **Order Unit** | **Received** 03/10/2020 10:00 |
| **DOB** ⁻⁻⁻⁻⁻⁻⁻ | **Provider** Karina Franco, MD | **Reported** 03/10/2020 12:49 |
| **Sex** F | | **LIS ID** 070201327 |

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| RDW-CV | H | 14.7 | 11.5-14.5 | % |
| Platelet | | 246 | 150-450 | K/uL |
| MPV | H | 11.7 | 7.4-10.4 | fL |
| Neutrophils % | | 61.1 | | % |
| Therapeutic decision making should be based on absolute values, rather than percentages | | | | |
| Lymphocytes % | | 30.0 | | % |
| Monocytes % | | 8.1 | | % |
| Eosinophils % | | 0.0 | | % |
| Basophils % | | 0.4 | | % |
| Immature Granulocytes % | | 0.4 | 0.0-5.0 | % |
| Neutrophils # | | 2.8 | 1.4-6.9 | K/uL |
| Lymphocytes # | | 1.4 | 1.2-3.4 | K/uL |
| Monocytes # | | 0.4 | 0.1-0.6 | K/uL |
| Eosinophils # | | 0.0 | 0.0-0.7 | K/uL |
| Basophils # | | 0.0 | 0.0-0.2 | K/uL |
| Immature Granulocytes # | | 0.02 | 0.00-0.50 | 10^3/uL |

**FLAG LEGEND**    L=Low  LI=Low Critical   H=High  H!=High Critical   A=Abnormal  A! =Abnormal Critical

6

# Bureau of Prisons
## Health Services
## Clinical Encounter

| Inmate Name: ORDAZ, LAZARA | | Reg #: 52247-066 |
|---|---|---|
| Date of Birth: | Sex: F Race: BLACK | Facility: COL |
| Encounter Date: 01/09/2020 13:45 | Provider: Coleman, W. RN | Unit: F08 |

Nursing - Medical Trip Return encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**     **Provider:** Coleman, W. RN

**Chief Complaint:** Medical Trip Return

**Subjective:** Med Trip Return Orthopedist

**Pain:** No

## OBJECTIVE:

Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/09/2020 | 13:45 COX | 98.2 | 36.8 | Oral | Coleman, W. RN |

Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/09/2020 | 13:45 COX | 61 | Via Machine | | Coleman, W. RN |

Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/09/2020 | 13:45 COX | 18 | Coleman, W. RN |

Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/09/2020 | 13:45 COX | 110/69 | | | | Coleman, W. RN |

SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/09/2020 | 13:45 COX | 99 | | Coleman, W. RN |

## ASSESSMENT:

No Significant Findings/No Apparent Distress

Med Trip Return Orthopedist. Received left shoulder steroid injection. Plan: gradual increase in activities to tolerance, home exercise program 3 times per week (exercise packet given to inmate); MRI left shoulder, F/U after diagnostic testing.

## PLAN:

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedist | 04/10/2020 | 04/10/2020 | Routine | No | |

**Subtype:**

Off-site, non-surgical appt

**Reason for Request:**

Seen on 1/8/20 for left shoulder pain: received injection; Plan: MRI left shoulder; f/u after diagnostic testing

## Disposition:

Follow-up at Sick Call as Needed

7

| Inmate Name: ORDAZ, LAZARA | | Reg #: 52247-066 |
| Date of Birth: 12/17/1958 | Sex: F Race: BLACK | Facility: COL |
| Encounter Date: 01/17/2020 07:50 | Provider: Singleton, U. DPT | Unit: F08 |

ROM/strength:
wnl

Gait:
unremarkable

Balance/proprioception:
not tested

Special Test:
repeated trunk extension centralized low back pain
lumbar support sitting decreased low back pain

Treatment:
Home exercise instruction

**ASSESSMENT:**

M/S Impairment Assoc w/ Localized Inflammation

Assessment:
Pt. presents with intermittent low back pain that is aggravated with static positions. Insidious flare up of low back pain x 6 months. She did have decreased pain with repeated trunk extension and lumbar support sitting. Pt. may benefit from conservative treatment to include repeated movement and lumbar support sitting. She has been instructed in home exercise plan.

Pt. goal:
To decrease pain and/or improve function

LTG:
Pt. will be independent with home exercise plan

**PLAN:**

**Disposition:**

Follow-up in 1 Month

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/17/2020 | Counseling | Diagnosis | Singleton, U. | Verbalizes Understanding |
| 01/17/2020 | Counseling | Compliance - Treatment | Singleton, U. | Verbalizes Understanding |
| 01/17/2020 | Counseling | Exercise | Singleton, U. | Verbalizes Understanding |

**Copay Required:** No　　**Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Singleton, U. DPT on 01/22/2020 12:08

8

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
| Date of Birth: | | Sex: F Race: BLACK | | Facility: | COL |
| Encounter Date: 01/17/2020 07:50 | | Provider: Singleton, U. DPT | | Unit: | F08 |

Physical Therapy - Evaluation encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**     **Provider:** Singleton, U. DPT

**Chief Complaint: Back Pain**

**Subjective:** Referral:
60 y/o female patient who is f/u for low back pain. Lumbar spine x ray: Moderate degenerative disc disease and facet arthropathy at L5-S1. Mild to moderate degenerative disc disease throughout the remainder of the lumbar spine from L1-L5, mild grade 1 anterolisthesis of L4-L5.

Subjective:
Pt. reports with c/o low back pain x 6 months. There is no known cause. She has increased pain with prolonged sitting. Diagnostic testing stated in referral. Current pain 7/10

Pt. Goal:
to decrease pain

**Pain:**      Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 01/17/2020 07:54 |
| **Location:** | Back-Lower |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 7 |
| **Intervention:** | evaluation |
| **Trauma Date/Year:** | |
| **Injury:** | activity and posture |
| **Mechanism:** | |
| **Onset:** | 2-6 Months |
| **Duration:** | 2-6 Months |
| **Exacerbating Factors:** | sitting |
| **Relieving Factors:** | position change |
| **Reason Not Done:** | |
| **Comments:** | |

## OBJECTIVE:

### Exam Comments

Observation:
posterior pelvic tilt, decreased lumbar lordosis

Palpation:
central low back pain

Red Flags/signs of infection:
no red flags

9

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ORDAZ, LAZARA | | | Reg #: | 52247-066 |
| Date of Birth: | | Sex: F Race: BLACK | | Facility: | COL |
| Note Date: | 01/24/2020 11:58 | Provider: Franco, Karina MD | | Unit: | F08 |

Review Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**       **Provider:** Franco, Karina MD

Chart review for Ortho consult
Left shoulder pain
AC joint dislocation
Patient received shoulder injection
needs f/u with MRI

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Radiology | 02/07/2020 | 02/07/2020 | Routine | No | |

**Subtype:**

MRI - Routine - OFFSITE

**Reason for Request:**

61 y/o female patient Seen on 1/8/20 for left shoulder pain; received injection; Plan: MRI left shoulder; f/u after diagnostic testing.

**Provisional Diagnosis:**

left shoulder pain
dislocation AC joint
impingement syndrome of left shoulder

**Copay Required:** No       **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Franco, Karina MD on 01/24/2020 12:04

10

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | Reg #: 52247-066 |
| Date of Birth: | Sex: F    Race: BLACK | Facility: COL |
| Encounter Date: 02/14/2020 07:30 | Provider: Singleton, U. DPT | Unit: F08 |

Physical Therapy - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**    **Provider:** Singleton, U. DPT

**Chief Complaint:** Back Pain

**Subjective:** Pt. reports that she still has pain, but not as bad as it use to be. She has pain 1 time per week

**Pain:** No

**OBJECTIVE:**

**Exam Comments**

Home exercise program review

**ASSESSMENT:**

M/S Impairment Assoc w/ Localized Inflammation

RESPONSE TO TX:
Pt. reports that she is feeling better and doing some of the exercises.

DEMONSTRATED/VERBALIZED UNDERSTANDING OF HEP:
intermittent compliance with home exercise

PROGRESS TOWARDS GOALS:
Pt. reports pain 1 time per week. She will benefit from compliance with ex plan. Progress as tol

**PLAN:**

**Disposition:**

Follow-up in 1 Month

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/14/2020 | Counseling | Compliance - Treatment | Singleton, U. | Verbalizes Understanding |
| 02/14/2020 | Counseling | Exercise | Singleton, U. | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Singleton, U. DPT on 02/14/2020 07:36

11

From: 8882044535        Page: 2/10        Date: 1/8/2020 1:07:38 PM

## Florida Musculoskeletal Institute
910 Old Camp Road Bldg 110 Ste 112 ThE VILLAGES FL 32162
(352) 753-4366 (352) 728-2603

| Patient Name | DOB | Age | Gender | Order # | MRN # |
|---|---|---|---|---|---|
| LAZARA ORDAZ | | 61 Yr. 0 Mo. 22 Days | Female | ORD 40688 | 37720 |
| **Address** | | **Phone** | **Patient Provider** | | **Date Printed** |
| PO BOX 386 HENDERSONVILLE TN Sumner 37077 | | | Chelsy Fazio | | 01/08/2020 |

| Lab Reference # | Date Collected | | Date Ordered | | Time Reported |
|---|---|---|---|---|---|
| | 1/8/2020 1:39:24 PM | | 1/8/2020 1:39:23 PM | | |
| **Accession #** | **Receiving Facility** | | **Fasting** | | **Referred By** |
| | | | N | | |

| Sample By | | | | | |
|---|---|---|---|---|---|
| Lab Comment | Lab Comment not Provided. | | | | |

| Ordering Provider | NPI | Date Printed | Signature | | |
|---|---|---|---|---|---|
| Chelsy Fazio | 1942725098 | 08/01/2020 01:58 PM | *CFazio* | | |

LAZARA ORDAZ, ‾ ‾ ‾

Page | 1

From: 8882044535     Page: 7/10     Date: 1/8/2020 1:07:38 PM



F L O R I D A
**Musculoskeletal**
**INSTITUTE**

910 Old Camp Rd Bldg 110 Suite 112
The Villages, FL, 32161
(352) 753-4366

John A. Cowin. M.D          Carl O. Ollivierre. M.D.
Karsten S.Weber, D.P.M.     Chelsy Fazi a, ARNP, FNP-C

## DIAGNOSTIC TESTS

| Date | Test | Comment |
|------|------|---------|
| 1/8/2020 1:15:44 PM | X-RAY | |
| 1/8/2020 1:39:23 PM | MRI | |

X-ray LEFT SHOULDER: Grade III ac joint separation with mild degenerative changes. Moderate joint space narrowing.

LAZARA ORDAZ, ⌐⌐⌐ ⌐⌐ ⌐⌐ ⌐⌐⌐

Page 4 of 4

13



**F L O R I D A**
**Musculoskeletal**
**INSTITUTE**

910 Old Camp Rd Bldg 110 Suite 112
The Villages, FL, 32161
(352) 753-4366

John A. Cowin, M.D.                Carl O. Ollivierre, M.D.
Karsten S. Weber, D.P.M.        Chelsy Fazio, ARNP, FNP-C

### DIAGNOSIS

M25.512 Pain in left shoulder
S43.122D Dislocation of l acromioclav jt, 100%-200% displacmnt subs
S46.012A Strain of muscle(s) and tendon(s) of the rotator cuff of left shoulder, initial encounter
M75.52 Bursitis of left shoulder
M75.42 Impingement syndrome of left shoulder

### ORDERS THIS VISIT

| Date | Test | Comment |
|------|------|---------|
| 1/8/2020 1:15:44 PM | X-RAY | |
| 1/8/2020 1:39:23 PM | MRI | |

### PLAN

1. Gradual increase in activities to tolerance
2. Injection as above
3. MRI left shoulder.
4. Home exercise program 3 times per week, exercises enclosed. Please provide to patient so that she may keep at bedside.
5. 99213 OFFICE OUTPT ESTABLISHED
   73030 RADEX SHO COMPL MINIMUM 2 VIEWS
   20610 ARTHROCENTESIS ASPIR&INJECTION MAJOR JT/BURSA
   J1100 Dexamethasone sodium phos
6. Home Exercise Program - Rotator Cuff Strain
7. F/ U: after diagnostic testing

Chelsy Fazio ARNP
01/08/2020
Seen under the supervision of Dr Ollivierre

14

From: 8882044535        Page: 5/10        Date: 1/8/2020 1:07:38 PM



**F L O R I D A**
**Musculoskeletal**
**INSTITUTE**

910 Old Camp Rd Bldg 110 Suite 112
The Villages, FL, 32161
(352) 753-4366

John A. Cowin, M.D.                Carl O. Oilivierre, M.D.
Kirsten S. Weber, D.P.M.          Chelsy Fazio, ARNP, FNP-C

| | |
|---|---|
| Oxcarbazepine 600mg tablet, Sig: 1 tab qhs, Ref: 0 Verapamil hydrochloride 80mg tablet, Sig: 1 tab bid, Ref: 0 Vitamin d 1000units tablet 1000IU, Sig: 1 tab qd, Ref: 0 | |
| **Smoking Status** Unknown if ever smoked | |

**ROS: A FULL REVIEW OF SYSTEMS HAS BEEN COMPLETED AND IS ON FILE.**
**01/08/2020**

**PHYSICAL EXAM**

**MENTAL STATUS:** Alert and oriented. Mood is calm and affect is appropriate.
**Vitals**    **Height:** 5'7"    **Weight:** 162    **Temp: 98.6**    **BMi: 25.4**

**LEFT SHOULDER:**
No erythema, edema, or ecchymosis.
Mild crepitus appreciated.
Mildly tender upon palpation of glenohumeral joint.
Significantly tender upon palpation of RC tendon insertion.
ROM with stiffness/discomfort during IR/ER, and above horizontal.
Sharp pain reproduced with elbow flexed and abducted from midline to 50°.
Neer's, Apley's, Cross-arm, Lift-off (+)
NVI.

**PROCEDURES**

**SHOULDER INJECTION**

The left shoulder was prepped in the usual sterile fashion, and 6cc's (3cc/dexamethasone and
3cc/bupivacaine with epi) were injected into the subacromial area
The procedure was well tolerated and there were no complications.
The patient was cautioned to report any unusual signs including, but not limited to, severe pain,
swelling and redness.

99213 OFFICE OUTPT ESTABLISHED
73030 RADEX SHO COMPL MINIMUM 2 VIEWS
20610 ARTHROCENTESIS ASPIR&/INJECTION MAJOR JT/BURSA
J1100 Dexamethasone sodium phos

LAZARA ORDAZ,                                          Page 2 of 4

15



**FLORIDA**
**Musculoskeletal**
**INSTITUTE**

910 Old Camp Rd Bldg 110 Suite 112
The Villages, FL, 32161
(352) 753-4366

John A. Cowin, M.D.          Carl O. Ollivierre, M.D.
Karsten S.Weber, D.P.M.      Chelsy Fazio, ARNP, FNP-C

*This note was generated through speech recognition software and may contain errors due to phonetic misinterpretation.*

## FOLLOW-UP VISIT

| NAME: | LAZARA ORDAZ | | DATE: 01/08/2020 | | |
|---|---|---|---|---|---|
| ACCOUNT# : | 37720 | | | | |
| REFERRED BY: | | | AUTO ACCIDENT: | No ☒ | Yes ☐ |
| AGE: | 61 Years | | LITIGATION: | No ☒ | Yes ☐ |
| SEX: | Female | | | | |

### CHIEF COMPLAINT:

Follow up left shoulder pain

### PATIENT DATA:

- Patient continues to have pain but denies any new injury.
- She denies constant pain and states it's mostly with movement.

### HPI:

f/u LEFT SHOULDER PAIN. steroid injection from previous visit was very effective until about a month or so ago. Patient continues to experience a grinding sensation in the shoulder and is unable to lay on the affected side. Notes weakness and limited range of motion secondary to aching discomfort. She also reports frequent sharp, stabbing pain with position changes. Interested in a steroid injection today.

### MEDICAL HISTORY:

| Surgical: | Shoulder Surgery : left 2008 | Social History: | Alcohol - Unknown |
|---|---|---|---|
| | | | Employment: Full Time |
| | | | Marital Status: Single |
| Medical: | Shoulder Injury | Family History: | .Parents: Father-Deceased: Father |
| | Dry Eye | | .Parents: Mother-Deceased: Mother |
| | Hypothyroidism | | Diabetes |
| | Hypertension | | Back Problems |
| Meds: | Ferrous gluconate 325mg tablet 325mg, Sig: 1 tab qd, Ref: 0 | Allergies: | ..No Known Drug Allergies |
| | Levothyroxine sodium 75mcg tablet, Sig: 1 tab qd, Ref: 0 | | |
| | Meloxicam 7.5mg tablet, Sig: 1 tab qd, Ref: 0 | | |

LAZARA ORDAZ, DOB: 1        Page 1 of 4

16

From: 8882044535          Page: 3/10          Date: 1/8/2020 1:07:38 PM

52247-066



F L O R I D A
Musculoskeletal
INSTITUTE

| RADIOLOGY ORDER - MRI | | |
|---|---|---|

John A. Cowin, MD

Carl O. Ollivierre, MD, FACS

Chelsy Fazio, ARNP

Karsten Weber, DPM

| | | | |
|---|---|---|---|
| **Date:** | 01/08/2020 | **Exam Date:** | |
| **FACILITY:** | | | |
| **PATIENT NAME:** | LAZARA ORDAZ | Date of Birth: | |
| **Contact Address:** | PO BOX 386 | | |
| **CSZ:** | HENDERSONVILLE TN 37077 | | |
| **ACCOUNT #:** | 37720 | | |
| **SS#.** | | Phone: | |
| **Primary Insurance Plan:** | HEALTH COST SOLUTIONS | Primary Subscriber ID: Primary Subscriber Group: | SDF |
| **Secondary Insurance Plan:** | | Secondary Subscriber ID: Secondary Subscriber Group: | |

| | | | |
|---|---|---|---|
| **Height:** | 5'7" | **Weight:** | 162 |

| | |
|---|---|
| **REASON FOR EXAM:** | Follow up left shoulder pain |
| **DIAGNOSIS:** | M25.512 Pain in left shoulder |
| | S43.122D Dislocation of l acro nioclav jt, 100%-200% displacmnt, subs |
| | S46.012A Strain of muscle(s) and tendon(s) of the rotator cuff of left shoulder, initial encounter |
| | M75.52 Bursitis of left shoulder |
| | M75.42 Impingement syndrome of left shoulder |

THE VILLAGES
910 Old Camp Road
Bldg. 110, Suite 112
The Villages, FL 32162
352-753-4366
FAX: 352-753-5681

| **EXAMINATION:** | **MRI** | **LEFT** | **SHOULDER** | **without contrast** | |
|---|---|---|---|---|---|

WORKERS' HEALTH CENTERS
The Villages: 352-753-6566
FAX: 352-753-6371

**APPOINTMENT DATE:**                    **APPOINTMENT TIME:**

CFazio

Chelsy Fazio          01/08/2020
ARNP

LAZARA ORDAZ,                                                                    Page 1 of

17

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | Facility: | COL |
| Note Date: | 12/17/2020 11:03 | Provider: | | Festa, M. APRN | Unit: | F01 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Festa, M. APRN

Patient was seen within 24 hours by other medical staff, the documentation of patient assessments is in the paper roster flow sheet that is kept by the IDC at the institution. Inmate has remained in quarantine with daily assessment that includes temperatures and signs/symptoms. As per the staff member who performed the assessment within 24 hours and the documented in the paper flow sheet his temperature was 96 F. She has 2 negative RT-PCR test, including one quest test and 14 days of negative CDC symptoms. Furthermore, the inmate does not have any of the following CDC symptoms related to COVID-19 disease that include fever or chills, cough, shortness of breath or difficulty breathing, fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting or diarrhea. The inmate had daily temperatures screening during the quarantine period that were within normal limits as per the paper roster flow sheets. The inmate has been asymptomatic during the quarantine period as per the paper roster flowsheets. Therefore, as per the Clinical Director designee (Dr. Negron) this inmate is cleared from medical Standpoint

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Festa, M. APRN on 12/17/2020 11:04

Requested to be cosigned by Negron, Ivan MD.

Cosign documentation will be displayed on the following page.

18

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
| Date of Birth: ~~~~~~~~~ | Sex: F Race: BLACK | | Facility: COL |
| Encounter Date: 12/07/2020 12:00 | Provider: Gopal, Swapna APRN | | Unit: F01 |

Mid Level Provider - Evaluation encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT **1**     Provider: Gopal, Swapna APRN

Chief Complaint:   Skin Problem

Subjective: 61 yr old presents to the clinic with c/o rash on left arm and on abdomen, hx of eczema. Inmate reports usually when she is in stress she gets rash, previously she took steroids. She c/o that rash is itchy and red. DEnies any other complaints. Denies any allergy. DEnies sob,cough,chest pain and cough

Pain: No

## OBJECTIVE:
### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/07/2020 | 17:20 COX | 97.2 | 36.2 | | Gopal, Swapna APRN |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/07/2020 | 17:20 COX | 85 | | | Gopal, Swapna APRN |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/07/2020 | 17:20 COX | 18 | Gopal, Swapna APRN |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/07/2020 | 17:20 COX | 110/73 | | | | Gopal, Swapna APRN |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/07/2020 | 17:20 COX | 98 | | Gopal, Swapna APRN |

### Exam:

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

### Comments

19

| | | | | |
|---|---|---|---|---|
| Inmate Name:  ORDAZ, LAZARA | | | Reg #:  52247-066 | |
| Date of Birth: | Sex:  F  Race:  BLACK | | Facility:  COL | |
| Encounter Date:  12/07/2020 12:00 | Provider:  Gopal, Swapna APRN | | Unit:  F01 | |

Left arm has erythematous, hives, pruritic and also on left side of the abdomen has pruritic erythematous, hives present.

## ASSESSMENT:

Dermatitis/eczema due to unspecified cause, 692.9 - Current

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | MethylPREDNISolone Tab 4 MG ( Dose Pack 21 tab) | 12/07/2020 12:00 |

**Prescriber Order:**    use as directed Orally  -four times a day x 6 day(s)

Indication:  Dermatitis/eczema due to unspecified cause

Start Now:  Yes

Night Stock Rx#:   1019966-cox

Source:  Night Stock

Admin Method:  Self Administration

Stop Date:  12/13/2020 11:59

MAR Label:  day(s)

One Time Dose Given:  No

## Disposition:

Follow-up at Sick Call as Needed

## Other:

use Medrol dose pack as directed and f/uy if rash noit getting better.
Practice stress reduction techniques like yoga, meditation and deep breathing exercises.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/07/2020 | Counseling | New Medication | Gopal, Swapna | Verbalizes Understanding |
| 12/07/2020 | Counseling | Plan of Care | Gopal, Swapna | Verbalizes Understanding |

**Copay Required:** Yes        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Gopal, Swapna APRN on 12/07/2020 17:31

20

# Bureau of Prisons
## Health Services
### Clinical Encounter

| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
|---|---|---|---|

Inmate Name: ORDAZ, LAZARA
Date of Birth:
Encounter Date: 10/02/2020 15:27

Sex:  F    Race:  BLACK
Provider:  Criswell, Linda PA-C

Reg #:  52247-066
Facility:  COL
Unit:  F16

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1      Provider:  Criswell, Linda PA-C

Chief Complaint:  Upper Extremity Pain
Subjective:  returns from trip for MRI of shoulder.
Pain:  Not Applicable

## OBJECTIVE:
### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/02/2020 | 15:26 COX | 96.2 | 35.7 | | Criswell, Linda PA-C |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/02/2020 | 15:26 COX | 72 | | | Criswell, Linda PA-C |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/02/2020 | 15:26 COX | 12 | Criswell, Linda PA-C |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/02/2020 | 15:26 COX | 95/54 | | | | Criswell, Linda PA-C |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/02/2020 | 15:26 COX | 99 | | Criswell, Linda PA-C |

### Exam:
**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR)

## ASSESSMENT:

Shoulder (pain in joint, shoulder region), 719.41 - Current

## PLAN:

### Disposition:

21

| Inmate Name:  ORDAZ, LAZARA | | | Reg #:  52247-066 |
|---|---|---|---|
| Date of Birth: | Sex:  F  Race:  BLACK | | Facility:  COL |
| Encounter Date: 09/29/2020 09:09 | Provider:  Franco, Karina MD | | Unit:  F16 |

## Exam:

### Neck

#### General

Yes: Within Normal Limits, Supple, Symmetric

### Pulmonary

#### Auscultation

Yes: Clear to Auscultation

No: Crackles, Rhonchi, Wheezing

### Cardiovascular

#### Auscultation

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

### Exam Comments

some purulent drainage noted

culture was taken

### ASSESSMENT:

Cutaneous abscess, unspecified, L0291 - Current

### PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Amoxicillin Capsule | 09/29/2020 09:09 |

**Prescriber Order:**   500 Orally  -  three times a day x 7 day(s)

Indication:  Cutaneous abscess, unspecified

Start Now:  Yes

Night Stock Rx#:   1007416-cox

Source:  Night Stock

Admin Method:  Self Administration

Stop Date:  10/06/2020 09:08

MAR Label:  day(s)

One Time Dose Given:  No

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-Culture, Wound/Abscess<br>Additional Information: | One Time | 09/29/2020 00:00 | Today |

tongue

Lab personnel verbally notified of a priority order of Today or Stat

### Disposition:

Follow-up at Sick Call as Needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/29/2020 | Counseling | Access to Care | Franco, Karina | Verbalizes Understanding |

22

# Bureau of Prisons
## Health Services
## Clinical Encounter

| Inmate Name: ORDAZ, LAZARA | | Reg #: 52247-066 |
|---|---|---|
| Date of Birth: | Sex:    F    Race: BLACK | Facility: COL |
| Encounter Date: 09/29/2020 09:09 | Provider: Franco, Karina MD | Unit:    F16 |

Consultation - Initial visit encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1        Provider: Franco, Karina MD

Chief Complaint:  Open Wound(s)

Subjective:  Female patient who is c/o a mass on her tongue with 3 days evolution, she notice some drainage and is painful, she states the same happen to her before when she had done a piercing. She denies any difficulty passing the food, no sob, no fever, no cough or any other symptoms.

Pain:  No

## OBJECTIVE:

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/29/2020 | 13:28 COX | 98.0 | 36.7 | | Franco, Karina MD |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/29/2020 | 13:28 COX | 59 | | | Franco, Karina MD |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/29/2020 | 13:28 COX | 14 | Franco, Karina MD |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/29/2020 | 13:28 COX | 118/76 | | | | Franco, Karina MD |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/29/2020 | 13:28 COX | 100 | | Franco, Karina MD |

## Exam:

### General

#### Appearance

Yes: Appears Well, Alert and Oriented x 3

### Head

#### General

Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

### Mouth

#### General

Yes: Within Normal Limits

#### Mucosa

Yes: Within Normal Limits

#### Tongue

Yes: Growth/Mass(es), Evidence of Piercing

23

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | Reg #: 52247-066 |
| Date of Birth: | Sex: F Race: BLACK | Facility: COL |
| Encounter Date: 09/24/2020 08:44 | Provider: Franco, Karina MD | Unit: F16 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1      Provider: Franco, Karina MD

Chief Complaint: Chronic Care Clinic

Subjective: 61 y/o female patient who is for her CCC

Patient has history of anemia, hypothyroidism, HTN, sciatic, vertigo, vitamin D deficiency and depression. Today she is c/o wake up at night several times, her roommate said she snores a lot lately and she is feeling very tired during the day, she is also c/o bilateral knee pain. She is taking all her medication without any side effects. Last labs from 3/2020 TSH WNL, CMP GFR 54, MICRO WNL, CBC HGB 11.3. Patient denies any sob, chest pain, abdominal pain, diarrhea, constipation, depression, hallucinations, suicidal ideations or any other symptoms.

Pain: No

**Seen for clinic(s):** Endocrine/Lipid, Gastrointestinal, General, Hypertension, Orthopedic/Rheumatology

## ROS:

### General

#### Constitutional Symptoms

Yes: Fatigue

No: Anorexia, Chills, Easily Tired, Fever

### Cardiovascular

#### General

Yes: Within Normal Limits

No: Angina, Cold Extremities, Cough, Edema

### Pulmonary

#### Respiratory System

Yes: Within Normal Limits

No: Cough - Dry, Cough - Productive, Dyspnea, Hx Asthma

### Endocrine

#### General

Yes: Within Normal Limits

No: Hair Changes, Palpitations, Polydipsia, Polyphagia, Polyuria

### Psychiatric

#### General

Yes: Within Normal Limits

No: Mood Impaired, Anxious, Panic Attacks, Sleep Impaired, Energy Impaired

## OBJECTIVE:

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/24/2020 | 08:51 COX | 96.9 | 36.1 | | Franco, Karina MD |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/24/2020 | 08:51 COX | 66 | | | Franco, Karina MD |

24

| Inmate Name: ORDAZ, LAZARA | | Reg #: 52247-066 |
|---|---|---|
| Date of Birth: | Sex: F   Race: BLACK | Facility: COL |
| Encounter Date: 09/24/2020 08:44 | Provider: Franco, Karina MD | Unit: F16 |

**Exam:**

Yes: Appropriate

**Thought Content**

Yes: Within Normal Limits, Appropriate, Goal Directed

No: Compulsive, Obsessive, Phobias, Anxious

**ASSESSMENT:**

Anemia, unspecified, 285.9 - Current

Hypertension, Unspecified essential, 401.9 - Current

Hypothyroidism unspecified, 244.9 - Current

Sciatica, 724.3 - Current

Adjustment disorder, F4320 - Current

Vertigo of central origin, H8149 - Current

Vitamin D deficiency, E559 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 961108-COX | Ferrous Gluconate 324 (5 GR) MG Tab | 09/24/2020 08:44 |

**Prescriber Order:** Take one tablet by mouth each day with food x 365 day(s)

Indication: Anemia, unspecified

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 04/01/2021 00:00 | Routine |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-T4, Free | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Knee-2 View AP/Lat [Bi] | One Time | | 10/08/2020 | Routine |

Specific reason(s) for request (Complaints and findings):

bilateral knee pain

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Specialty Procedure - In house | 10/08/2020 | 10/08/2020 | Routine | No | |

Subtype:

Sleep Study

Reason for Request:

61 y/o female patient who is c/o wake up many times at night, she snores a lot and feels very tired, she has history of HTN

Provisional Diagnosis:

R/O SLEEP APNEA

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|

25

| Inmate Name: | ORDAZ, LAZARA | | | | | | Reg #: | 52247-066 |
| Date of Birth: | | | | Sex: | F | Race: BLACK | Facility: | COL |
| Encounter Date: 09/24/2020 08:44 | | | | Provider: Franco, Karina MD | | | Unit: | F16 |

| **Date** | **Time** | | **Rate Per Minute** | **Location** | | **Rhythm** | **Provider** |
|---|---|---|---|---|---|---|---|

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 09/24/2020 | 08:51 COX | 106/69 | | | | Franco, Karina MD |

**SaO2:**

| **Date** | **Time** | **Value(%) Air** | | | **Provider** |
|---|---|---|---|---|---|
| 09/24/2020 | 08:51 COX | 99 | | | Franco, Karina MD |

**Weight:**

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|---|---|---|---|---|---|
| 09/24/2020 | 08:51 COX | 158.0 | 71.7 | | Franco, Karina MD |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Head**

**General**

Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

**Neck**

**General**

Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

No: Crackles, Rhonchi, Wheezing

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**Peripheral Vascular**

**Legs**

No: Homan's Sign, Calf Tenderness, Pitting Edema, Non-pitting edema

**Abdomen**

**Palpation**

Yes: Within Normal Limits, Soft

No: Guarding, Rigidity, Tenderness on Palpation

**Neurologic**

**Cranial Nerves (CN)**

Yes: Within Normal Limits, CN 2-12 Intact Grossly

**Mental Health**

**Grooming/Hygiene**

Yes: Appropriate Grooming

**Affect**

Yes: Appropriate

**Mood**

26

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | ORDAZ, LAZARA | | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | | Facility: | COL |
| Note Date: | 09/23/2020 14:35 | Provider: | | Franco, Karina MD | | Unit: | F16 |

Review Note - Chart Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE  1  Provider:  Franco, Karina MD

Chart review for optometry consult
HTN and Cataracts OU
f/u in 12 months

**New Consultation Requests:**

| **Consultation/Procedure** | **Target Date** | **Scheduled Target Date** | **Priority** | **Translator** | **Language** |
|---|---|---|---|---|---|
| Optometry | 09/01/2021 | 09/01/2021 | Routine | No | |

Subtype:

Onsite

Reason for Request:

Chart review for optometry consult
HTN and Cataracts OU
f/u in 12 months

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Franco, Karina MD on 09/23/2020 14:36

| | | | | Reg #: 52247-066 |
|---|---|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | | | Facility: COL |
| Date of Birth: | Sex: F Race: BLACK | | | Unit: F16 |
| Encounter Date: 09/02/2020 11:28 | Provider: Franco, Karina MD | | | |

## Exam:

### Auscultation

Yes: Clear to Auscultation

No: Crackles, Rhonchi, Wheezing

### Cardiovascular

### Auscultation

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

### Abdomen

### Palpation

Yes: Within Normal Limits, Soft

No: Guarding, Rigidity, Tenderness on Palpation

### Mental Health

### Grooming/Hygiene

Yes: Appropriate Grooming

### Affect

Yes: Appropriate

### Mood

Yes: Appropriate

## ASSESSMENT:

Anemia, unspecified, 285.9 - Current

Headache, 784.0 - Current

Hypertension, Unspecified essential, 401.9 - Current

Hypothyroidism unspecified, 244.9 - Current

Adjustment disorder, F4320 - Current

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | FLUoxetine HCl Capsule | 09/02/2020 11:28 |
| | **Prescriber Order:** 10mg Orally - daily x 180 day(s) | |
| | Indication: Adjustment disorder | |

### Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 961112-COX | Cholecalciferol (Vit D) 1000 UNIT (25Mcg) Tab | 09/02/2020 11:28 |
| | **Prescriber Order:** Take one tablet (1000 UNIT) by mouth each day x 365 day(s) | |
| | Indication: Vitamin D deficiency | |
| 989743-COX | LevoTHYROXINE Sodium 75 MCG Tab | 09/02/2020 11:28 |
| | **Prescriber Order:** Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism x 180 day(s) | |
| | Indication: Hypothyroidism unspecified | |
| 989744-COX | Meloxicam 7.5 MG Tab | 09/02/2020 11:28 |
| | **Prescriber Order:** Take one tablet (7.5 MG) by mouth each day with food (objective findings) x 180 day(s) | |

28

# Bureau of Prisons
## Health Services
## Clinical Encounter

| Inmate Name: | ORDAZ, LAZARA | | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | | Facility: | COL |
| Encounter Date: | 09/02/2020 11:28 | Provider: | Franco, Karina MD | | | Unit: | F16 |

Physician - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1      Provider: Franco, Karina MD

Chief Complaint:  Headache

Subjective:  61 y/o female patient who is c/o frequent headaches in the last few weeks, she admits been down lately, she is been loosing weight also. She denies any sob, chest pain, abdominal pain, diarrhea, anxiety, suicidal ideations or any other symptoms.

Pain:  No

## OBJECTIVE:

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/02/2020 | 11:36 COX | 96.5 | 35.8 | | Franco, Karina MD |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/02/2020 | 11:36 COX | 59 | | | Franco, Karina MD |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/02/2020 | 11:36 COX | 16 | Franco, Karina MD |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/02/2020 | 11:36 COX | 123/79 | | | | Franco, Karina MD |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/02/2020 | 11:36 COX | 100 | | Franco, Karina MD |

### Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 09/02/2020 | 11:36 COX | 158.3 | 71.8 | | Franco, Karina MD |

## Exam:

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Head**

**General**

Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

**Neck**

**General**

Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

**Pulmonary**

29

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | Reg #: 52247-066 |
| Date of Birth: | Sex: F    Race: BLACK | Facility: COL |
| Encounter Date: 08/10/2020 14:24 | Provider: Welti, Mary ARNP | Unit: F16 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**      Provider: Welti, Mary ARNP

Chief Complaint:   INFECTIOUS DISEASE

Subjective:   This inmate was placed in isolation on 07/16/2020 to CAMP Level F4 facility due to positive documentation of COVID symptoms and COVID 19 testing via rapid test on 07/16/2020 was positive.   She was entered into isolation on 07/16/2020.   She has remained in isolation for a total of 25 days.   She is now being evaluated for discharge from isolation.   She does not have any of the following CDC symptoms related to COVID 19 disease that include fever or chills, cough, shortness of breath or difficulty breathing, fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting or diarrhea.   The inmate had temperatures and Pulse oxygenations for the last 25 days that were within normal limits.   The inmate has been asymptomatic for 10 days or more, fever has been WNL for more than 24 hours and has not taken any fever reducing medications, and has had improvement and resolution of all symptoms.

Pain:   Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 08/10/2020 | 14:26 COX | | 96.9 | 36.1 | | Welti, Mary ARNP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 08/10/2020 | 14:26 COX | 84 | | | Welti, Mary ARNP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 08/10/2020 | 14:26 COX | 18 | Welti, Mary ARNP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/10/2020 | 14:26 COX | 120/86 | | | | Welti, Mary ARNP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 08/10/2020 | 14:26 COX | 98 | | Welti, Mary ARNP |

**Exam:**

**General**

**Appearance**

Yes: Appears Well

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Clear to Auscultation

| Inmate Name: | ORDAZ, LAZARA | | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: | BLACK | Facility: | COL |
| Encounter Date: 09/02/2020 11:28 | | Provider: | Franco, Karina MD | | | Unit: | F16 |

**Renew Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|

Indication:   Low back pain, lumbago, Sciatica

989745-COX   OXcarbazepine 600 MG Tab                                                09/02/2020 11:28

**Prescriber Order:**   Take one tablet (600 MG) by mouth every night at bedtime (pain) x 180 day(s)

Indication:   Low back pain, lumbago, Sciatica

989746-COX   Verapamil HCl 80 MG Tab                                                  09/02/2020 11:28

**Prescriber Order:**   Take one tablet (80 MG) by mouth twice daily to control blood pressure x 180 day(s)

Indication:   Hypertension, Unspecified essential

933502-COX   hydroCHLOROthiazide 25 MG Tab                                      09/02/2020 11:28

**Prescriber Order:**   Take one tablet (25 MG) by mouth each day x 180 day(s)

Indication:   Vertigo of central origin

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-V-Vitamin D (Calcitriol) 1,25-Dihydroxy | One Time | 09/18/2020 00:00 | Routine |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/02/2020 | Counseling | Access to Care | Franco, Karina | Verbalizes Understanding |
| 09/02/2020 | Counseling | Plan of Care | Franco, Karina | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Franco, Karina MD on 09/02/2020 11:59

| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
|---|---|---|---|
| Date of Birth: | Sex: F Race: BLACK | | Facility: COL |
| Encounter Date: 08/10/2020 14:24 | Provider: Welti, Mary ARNP | | Unit: F16 |

## Exam:

### Cardiovascular

#### Observation

Yes: Within Normal Limits

#### Auscultation

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

## ROS Comments

ROS:

General Constitutional Symptoms No: Anorexia, Chills
HEENT Eyes Yes: Within Normal Limits
Cardiovascular General Yes: Within Normal Limits
Pulmonary Respiratory System Yes: Within Normal Limits
GI General Yes: Within Normal Limits
GU General Yes: Within Normal Limits

## Exam Comments

General: Affect Pleasant and cooperative.
Skin: WNL Dry and intact.
Head: Symmetry of motor function, Atraumatic/Normocephalic
PERRLA, normal consensual reaction, normal near reaction
Neck: WNL, supple, symmetric, trachea midline.
Pulmonary: Thorax: Inspection WNL with normal thoracic expansion, normal diaphragmatic excursion, Clear to auscultation without crackles, rhonchi, wheezing, or pleural rub. Normal expiratory flow on auscultation.
Cardiovascular: Observation WNL. Normal Rate, Regular Rhythm without tachycardia, bradycardia, irregular rhythm, or cardiopulmonary distress. Auscultation: Regular Rate and

## ASSESSMENT:

Confirmed case COVID-19, U07.1 - Current

## PLAN:

## Disposition:

Discharged to Housing Unit with Convalescence
Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/10/2020 | Counseling | Plan of Care | Welti, Mary | Verbalizes Understanding |

COVID 19 +
Signs and Symptoms resolved
Isolation greater than 10 days
Return to Unit

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Welti, Mary ARNP on 08/10/2020 14:33

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
| Date of Birth: | | Sex: | F | Race: BLACK | Facility: | COL |
| Note Date: | 07/17/2020 13:21 | Provider: | | Criswell, Linda PA-C | Unit: | F16 |

Admin Note - Orders encounter performed at Housing Unit.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**      Provider:   Criswell, Linda PA-C

seen in isolation unit.  continues to report vertigo.


**ASSESSMENTS:**

Other peripheral vertigo, H81399 - Current

**New Medication Orders:**

| Rx# | **Medication** | **Order Date** |
|---|---|---|
| | Meclizine HCl Tablet | 07/17/2020 13:21 |
| | **Prescriber Order:**   one Orally  -  Two Times a Day x 10 day(s) | |
| | Indication:   Other peripheral vertigo | |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Criswell, Linda PA-C on 07/17/2020 13:22

# Bureau of Prisons
## Health Services
## Clinical Encounter

| Inmate Name: ORDAZ, LAZARA | | Reg #: 52247-066 |
|---|---|---|
| Date of Birth: | Sex: F Race: BLACK | Facility: COL |
| Encounter Date: 07/16/2020 12:58 | Provider: Franco, Karina MD | Unit: F16 |

Physician - Evaluation encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1     Provider: Franco, Karina MD

Chief Complaint: No Complaint(s)

Subjective: Female patient who is for evaluation due to positive COVID 19 rapid test. Patient is without any complains. She denies any sob, chest pain, abdominal pain, diarrhea, constipation, blood in stools, chills, fever or any other symptoms.

Pain: No

## OBJECTIVE:

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/16/2020 | 12:59 COX | 98.2 | 36.8 | | Franco, Karina MD |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/16/2020 12:59 COX | | 77 | | | Franco, Karina MD |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/16/2020 | 12:59 COX | 14 | Franco, Karina MD |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/16/2020 12:59 COX | | 105/73 | | | | Franco, Karina MD |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/16/2020 | 12:59 COX | 99 | | Franco, Karina MD |

### Exam:

**General**

   **Appearance**

      Yes: Appears Well, Alert and Oriented x 3

**Head**

   **General**

      Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

**Neck**

   **General**

      Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

**Pulmonary**

   **Auscultation**

      Yes: Clear to Auscultation

      No: Crackles, Rhonchi, Wheezing

**Cardiovascular**

34

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | Reg #: 52247-066 |
| Date of Birth: | Sex: F   Race: BLACK | Facility: COL |
| Encounter Date: 07/11/2020 13:09 | Provider: Pippin, J. RN | Unit: F01 |

Injury Assessment - Non-work related encounter performed at Housing Unit.

**SUBJECTIVE:**

INJURY  1          **Provider:** Pippin, J. RN

    **Date of Injury:**    07/11/2020 12:45      **Date Reported for Treatment:**    07/11/2020 13:10

    **Work Related:**    No      **Work Assignment:**    C PM FS, C UNIC DC1

    **Pain Location:**

    Pain Scale:    0

    Pain Qualities:

    **Where Did Injury Happen (Be specific as to location):**

        In the hallway walking to inmates cubicle

    **Cause of Injury (Inmate's Statement of how injury occurred):**

        inmates stated she was taking a shower and started to feel dizzy. She started walking to her cubicle and she stated she passed out.

    **Symptoms (as reported by inmate):**

        dizziness

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/11/2020 | 13:12 COX | 96.5 | 35.8 | | Pippin, J. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/11/2020 | 13:12 COX | 83 | | | Pippin, J. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/11/2020 | 13:12 COX | 16 | Pippin, J. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/11/2020 | 13:12 COX | 91/52 | | | | Pippin, J. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/11/2020 | 13:12 COX | 98 | Room Air | Pippin, J. RN |

**Exam:**

  **General**

    **Affect**

      Yes: Pleasant, Cooperative

    **Appearance**

      Yes: Appears Well, Alert and Oriented x 3

| Inmate Name: ORDAZ, LAZARA | | Reg #: 52247-066 |
|---|---|---|
| Date of Birth: | Sex: F   Race: BLACK | Facility: COL |
| Encounter Date: 07/16/2020 12:58 | Provider: Franco, Karina MD | Unit: F16 |

**Exam:**

### Auscultation

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**ASSESSMENT:**

Confirmed case COVID-19, U07.1 - Current

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Asymptomatic Novel Coronavirus | One Time | 07/22/2020 00:00 | Routine |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 07/17/2020 | Routine |

Specific reason(s) for request (Complaints and findings):

covid19+

**Disposition:**

Follow-up Daily

Placed In Isolation

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/16/2020 | Counseling | Access to Care | Franco, Karina | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Franco, Karina MD on 07/16/2020 13:03

36

| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
|---|---|---|---|
| Date of Birth: | Sex:   F   Race: BLACK | | Facility: COL |
| Encounter Date: 07/11/2020 13:09 | Provider: Pippin, J. RN | | Unit:   F01 |

## Exam:

No: Lethargic, Obtunded, Stuporous, Comatose, Dyspneic, Appears in Pain

### Skin

#### General

Yes: Within Normal Limits, Skin Intact

### Head

#### General

Yes: Symmetry of Motor Function

### Eyes

#### General

Yes: PERRLA

### Pulmonary

#### Observation/Inspection

Yes: Within Normal Limits

### Cardiovascular

#### Observation

Yes: Within Normal Limits

### Peripheral Vascular

#### General

Yes: Within Normal Limits

### Abdomen

#### Inspection

Yes: Within Normal Limits

### Gastrointestinal

#### General

Yes: Within Normal Limits

## ASSESSMENT:

Fainting

HSU received a phone call stating that inmate had passed out while walking from the shower in her unit to her cubicle. Once medical arrived inmate had already been brought down to the HSU and walked back to the examination room. Inmate stated she suffers from vertigo and she while she was in the shower she started feeling dizzy and attempted to walk back to her cubicle. Inmate was unsure if she lost consciousness or if she hit her head. Inmate stated her head did not hurt and she did not think that she hit her head.

Inmate is A&O x3 with no complaints of dizziness at this time. No bruises or lacerations on her head, skin is WNL, lungs clear bilaterally.

MD on call was notified of incident and requested an EKG which showed inmate in Normal Sinus rhythm.

## PLAN:

### Disposition:

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inmate Name: | ORDAZ, LAZARA | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex:   F   Race:  BLACK | | Facility:  COL | |
| Encounter Date: | 07/11/2020 13:09 | Provider:  Pippin, J. RN | | Unit:   F01 | |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/11/2020 | Counseling | Preventive Health | Pippin, J. | Verbalizes Understanding |

Inmate educated on getting up slowly

| | | | | |
|---|---|---|---|---|
| 07/11/2020 | Counseling | Access to Care | Pippin, J. | Verbalizes Understanding |

**Copay Required:** No              **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:** Li, Richard MD

**Telephone or Verbal order read back and verified.**

Completed by Pippin, J. RN on 07/11/2020 13:29

Requested to be cosigned by  Li, Richard MD.

Cosign documentation will be displayed on the following page.

38

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | | | Reg #: 52247-066 |
| Date of Birth: | | Sex:   F   Race: BLACK | | Facility: COL |
| Encounter Date: 07/10/2020 10:36 | | Provider: Criswell, Linda PA-C | | Unit:   F01 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1        Provider: Criswell, Linda PA-C

Chief Complaint:   Other Problem

Subjective:    States she has been losing weight for past month. currently weighs 158 which is what she weighed last Sept. Then went up to 163 in Oct. Doesn't know if she ever weighed more but states he clothes are looser and she has no appetite over past months. TSH was normal in march. Still on same dose. Also on iron but states she doesn't always take it and doesn't think it affects her appetite. Also denies depression. Denies stomach pain. BM's are normal.

Also having worse vertigo - used to be on meclizine a lot which did help but then it was not approved a second time.

Pain:    No

## OBJECTIVE:
### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/10/2020 | 10:40 COX | 96.6 | 35.9 | | Criswell, Linda PA-C |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/10/2020 | 10:40 COX | 68 | | | Criswell, Linda PA-C |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/10/2020 | 10:40 COX | 12 | Criswell, Linda PA-C |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/10/2020 | 10:40 COX | 100 | | Criswell, Linda PA-C |

### Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 07/10/2020 | 10:56 COX | 158.0 | 71.7 | | Criswell, Linda PA-C |

## Exam:
### General
#### Appearance
Yes: Appears Well, Alert and Oriented x 3

### Pulmonary
#### Auscultation
Yes: Clear to Auscultation

### Cardiovascular
#### Auscultation
Yes: Regular Rate and Rhythm (RRR)

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | ORDAZ, LAZARA | | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | | Facility: | COL |
| Note Date: | 07/08/2020 10:35 | Provider: | | Bailey, S. IOP/IDC/RN | | Unit: | F01 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**       Provider:   Bailey, S. IOP/IDC/RN
    admin note for covid test orders

## New Laboratory Requests:

| <ins>Details</ins> | <ins>Frequency</ins> | <ins>Due Date</ins> | <ins>Priority</ins> |
|---|---|---|---|
| Lab Tests-C-COVID-19 Asymptomatic Novel Coronavirus | One Time | 07/08/2020 00:00 | Today |

    Lab personnel verbally notified of a priority order of Today or Stat

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:**   No

Completed by Bailey, S. IOP/IDC/RN on 07/08/2020 10:37

Requested to be cosigned by  Franco, Karina MD.

Cosign documentation will be displayed on the following page.

40

| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | Facility: | COL |
| Encounter Date: | 07/10/2020 10:36 | Provider: | | Criswell, Linda PA-C | Unit: | F01 |

## ASSESSMENT:

Anemia, unspecified, 285.9 - Current

Abnormal weight loss, R634 - Current

Vertigo of central origin, H8149 - Current

## PLAN:

### New Medication Orders:

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Meclizine HCl Tablet | | 07/10/2020 10:36 |
| | **Prescriber Order:** | 25 mg Orally - daily PRN x 180 day(s) -- take once a day as needed for vertigo | |
| | Indication: Vertigo of central origin | | |

### Discontinued Medication Orders:

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 961108-COX | Ferrous Gluconate 324 (5 GR) MG Tab | | 07/10/2020 10:36 |
| | **Prescriber Order:** | Take one tablet by mouth each day with food | |
| | Discontinue Type: | When Pharmacy Processes | |
| | Discontinue Reason: | Not Indicated | |
| | Indication: | | |

### New Non-Medication Orders:

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Weight | Weekly | 90 days | | Criswell, Linda PA-C |
| | Order Date: | 07/10/2020 | | |

### Other:

1. weight loss : unclear if she has actually lost weight - should come once a week for weight; last TSH; labs due in Sept. Unsure why she has no appetite. Will stop iron as hgb not changing anyway and she doesn't take it that much.

2.vertigo - will request again

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/10/2020 | Counseling | Plan of Care | Criswell, Linda | Verbalizes Understanding |

**Copay Required:** Yes      **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Criswell, Linda PA-C on 07/10/2020 10:58

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | ORDAZ, LAZARA | | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | | Facility: | COL |
| Note Date: | 04/02/2020 14:00 | Provider: | | Franco, Karina MD | | Unit: | F08 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**       **Provider:** Franco, Karina MD

Chart review for medication refill

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 965511-COX | Meloxicam 7.5 MG Tab | 04/02/2020 14:00 |

**Prescriber Order:** Take one tablet (7.5 MG) by mouth each day with food (objective findings) x 180 day(s)

Indication: Low back pain, lumbago, Sciatica

| 961111-COX | Verapamil HCI  80 MG Tab | 04/02/2020 14:00 |
|---|---|---|

**Prescriber Order:** Take one tablet (80 MG) by mouth twice daily to control blood pressure x 180 day(s)

Indication: Hypertension, Unspecified essential

| 961109-COX | LevoTHYROXINE Sodium 75 MCG Tab | 04/02/2020 14:00 |
|---|---|---|

**Prescriber Order:** Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism x 180 day(s)

Indication: Hypothyroidism unspecified

| 961110-COX | OXcarbazepine 600 MG Tab | 04/02/2020 14:00 |
|---|---|---|

**Prescriber Order:** Take one tablet (600 MG) by mouth every night at bedtime (pain) x 180 day(s)

Indication: Low back pain, lumbago, Sciatica

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 09/18/2020 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

**Copay Required:** No       **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Franco, Karina MD on 04/02/2020 14:05

42

| Complex: | TAL--TALLAHASSEE FCI | | Begin Date: 03/10/2020 | End Date: 03/10/2021 |
|---|---|---|---|---|
| Inmate: | ORDAZ, LAZARA | Reg #:  52247-066 | Quarter: | D11-039L |

## Active Prescriptions

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth each day for blood pressure and fluid

**Rx#:** 1032126-COX   **Doctor:** Gopal, Swapna (MOUD) APRN

**Start:** 02/25/21   **Exp:** 08/24/21   **D/C:** 03/30/21   **Pharmacy Dispensings:** 37 TAB in 180 days

LevoTHYROXINE Sodium 75 MCG Tab

Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism

**Rx#:** 1009569-COX   **Doctor:** Franco, Karina (MOUD) MD

**Start:** 09/02/20   **Exp:** 03/01/21   **D/C:** 02/25/21   **Pharmacy Dispensings:** 180 TAB in 180 days

LevoTHYROXINE Sodium 75 MCG Tab

Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism

**Rx#:** 1032127-COX   **Doctor:** Gopal, Swapna (MOUD) APRN

**Start:** 02/25/21   **Exp:** 08/24/21   **D/C:** 03/30/21   **Pharmacy Dispensings:** 37 TAB in 180 days

LevoTHYROXINE Sodium 75 MCG Tab

Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism

**Rx#:** 961109-COX   **Doctor:** Franco, Karina (MOUD) MD

**Start:** 09/25/19   **Exp:** 03/23/20   **Pharmacy Dispensings:** 157 TAB in 180 days

LevoTHYROXINE Sodium 75 MCG Tab

Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism

**Rx#:** 989743-COX   **Doctor:** Franco, Karina (MOUD) MD

**Start:** 04/03/20   **Exp:** 09/30/20   **D/C:** 09/02/20   **Pharmacy Dispensings:** 180 TAB in 180 days

Meclizine HCl 12.5 MG Tab

Take one tablet (12.5 MG) by mouth twice daily for 10 days

**Rx#:** 1004479-COX   **Doctor:** Criswell, Linda PA-C

**Start:** 07/20/20   **Exp:** 07/30/20   **Pharmacy Dispensings:** 20 TAB in 10 days

Meloxicam 7.5 MG Tab

Take one tablet (7.5 MG) by mouth each day with food (objective findings)

**Rx#:** 1009570-COX   **Doctor:** Franco, Karina (MOUD) MD

**Start:** 09/02/20   **Exp:** 03/01/21   **D/C:** 01/08/21   **Pharmacy Dispensings:** 120 TAB in 180 days

Meloxicam 15 MG Tab

Take one tablet (15 MG) by mouth each day with food for pain (objective findings)  *May increase risk of stomach bleed when taken with fluoxetine**

**Rx#:** 1029860-COX   **Doctor:** Franco, Karina (MOUD) MD

**Start:** 02/04/21   **Exp:** 08/03/21   **D/C:** 03/30/21   **Pharmacy Dispensings:** 67 TAB in 180 days

Meloxicam 7.5 MG Tab

Take one tablet (7.5 MG) by mouth each day with food (objective findings)

43

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| Complex: TAL--TALLAHASSEE FCI | | Begin Date: 03/10/2020 | End Date: 03/10/2021 |
|---|---|---|---|
| Inmate: ORDAZ, LAZARA | Reg #: | 52247-066 | Quarter: D11-039L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:** Denied

## Active Prescriptions

Acetaminophen 325 MG Tab

Take two tablets (650 MG) by mouth twice daily AS NEEDED -ccc- w/objective findings

**Rx#:** 1027387-COX    **Doctor:** Bonnet-Engebretson, Leonor MD

**Start:** 01/19/21    **Exp:** 02/18/21    **Pharmacy Dispensings:** 120 TAB in 30 days

Amoxicillin 500 MG Cap

Take one capsule (500 MG) by mouth three times daily for 7 days until all taken

**Rx#:** 1007416-COX    **Doctor:** Franco, Karina (MOUD) MD

**Start:** 09/29/20    **Exp:** 10/06/20    **Pharmacy Dispensings:** 21 CAP in 7 days

Ferrous Gluconate 324 (5 GR) MG Tab

Take one tablet by mouth each day with food

**Rx#:** 1012071-COX    **Doctor:** Franco, Karina (MOUD) MD

**Start:** 09/24/20    **Exp:** 09/24/21    **D/C:** 03/30/21    **Pharmacy Dispensings:** 210 TAB in 365 days

Ferrous Gluconate 324 (5 GR) MG Tab

Take one tablet by mouth each day with food

**Rx#:** 961108-COX    **Doctor:** Franco, Karina (MOUD) MD

**Start:** 09/25/19    **Exp:** 09/24/20    **D/C:** 07/10/20    **Pharmacy Dispensings:** 300 TAB in 365 days

FLUoxetine HCl 10 MG Cap

Take one capsule (10 MG) by mouth each day *consent form on file *

**Rx#:** 1009617-COX    **Doctor:** Franco, Karina (MOUD) MD

**Start:** 09/02/20    **Exp:** 03/01/21    **D/C:** 02/25/21    **Pharmacy Dispensings:** 180 CAP in 180 days

FLUoxetine HCl 10 MG Cap

Take one capsule (10 MG) by mouth each day *consent form on file * (may increase risk of stomach bleed when taken with meloxicam)

**Rx#:** 1032125-COX    **Doctor:** Gopal, Swapna (MOUD) APRN

**Start:** 02/25/21    **Exp:** 08/24/21    **D/C:** 03/30/21    **Pharmacy Dispensings:** 37 CAP in 180 days

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth each day

**Rx#:** 1009568-COX    **Doctor:** Franco, Karina (MOUD) MD

**Start:** 09/02/20    **Exp:** 03/01/21    **D/C:** 02/25/21    **Pharmacy Dispensings:** 180 TAB in 180 days

44

| Complex: | TAL--TALLAHASSEE FCI | | Begin Date: 03/10/2020 | | End Date: 03/10/2021 |
| Inmate: | ORDAZ, LAZARA | Reg #: | 52247-066 | Quarter: | D11-039L |

## Active Prescriptions

Verapamil HCl 80 MG Tab

Take one tablet (80 MG) by mouth twice daily to control blood pressure

**Rx#:** 1032129-COX **Doctor:** Gopal, Swapna (MOUD) APRN

**Start:** 02/25/21 **Exp:** 08/24/21 **D/C:** 03/30/21 **Pharmacy Dispensings:** 74 TAB in 180 days

Verapamil HCl 80 MG Tab

Take one tablet (80 MG) by mouth twice daily to control blood pressure

**Rx#:** 961111-COX **Doctor:** Franco, Karina (MOUD) MD

**Start:** 09/25/19 **Exp:** 03/23/20 **Pharmacy Dispensings:** 314 TAB in 180 days

Verapamil HCl 80 MG Tab

Take one tablet (80 MG) by mouth twice daily to control blood pressure

**Rx#:** 989746-COX **Doctor:** Franco, Karina (MOUD) MD

**Start:** 04/03/20 **Exp:** 09/30/20 **D/C:** 09/02/20 **Pharmacy Dispensings:** 360 TAB in 180 days

Cholecalciferol (Vit D) 1000 UNIT (25Mcg) Tab

Take one tablet (1000 UNIT) by mouth each day

**Rx#:** 1009567-COX **Doctor:** Franco, Karina (MOUD) MD

**Start:** 09/02/20 **Exp:** 09/02/21 **D/C:** 03/30/21 **Pharmacy Dispensings:** 240 TAB in 365 days

Cholecalciferol (Vit D) 1000 UNIT (25Mcg) Tab

Take one tablet (1000 UNIT) by mouth each day

**Rx#:** 961112-COX **Doctor:** Franco, Karina (MOUD) MD

**Start:** 09/25/19 **Exp:** 09/24/20 **D/C:** 09/02/20 **Pharmacy Dispensings:** 365 TAB in 365 days

45

| Complex: | TAL--TALLAHASSEE FCI | | | Begin Date: 03/10/2020 | End Date: 03/10/2021 |
|---|---|---|---|---|---|
| Inmate: | ORDAZ, LAZARA | | Reg #: | 52247-066 | Quarter:   D11-039L |

## Active Prescriptions

**Rx#:** 965511-COX     **Doctor:** Franco, Karina (MOUD) MD
**Start:** 10/25/19     **Exp:** 04/22/20     **D/C:** 04/03/20     **Pharmacy Dispensings:** 180 TAB in 180 days

Meloxicam 7.5 MG Tab
Take one tablet (7.5 MG) by mouth each day with food (objective findings)
**Rx#:** 989744-COX     **Doctor:** Franco, Karina (MOUD) MD
**Start:** 04/03/20     **Exp:** 09/30/20     **D/C:** 09/02/20     **Pharmacy Dispensings:** 180 TAB in 180 days

methylPREDNISolone 4 MG Tab [ 21 count Pack]
Take as directed on package.  May take with food.
**Rx#:** 1019966-COX     **Doctor:** Siddiqui, Saad PA-C
**Start:** 12/08/20     **Exp:** 12/14/20     **Pharmacy Dispensings:** 21 TAB in 6 days

Nystatin Cream 100,000 Unit/GM [ 30 GM]
Apply topically to the affected area(s) twice daily
**Rx#:** 1033171-COX     **Doctor:** Franco, Karina (MOUD) MD
**Start:** 03/05/21     **Exp:** 04/04/21     **D/C:** 03/30/21     **Pharmacy Dispensings:** 30 GM in 30 days

OXcarbazepine 600 MG Tab
Take one tablet (600 MG) by mouth every night at bedtime (pain)
**Rx#:** 1009571-COX     **Doctor:** Franco, Karina (MOUD) MD
**Start:** 09/02/20     **Exp:** 03/01/21     **D/C:** 02/25/21     **Pharmacy Dispensings:** 180 TAB in 180 days

OXcarbazepine 600 MG Tab
Take one tablet (600 MG) by mouth every night at bedtime (pain)
**Rx#:** 1032128-COX     **Doctor:** Gopal, Swapna (MOUD) APRN
**Start:** 02/25/21     **Exp:** 08/24/21     **D/C:** 03/30/21     **Pharmacy Dispensings:** 37 TAB in 180 days

OXcarbazepine 600 MG Tab
Take one tablet (600 MG) by mouth every night at bedtime (pain)
**Rx#:** 961110-COX     **Doctor:** Franco, Karina (MOUD) MD
**Start:** 09/25/19     **Exp:** 03/23/20     **Pharmacy Dispensings:** 180 TAB in 180 days

OXcarbazepine 600 MG Tab
Take one tablet (600 MG) by mouth every night at bedtime (pain)
**Rx#:** 989745-COX     **Doctor:** Franco, Karina (MOUD) MD
**Start:** 04/03/20     **Exp:** 09/30/20     **D/C:** 09/02/20     **Pharmacy Dispensings:** 180 TAB in 180 days

Verapamil HCl 80 MG Tab
Take one tablet (80 MG) by mouth twice daily to control blood pressure
**Rx#:** 1009572-COX     **Doctor:** Franco, Karina (MOUD) MD
**Start:** 09/02/20     **Exp:** 03/01/21     **D/C:** 02/25/21     **Pharmacy Dispensings:** 360 TAB in 180 days

46



**VIRTUOX**
**HOME SLEEP TESTING**

Reading ID: 4381461
Session ID: 342934
5850 Coral Ridge Drive, Suite 304, Coral Springs, Florida 33076
Phone: (954) 344-7075    Fax: (866) 215-7347

## Home Sleep Test - Summary Report

**Patient Information**

LAZARA ORDAZ
846 54TH NW TERRACE
COLEMAN, FL 33521
Phone:
Gender: Female
Date of Birth: ¹²/¹²/¹⁹⁵³
Height: in Weight: lbs BMI:

**Physician Information**

TTST TTEST
YY
YU, AL 44444
Phone: (444) 444-4444
Fax: (555) 555-5555
NPI: 1555555559

**Provider Information**

CPAP Supply USA
413 Branchway Road Suite B
Chesterfield, VA 23236
Phone: (866) 560-2727
Fax: (866) 560-4227

| | | | |
|---|---|---|---|
| **Recording** | Start : 01/24/2021 11:21:00 PM | End : 01/25/2021 06:11:30 AM | **Duration** : 6 hours 50 min 30 sec |
| **Evaluation** | Start : 01/24/2021 11:31:00 PM | End : 01/25/2021 06:01:34 AM | **Duration** : 6 hours 30 min 34 sec |

**Test Condition:**  Room Air with Nasal Cannula



RDI

| 0 | Normal | 5 | Mild | 15 | Moderate | 30 | Severe |

Result (24.3)

## ANALYSIS

| Indices | | Normal | Result | |
|---|---|---|---|---|
| RDI : | 24.3 | < 5 / h | Average breaths per minute [bpm] : | 13 |
| RI : | 26.3 | < 5 | Breaths : | 5071 |
| Apnea index : | 12 | < 5 / h | Apneas : | 78 |
| UAI : | 2 | | Unclassified apneas : | 15 |
| OAI : | 9 | | Obstructive apneas : | 59 |
| CAI : | 0 | | Central apneas : | 2 |
| MAI : | 0 | | Mixed apneas : | 2 |
| Hypopnea index : | 12.3 | < 5 / h | Hypopneas : | 80 |
| % Flow lim. Br. without Sn (FL) : | 9 | < Approx. 60 | Flow lim. Br. without Sn (FL) : | 466 |
| % Flow lim. Br. with Sn (FS) : | 11 | < Approx. 40 | Flow lim. Br. with Sn (FS) : | 565 |
| | | | Snoring events : | 4117 |
| ODI Oxygen Desaturation Index : | 25.9 | < 5 / h | Number of Desaturations : | 171 |
| Lowest desaturation : | 69 | 94% - 98% | Oxygen Saturation ≤ 90% : | 137 min |
| Average saturation : | 91 | | Oxygen Saturation ≤ 89% : | 77 min |
| Lowest saturation : | 69 | | Oxygen Saturation ≤ 88% : | 48 min |
| Baseline saturation : | 94 | | Oxygen Saturation ≤ 85% : | 27 min |
| Minimum pulse frequency : | 41 | 50 - 70 bpm | Oxygen Saturation ≤ 80% : | 14 min |
| Maximum pulse frequency : | 88 | 60 - 90 bpm | | |
| Average pulse frequency : | 59 | | | |
| Proportion of probable CS epochs : | 0 | 0% | | |

**Analysis Status:** Analyzed automatically

**Analysis parameters**

Apnea [20%; 10s; 80s; 1.0s; 20%; 60%]; Hypopnea [70%; 10s; 100s; 1.0s]; Snoring [6.0%; 0.3s; 3.5s; 0.5s]; Desaturation [4.0%]; CSR [0.50]



Reading ID: 4381461
Session ID: 342934
5850 Coral Ridge Drive, Suite 304, Coral Springs, Florida 33076
Phone: (954) 344-7075    Fax: (866) 215-7347

## Home Sleep Test - Interpretation Report

### Patient Information

LAZARA ORDAZ
846 54TH NW TERRACE
COLEMAN, FL 33521
Phone:
Gender: Female
Date of Birth:
Height: in Weight: lbs BMI:

### Physician Information

TTST TTEST
YY
YU, AL 44444
Phone: (444) 444-4444
Fax: (555) 555-5555
NPI: 1555555559

### Provider Information

CPAP Supply USA
413 Branchway Road Suite B
Chesterfield, VA 23236
Phone: (866) 560-2727
Fax: (866) 560-4227

| Recording | Start : 01/24/2021 11:21:00 PM | End : 01/25/2021 06:11:30 AM | Duration : 6 hours 50 min 30 sec |
|---|---|---|---|

**Test Condition:**   Room Air with Nasal Cannula

### Respiratory Events

| | |
|---|---|
| RDI: | 24.3 |
| Apneas: | 78 |
| Obstructive Apneas: | 59 |
| Central Apneas: | 2 |
| Hypopneas: | 80 |

### Oximetry

| | |
|---|---|
| Oxygen Desaturation Index: | 25.9 |
| Lowest Saturation: | 69 |
| Oxygen Saturation ≤ 89%: | 77 min |
| Minimum pulse frequency: | 41 |
| Maximum pulse frequency: | 88 |

### Impression / Diagnosis

* Findings are consistent with Moderate Obstructive Sleep Apnea (G47.33)

### Recommendations

* Treatment options may include: Positive Airway Pressure (PAP) devices such as continuous PAP (CPAP), auto-adjusting PAP (APAP), and bi-level PAP (BI-PAP).

* If APAP is utilized for titration and/or treatment, an initial range setting of 5-20 cm H2O may be considered if there are no contraindications.

* If CPAP is utilized without APAP titration, an in-laboratory facility-based PAP titration may be considered.

* Consider PAP interface mask fitted for patient comfort, Heated Humidification & PAP compliance monitoring via downloadable reports (at 1 month, 3 months & 12 months after PAP initiation). Medicare has specific compliance requirements during the first 90 days of use.

* Mandibular repositioning device/ Oral appliance therapy may be considered for mild to moderate OSA, or for severe OSA if the patient is intolerant, refuses and/or non-compliant with CPAP.

* An ENT surgeon consultation may be considered for evaluation and possible surgical modification of the upper airway, if clinically indicated.

* Where applicable, utilize PAP device efficacy reports, additional testing, and face-to-face clinical evaluation after any treatment, changes in treatment, or major behavioral modifications.

* Consider repeat sleep study on the selected treatment to evaluate for the efficacy of the treatment, if patient continues to be symptomatic.

* If symptom resolution of sleep apnea is not achieved, or suspicion of continued sleep disturbance persists, consider referral to a sleep specialist.

* Consider behavioral interventions such as weight reduction or smoking cessation, if clinically indicated.

* Consider advising patient against the use of alcohol and sedatives as these substances can worsen excessive daytime sleepiness and respiratory disturbances of sleep

* Consider advising the patient not to drive, operate heavy machinery or engage in other activities which may be hazardous when sleepy or sleep deprived.

* Consider advising patient of the long term consequences of OSA if left untreated, need for treatment and close follow up.

* Treatment is recommended for patients diagnosed with moderate and severe obstructive sleep apnea (AHI/RDI>15). Treatment is recommended for patients diagnosed with mild obstructive sleep apnea (AHI/RDI 5 -15), if associated with any one of the following: daytime sleepiness (ESS >10), cognitive dysfunction, mood disorders, hypertension, heart disorders and stroke.

FCC Clemen CAMP
Ordaz, Lazara
#. S2247-066
D.O.B. 12-17-1958

*A Home Sleep Test cannot diagnose all sleep disturbances. If this test is negative for Obstructive Sleep Apnea and your clinical evaluation suggests otherwise, please refer the patient for a facility-based sleep study.*

Digitally Signed on March 04, 2021 by Chandra Matadeen-Ali, Board Certified Sleep Physician. NPI: 1811197619

| Device: ApneaLink | Firmware: SX566-0302 | Software: 10.20 | |
|---|---|---|---|
| VirtuOx, Inc. | | Private and Confidential | Page 1 of 1 |

after verbal consent was obtained - pt was taken in injection room with fluro. pt was placed in sitting position. the left shoulder joint was identified with external marking device and marked. a NSP was then completed. a 22 g spinal needle was then inserted into the left shoulder joint by the posterior subacromial approach. joint access was then confirmed with dye. after confirmation of joint access an injection of 2ml bupivicaine 0.25% and 80 mg depo medrol was injected. the pt tolerated the procedure well and post injection instruction was given. Pt left office in NAD.

## Procedure Codes

| C.S.Code Description | Start Time | End Time | Units | Mods | Status | Notes |
|---|---|---|---|---|---|---|
| CPT 99204 LEVEL 4 OFFICE VISIT | 01/08/2021 08:30:00 AM EST | 01/08/2021 08:45:00 AM EST | 1 | | 25 | |
| CPT 73221 MRI JOINT UPR EXTREM W/O DYE | 01/08/2021 08:30:00 AM EST | 01/08/2021 08:45:00 AM EST | 1 | TC,LT | | |
| CPT 20610 LARGE JOINT INJECTION | 01/08/2021 08:30:00 AM EST | 01/08/2021 08:45:00 AM EST | 1 | LT | | |
| CPT 77002 NEEDLE UNDER FLOUROSCOPY GUIDANCE | 01/08/2021 08:30:00 AM EST | 01/08/2021 08:45:00 AM EST | 1 | TC,RT | | |
| CPT J1040 DEPO MEDROL 80 MG | 01/08/2021 08:30:00 AM EST | 01/08/2021 08:45:00 AM EST | 2 | LT | | |

## Plan

### Plan Notes

1. Injection as above
2. increase mobic 15 mg i po qd at mid day med pass x 30 with 3 refill
3. discussed tx options
4. see me 4-6 weeks
Patient Referred Out and Summary of Care Provided: No
Clinical Summary Provided: No

Note generated by Azalea EHR - www.AzaleaHealth.com

## Patient Demographics
**Patient Name:**      Lazara Ordaz
**Date of Birth:**     1
**Gender:**            Male
**Preferred Language:** No Preferred Language

**FCC COLEMAN CAMP**

# 52247-064

## Care Team
**Rendering Provider:** DAVID CURRY, APRN

## Date and Location of Visit

|  |  |  |
|---|---|---|
| **Date of Service:** 01/08/2021 | **Appointment:** | 01/08/2021 08:30 AM EST |
| **Chart Number:** ARSS2839A1 | **Appt. Reason:** | COLEMAN, LAKE OR PASCO- NEW PATIENT |
| **Location:** ARS, PA | **Notes:** | COLEMAN PT |

## Medication Summary

**Medication Reconciliation:**
Not performed

## Chief Complaint / Assistant Note
left shoulder pain

## Subjective

**HPI**
left shoulder pain for several years. she had injection in past over one year ago. she had subacromial decompression and mumford in 2006. Pain was resolved for only 4-6 months post op. she has had limited ROM for several years and even just after surgery. she is on 7.5 mg mobic when it hurts. she has pain with any motion over 90 degree and internal and external rotation - especially donning/doffing bra

MRI shows post SAD with mumford, supraspinatus tendonitis, no acute tears or significant degenerative changes

**Problem History**

| C.S. | Code | Description | Status | Diagnosed | Edu. | Cog. | Func. |
|---|---|---|---|---|---|---|---|
| | ICD10M25.512 | Pain in left shoulder | ACTIVE | 01/08/2021 08:49 AM EST | No | No | No |
| | ICD10M75.42 | Impingement syndrome of left shoulder | ACTIVE | 01/08/2021 08:49 AM EST | No | No | No |
| | ICD10M75.52 | Bursitis of left shoulder | ACTIVE | 01/08/2021 08:49 AM EST | No | No | No |
| | ICD10M67.814 | Other specified disorders of tendon, left shoulder | ACTIVE | 01/08/2021 08:49 AM EST | No | No | No |

## Objective

**Objective Notes**
left shoulder: protruding distal clavicle, pain over edge of distal clavicle, as well as, the anterior gh joint, ROM limited to 90 add/abduction, and significantly reduced internal and somewhat to external, she is not hyperlax, motor is 5/5 with pain. no instability

## Assessment

**Diagnosis Codes**

| C.S. | Code | Description | Status | Diagnosed | Education | Cog. | Func. |
|---|---|---|---|---|---|---|---|
| | ICD10M25.512 | Pain in left shoulder | ACTIVE | 01/08/2021 | No | No | No |
| | ICD10M75.42 | Impingement syndrome of left shoulder | ACTIVE | 01/08/2021 | No | No | No |
| | ICD10M75.52 | Bursitis of left shoulder | ACTIVE | 01/08/2021 | No | No | No |
| | ICD10M67.814 | Other specified disorders of tendon, left shoulder | ACTIVE | 01/08/2021 | No | No | No |

## Procedure

**Procedure Notes**

# Advanced Wellness & Orthopedic Center
616 N. Palmetto St., Ste B ~ Leesburg, FL 34748
Phone 352-702-0850 ~ Fax 352-530-2476

NCD2005216073

| Dr. Frank J. Velez, M.D. | Richard G. Valenzuela, M.D. | D. Chris Curry, APRN |
|---|---|---|
| LIC.# ME67580 | LIC.# ME116272 | LIC.# APRN2962362 |
| DEA # BV2281044 | DEA.# FV1699430 | DEA # MC4277605 |

NAME: Orduz, Lazura

ADDRESS: _____   1 | 8 | -1

. ↑ mobil to. 15→ ī QV PO
@ m,daly x 30

2. Rom as tolerate 3 RF

3. Ice x 24 hu to cha

4. F/v 4-6 whs

☐ Label

Refill_____ Times

_____
(Signature)

☐ Name brand medically necessary.

DO NOT SUBSTITUTE _____ SUBSTITUTION PERMISSIBLE _____

BACKGROUND COLOR MUST APPEAR BLUE - VOID WILL APPEAR IF COPIED
RESISTS ERASURES AND ALTERATIONS

51



Akumin Leesburg
600 W North Blvd Suite E
Leesburg, FL 34748

Phone: (352) 504-0525
Fax: (352) 388-4906
Website: akumin.com

*Ice Coleman Comp*
*50247-006*

Exam requested by:
KENNETH GOMEZ
19225 US-27
Clermont Florida 34715
Fax: (615) 932-8931
MRI SHOULDER WITHOUT CONTRAST [73221SHOULDER] - MSK - LEFT

Patient: ORDAZ, LAZARA
Date of Birth: ~ ~ ~
Phone: (615) 815-2762
MRN: 6` ` `` Acc: E``` ``````
Date of Exam: 10-02-2020

## EXAM: MRI OF THE LEFT SHOULDER WITHOUT INTRAVENOUS CONTRAST

TECHNIQUE: Multiplanar/multi-sequence MRI of the left shoulder was performed without the administration of gadolinium.

CLINICAL DATA: Patient complains of chronic left shoulder pain for 10 years. History of left shoulder surgery 10 years ago. Patient said the "scraped the bone."

PRIOR STUDIES: No prior studies available.

FINDINGS:
Mild supraspinatus tendinopathy without focal tear. Normal infra spinatus, teres minor and subscapularis tendons without a tear

Normal rotator cuff and deltoid muscles without edema or atrophy

Normal proximal biceps tendon without tear. The long head of biceps tendon is located within the bicipital groove

No fluid in the subacromial subdeltoid bursa

Status post subacromial decompression with resection of distal clavicle with postsurgical changes

Small subchondral cysts in the posterior lateral aspect the humeral head.

Normal glenohumeral joint without joint effusion or arthritic change. Normal glenohumeral ligament complex without findings to suggest adhesive capsulitis. Normal superior labrum without evidence of a SLAP lesion. Normal biceps labral anchor. Normal anterior and posterior labrum without tear. No Hill-Sachs or osseous Bankart lesion. No evidence of avascular necrosis of the humeral head.

IMPRESSION:
Status post subacromial decompression with resection of the distal clavicle and postsurgical changes

Mild supraspinatus tendinopathy without focal tear

No labral tear

RECOMMENDATION: Follow up as clinically indicated.

*Thank you for referring your patient to Akumin Leesburg*

Rabiea, Robert
*Electronically Signed:* 10/02/2020

The information contained in this facsimile message is privileged and confidential information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you!

Mai ⚕ Optometry

Mai Eyes Optometry, LLC
2880 David Walker Dr. #260
Eustis, FL 32726

Physician: Van Mai Vu, OD
Form: Optometric Examination
Exam Date: 9/16/2020

Patient Name: Ordaz, Lazara
Institution: Low  Med  USP-I  USP-II  Camp  Unit: _____
Occupation: ☐None ☐Rec ☐Compound ☐Teacher ☐Kitchen ☐Unicor
☐Orderly ☐ _____
DOB: _____  Age 61  Sex: M (F) T   Reg #: 522-7-066
Ethnicity: ☐ Caucasian ☐African ☐ Hispanic ☐Native American ☐Cuban
Hobbies: _____
Pt Notes: ☐Spanish only ☐Limited English ☐Hearing impaired ☑Face mask

Dr. / Tech using: ☑ KN-95 mask  ☐ surgical mask  ☐ gloves ☑ face shield   ☐ _____

| Chief Complaint: CC (check only ONE) | Secondary Complaint |
|---|---|
| ☐ Blurry vision ☐ Red eyes ☐ Flashes / Floaters ☐ Double vision ☐ Dry Eyes | SC _____ |
| ☐ Glasses/CL update ☑ DM / HTN ☐FE ☐ Other: | ☐No flashes, floaters, double vision, increased headaches or pain |

| HPI: | Describe the CC | | Describe the SC |
|---|---|---|---|
| Location | RE / LE / BI   Distance / Near | | |
| Onset | _____ days  |  _____ weeks  |  _____ months  |  _____ years  ☐ | | |
| Frequency | _____ times a day/ week / month   |   rarely / sometimes / often / daily  | | | |
| Duration | ☐a few secs / mins / hours   ☐intermittent   ☐constant  ☐ | | |
| Severity | mild / moderate / severe   ☐ | | |
| Factors | Improved w/ _____                    Worsened w/ | | |
| Add. Notes | | | |

Last Eye Exam: 9/16/19   Age of current glasses: 2  yrs
Last Physical: _____   1st glasses: _____

Current Meds: ☐ None   ☑ See pt's attached list of meds

Allergies: ☑ No known drug allergies   ☐ See pt's attached list

Smoker: _____ packs per day   Quit _____  (Never)
Alcohol: _____ rarely / daily / socially   Never
Rec drugs: Hx of _____ rarely / daily / socially   Never

I am .......... ☐ Nursing   ☐ Pregnant ___ months

| FAMILY HISTORY | | | | | |
|---|---|---|---|---|---|
| ☐ Check if all family history is N/A. | | | | | |
| Glaucoma ☐ | ☐ Mom | ☐ Dad | ☐ Sibling | ☐ Aunt/Uncle | ☐ Grandparent |
| Macular degeneration ☐ | ☐ Mom | ☐ Dad | ☐ Sibling | ☐ Aunt/Uncle | ☐ Grandparent |
| Eye turn ☐ | ☐ Mom | ☐ Dad | ☐ Sibling | ☐ Aunt/Uncle | ☐ Grandparent |
| Night blindness ☐ | ☐ Mom | ☐ Dad | ☐ Sibling | ☐ Aunt/Uncle | ☐ Grandparent |
| Keratoconus ☐ | ☐ Mom | ☐ Dad | ☐ Sibling | ☐ Aunt/Uncle | ☐ Grandparent |
| Diabetes ☑ | ☑ Mom | ☐ Dad | ☑ Sibling | ☐ Aunt/Uncle | ☐ Grandparent |
| Hypertension ☐ | ☐ Mom | ☐ Dad | ☐ Sibling | ☐ Aunt/Uncle | ☐ Grandparent |
| Heart disease ☐ | ☐ Mom | ☐ Dad | ☐ Sibling | ☐ Aunt/Uncle | ☐ Grandparent |
| Cancer ☐ (Type) lung | ☑ Mom | ☐ Dad | ☐ Sibling | ☐ Aunt/Uncle | ☐ Grandparent |
| Migraine ☐ | ☐ Mom | ☐ Dad | ☐ Sibling | ☐ Aunt/Uncle | ☐ Grandparent |
| Other ☐ | Condition: _____ | | | Relationship: _____ | |

| PERSONAL REVIEW OF SYSTEMS | |
|---|---|
| ☐ Check if all of review of systems is N/A. | |
| Allergy | ☐ Seasonal ☐ Penicillin ☐ Sulfa ☐ Anesthetic ☐ Food : _____ ☐ Other: _____ |
| Constitutional | ☐ Unexplained fever / weight loss / fatigue |
| Cardiovascular | ☐ Chest pain  ☐ Shortness of breath w/exertion ☐ Irregular heartbeat / low heart rate |
| Endocrine | ☐ Increased urination / thirst / appetite |
| Gastrointestinal | ☐ Constipation / diarrhea ☐ Vomiting blood / blood in stool |
| Genitourinary | ☐ Difficulty / burning while urinating |
| Head | ☐ Persistent sore throat / hoarseness of voice ☐ Hearing loss / ear or nose discharge ☐ Sinus congestion ☐ Loss of smell |
| Hematologic/ Lymphatic | ☐ Swollen glands ☐ Anemia / frequent bruising |
| Immunologic/ Skin | ☐ History of infectious disease ☐ Unexplained skin rashes / persistent itching ☐ Pigmented lesions |
| Musculoskeletal | ☐ Joint pain / restriction of motion ☐ Unexplained muscle pain / lower back pain |
| Neurologic | ☐ Muscle weakness / tingling in extremities ☐ Dizziness / blackouts / grey outs |
| Psychiatric | ☐ Memory lapses  ☐ Disorientation ☐ Ongoing depression  ☐ Dementia |
| Respiratory | ☐ Shortness of breath  ☐ Wheezing sounds ☐ Persistent cough |

| PERSONAL MEDICAL HISTORY | | |
|---|---|---|
| ☐ Check if all medical history is N/A. | | |
| Diabetes Type __ ☐ | Treatment: ☐ meds ☐ diet ☐ exercise | Diagnosed: _____ |
| Insulin dependent ☐ | Last HbA1c: ____ %, Date: _____ | |
| Diabetic neuropathy ☐ | Last Blood Sugar: _____ mg/dl (FBS / RBS), Date: _____ | |
| High Cholesterol ☐ | Treatment: ☐ meds ☐ diet ☐ exercise | Diagnosed: _____ |
| Hypertension ☐ | Treatment: ☐ meds ☐ diet ☐ exercise | Diagnosed: _____ |
| Heart attack / stroke ☐ | Treatment: ☐ meds ☐ diet ☐ surgery | Diagnosed: _____ |
| hypo Thyroid disorder ☑ | Treatment: ☑ meds ☐ surgery | Diagnosed: _____ |
| Sleep apnea ☐ | Treatment: ☐ PAP machine ☐ surgery | Diagnosed: _____ |
| Asthma / COPD ☐ | Treatment: ☐ meds | Diagnosed: _____ |
| Kidney Disease / Stones ☐ | Treatment: ☐ dialysis ☐ surgery | Diagnosed: _____ |
| Arthritis ☐ | Treatment: ☐ meds | Diagnosed: _____ |

Other conditions: anemia, dysphagia, GERD, sciatica, eczema,
vitamin D deficiency, confirmed covid-19 (7/2020)
List surgeries: Shoulder, throat

| PERSONAL OCULAR HISTORY | | |
|---|---|---|
| ☐ Check if all ocular history is N/A. | | |
| suspect. Glaucoma ☑ | ☑ RE ☑ LE | Treatment: ☐ drops  ☐ SLT / ALT  ☐ LPt |
| Target IOP: _____ | Diagnosed | Reported compliance: Good Fair Poor |
| Pachymetry: ___ / ___ | Last: HVF _____ | OCT RNFL _____ Drops _____ |
| Macular degeneration ☐ | ☐ RE ☐ LE | Treatment: ☐ injections ☐ vitamins |
| Retinal Detachment ☐ | ☐ RE ☐ LE | Treatment: ☐ injection ☐ laser ☐ buckle |
| Diabetic Retinopathy ☐ | ☐ RE ☐ LE | Treatment: ☐ injections ☐ laser |
| Cataract ☐ | Surgery: RE _____ , LE _____ | |
| LASIK / Laser ☐ | Surgery: RE _____ , LE _____ | |
| Strabismus (Eye turn) ☐ | ☐ RE ☐ LE | Tx: ☐ Glasses ☐ Patching ☐ VT ☐ Surgery |
| Amblyopia (Lazy eye) ☐ | ☐ RE ☐ LE | Tx: ☐ Glasses ☐ Patching ☐ VT ☐ Surgery |
| Uveitis ☐ | ☐ RE ☐ LE | Occurred: _____ |
| Trauma ☐ | ☐ RE ☐ LE | Occurred: _____ |
| Other ☑ | Hx of eft Tx for glc d/c'd | |

53



# Bureau of Prisons
# Health Services
# Consultation Request

| | | |
|---|---|---|
| **Inmate Name:** ORDAZ, LAZARA | **Reg #:** 52247-066 | **Complex:** COX |
| **Date of Birth:** | **Sex:** F | |

**Consultation/Procedure Requested:**  Optometry

**Subtype:**  Onsite

**Priority:** Routine

**Target Date:** 09/25/2020

**Reason for Request:**

> Chart review for optometry consult
> HTN
> Glaucoma suspect
> Cataract OU
> F/u in 12 months.

**Medications (As of 09/16/2020)**

> Cholecalciferol (Vit D) 1000 UNIT (25Mcg) Tab  Exp: 09/02/2021  SIG: Take one tablet (1000 UNIT) by mouth each day
>
> FLUoxetine HCl 10 MG Cap  Exp: 03/01/2021  SIG: Take one capsule (10 MG) by mouth each day *consent form on file *
>
> hydroCHLOROthiazide 25 MG Tab  Exp: 03/01/2021  SIG: Take one tablet (25 MG) by mouth each day
>
> LevoTHYROXINE Sodium 75 MCG Tab  Exp: 03/01/2021  SIG: Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism
>
> Meloxicam 7.5 MG Tab  Exp: 03/01/2021  SIG: Take one tablet (7.5 MG) by mouth each day with food (objective findings)
>
> OXcarbazepine 600 MG Tab  Exp: 03/01/2021  SIG: Take one tablet (600 MG) by mouth every night at bedtime (pain)
>
> Verapamil HCl 80 MG Tab  Exp: 03/01/2021  SIG: Take one tablet (80 MG) by mouth twice daily to control blood pressure

**Allergies (As of 09/16/2020)**

> No Known Allergies

**Health Problems (As of 09/16/2020)**

> Anemia, unspecified, Other disorder of bone and cartilage, Dysphagia, unspecified, Low back pain, lumbago, Esophageal reflux, Pityriasis rosea, Dermatitis/eczema due to unspecified cause, Sciatica, Headache, Shoulder (pain in joint, shoulder region), Foot, contusion, Hypothyroidism unspecified, Slow transit constipation, Hypertension, Unspecified essential, LTBI Prophy Refused, Vertigo of central origin, Pain in leg, unspecified, Fractured dental restorative material with loss of material, Dental caries, Encounter for gynecological exam (general) (routine) without abnormal findings, Vitamin D deficiency, Abnormal weight loss, Confirmed case COVID-19, Other peripheral vertigo, Adjustment disorder

**Inmate Requires Translator:**  No          **Language:**

**Additional Records Required:**

**Comments:**

**Requested By:**  Franco, Karina MD

**Ordered Date:**  09/25/2019 09:09

**Scheduled Target Date:** 09/25/2020 00:00

**Level of Care:**  Medically Necessary - Non-Emergent

Patient Name: Ordaz Lazara    Age: 61   Reg #: 52247-066

**Entering VA: sRx / sCL / RGP / Scleral**

Tech Initials _____

| | DVA sc | PH | NVA sc / cc |
|---|---|---|---|
| BP: ____ , ____ mmHg | RE 20/ 40 | 20/ | 20/ |
| RAS / LAS | LE 20/ 40 | 20/ | 20/ |
| @ ____ : ____ am / pm | OU 20/ 80 | | 20/ |

**Current Rx: SVD / SVN / BF / TF / PAL / CL**

| | Sph | Cyl | Axis | Prism | Add | DVA |
|---|---|---|---|---|---|---|
| RE | +0.50 | -0.25 | 088 | | +2.25 | 20/ |
| LE | +0.75 | -0.25 | 095 | | | 20/ |
| OU | | | | | | 20/ |

**Retinoscopy: Dry**

| | Sph | Cyl | Axis | DVA |
|---|---|---|---|---|
| RE | | | | 20/ |
| LE | | | | 20/ |

**Subjective**

| | Sph | Cyl | Axis | Prism | DVA |
|---|---|---|---|---|---|
| RE | | | | | 20/ |
| LE | | | | | 20/ |
| ADD: + | | NVA 20/ | | | 20/ |

**Von Graefe Phorias**
D  H: _____ ortho / EP / XP
    V: _____ BD RE / LE
N  H: _____ ortho / EP / XP
    V: _____ BD RE / LE
NRA/PRA: +_____ / -_____

Visuoscopy  OD _____ , (un) steady
           OS _____ , (un) steady

**Presenting / Final 1 CL**

| Lens | | Sph | Cyl | Axis | BC | Dia | DVA |
|---|---|---|---|---|---|---|---|
| RE | | | | | | | 20/ |
| LE | | | | | | | 20/ |

| OR | Sph | Cyl | Axis | DVA | Fit |
|---|---|---|---|---|---|
| RE | | | | 20/ | |
| LE | | | | 20/ | |

DVergence: BI ___/___/___ | BO ___/___/___ | Supra ___/___ | Infra ___/___
NVergence: BI ___/___/___ | BO ___/___/___ | Supra ___/___ | Infra ___/___

**Neurological/Psychiatric**
Pt is/ is not oriented to time, place & person
Pt mood is / pleasant ☐

**Entrance Testing**
DCT: ortho ____ EP / XP / ET / XT
NCT: ortho ____ EP / XP / ET / XT
NPC ___ X / TTN / ___ cm
EOM: Full & unrestricted OU
VF: ☐ FTFC OU   ☐ Restricted OD / OS
Pupils: PERRL   ☐ ( - APD)

Instilled 1 gtt Fluress OU
IOP: GAT 15, 15 mmHg @ 1:22 am/pm
Dilation 1 gtt OU ____ @ 1:22 am/pm
   ☐ 1.0% Trop   ☐ Pyr
   ☐ 2.5% Phenyl
Gonioscopy OD                    OS
4-mirror
Notes:

**Biomicroscopy:**

| | Right Eye | R | | L | Left Eye |
|---|---|---|---|---|---|
| Lids / Lashes | ☐ Blepharitis ☐ | | Clean | | ☐ Blepharitis ☐ |
| Conjunctiva | ☐ N / T Ping / Ptery ☐ | | White & Quiet | | ☐ N / T Ping / Ptery ☐ |
| Cornea | | | Clear | | |
| Anterior Chamber | | | Deep & Quiet | | |
| Iris | | | Flat & Avascular | | |
| Lens | ☐ +NS ☐ ____ CC ☐ ____ PSC | | Clear | | ☐ +NS ☐ ____ CC ☐ ____ PSC |
| | ☐ PCIOL ☐ | | | | ☐ PCIOL ☐ |
| Angles | ¼ ½ ¾ 1 : 1, ¼ ½ ¾ 1 : 1 | | | | ¼ ½ ¾ 1 : 1, ¼ ½ ¾ 1 : 1 |

**Ophthalmoscopy**

| | Right Eye | | | Left Eye |
|---|---|---|---|---|
| Optic Nerve / C/D | 0.40 c C/D (hxv) | 0.30 c | | |
| Vitreous | ☐ Syneresis ☐ PVD ☐ | Clear | | ☐ Syneresis ☐ PVD ☐ |
| Rim | | Pink & Healthy, | | |
| Margins | ☐ NVD ____ % ☐ | Distinct | | ☐ NVD ____ % ☐ |
| Vessels | ☐ Attenuation  ☐ Nicking S / I | Normal x-sings | | ☐ Attenuation  ☐ Nicking S / I |
| | ☐ Beading ☐ | 2/3  AV  2/3 | | ☐ Beading ☐ |
| Macula | ☐ ____ RPE ∆ ☐ | Flat & Avascular | | ☐ ____ RPE ∆ ☐ |
| | ☐ ____ Exudates ☐ ____ Drusen | | | ☐ ____ Exudates ☐ ____ Drusen |
| Periphery | ☐ D / B hemes I S N T  ☐ NVE | No RH/RT/RD | | ☐ D / B hemes I S N T  ☐ NVE |
| | ☐ | | | ☐ |

Lens: DO
  20D / 90D
  (20D / 78D)
Notes: _____

☐ DM only
☐ No CME
☐ No retinopathy

Right Eye                    Left Eye

**Final Spectacle Rx   ☐ Full Subjective (See above)**

| | Sph | Cyl | Axis | Prism | Add | PD |
|---|---|---|---|---|---|---|
| RE | | | | | | / |
| LE | | | | | | |

**Final Contact Lens Rx   ☐ Trial ___ (see above)**
RE
LE

**BC / Dia**
/
/

| | Sph | Cyl | Axis | Add |
|---|---|---|---|---|
| RE | | | | |
| LE | | | | |

**Diagnosis / Assessment**                                        **Plan**

☐ Diabetes Type _____    RTC ____ mos DFE. Monitor, Pt ed below ☐ Refer ( OMD retina / PCP / lab ) w/in _____

(1) Hypertension, ( ↑ ) retinopathy OU    ① RTC 12 mos DFE. Continue f/u & management w/PCP as directed ☐ Refer OMD retina w/in ____ mos
☐ ARMD    RTC ____ mos DFE. Monitor, Pt ed below ☐ Cause of ↓ BCVA ☐ Refer: OMD retina w/in ____ mos
(3) Cataract OU    ② ☐ Monitor, Pt ed below. ☐ Cause of ↓ BCVA ☐ Refer: OMD Werhly w/ ____ mos for cataract consult
☐ Dry Eyes / Blepharitis    ☐ WC BID x 10 mins, Lid scrubs BID, AT's PRN OU ☐ Gel qhs OU ☐ Rx
☐ Glaucoma    ☐ ____ mos IOP ☐ ____ mos for HVF 24-2 w/optometrist ☐
    ☐ Refer OMD for HVF 24-2 / OCT RNFL / pachymetry w/in ____ mos

Hyperopia  RE / LE          Astigmatism  RE / LE
Myopia  RE / LE             Emmetropia  RE / LE
Presbyopia  OU              Amblyopia  RE / LE

Spectacle / Contact Lens Ordered: Yes / No  Recommend: Full / Part time wear SVD ( SVN ) BF
☐ Educated Amblyopia cause of decreased BCVA, Monitor.
☐ Educated good CL hygiene & don'ts (nap/sleep/swim/shower in CLs), ↑ risk of blindness w/misuse.

Pt Ed: ☐ Dilation Caution: near blur & photophobia typically lasting 4-6 hrs
☐ S&S of RD. See an eye care professional ASAP if symptomatic
☐ DM/HTN ocular effects, blindness risk, cont' PCP f/u & management
☐ Glc, risk of blindness, importance of f/u care & good compliance w/Tx

☐ SRx adaptation 1-2 weeks
☐ Presbyopia - occurs w/age, plateaus around mid 60's, affects near vision
☐ Cataracts: rec UV protection, ↑ progression w/smoking, DM, certain meds
☐ AMD ↑risk w/smoking; rec LMZ vit supplement, diet & UV protection

OPTOMETRY Recall: ☐ Comprehensive Eye Exam ( DM / HTN ) ☐ ____ 1 yr
    ☐ F/U in ____ days / mos for _____ , or sooner, if symptoms worsen, experiencing any eye pain or ↓ in vision.
☐ Refer to Glaucoma: w/OPHTHALMOLOGY w/in ____ for HVF 24-2 / OCT-RNFL / pachymetry
☐ Refer to Retina OPHTHALMOLOGY w/in ____ for _____
☐ Refer to _____ w/in ____ for _____

Physician Signature _____
Date: 9/16/2020  Van Mel Vu, OD  OPC 6557

55

ID: ORDAZ 52247-066    Gender:    Female
Name:
Age:

FCC COLEMAN CAMP

07/11/2020 11:24:23AM
PR:              122/170 ms
QRS:             98 ms
QT/QTc:          412/432 ms
P/QRS/T axis:    38/34/54 deg
Heart rate:      66 bpm

warning: age not available, assumed 35 years
sinus rhythm
Normal ECG
Unconfirmed Report



25 mm/s      10 mm/mV Frequency Response [0.5-35] Hz 60Hz  (i)Version 2.00.06

P/N 94018P

56



**Federal Bureau of Prisons**

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** ORDAZ, LAZARA | **Facility** FCI Marianna | **Collected** 05/19/2021 10:12 CDT, 05/21/2021 11:27 CDT |
| **Reg #** 52247-066 | **Order Unit** X03-010L | **Received** 05/21/2021 10:32 CDT |
| **DOB** | **Provider** Kendes Archer, M.D. | **Reported** 05/21/2021 12:58 CDT |
| **Sex** F | | **LIS ID** 102212639 |

| CHEMISTRY | | | | |
|---|---|---|---|---|
| Sodium | | 136 | 136-145 | mmol/L |
| Potassium | | 4.4 | 3.5-5.1 | mmol/L |
| Chloride | | 101 | 98-107 | mmol/L |
| Carbon Dioxide | | 29 | 22-29 | mmol/L |
| Urea Nitrogen (BUN) | | 20 | 8-23 | mg/dL |
| Creatinine | H | 1.13 | 0.51-0.95 | mg/dL |
| eGFR (IDMS) | | 49 | | |

GFR units measured as mL/min/1.73 m^2. If African American multiply by 1.210.
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.8 | 8.8-10.2 | mg/dL |
| Glucose | L | 57 | 74-106 | mg/dL |
| AST | | 25 | 10-32 | U/L |
| ALT | | 18 | 8-33 | U/L |
| Alkaline Phosphatase | H | 146 | 35-104 | U/L |
| Bilirubin, Total | | 0.5 | <=1.2 | mg/dL |
| Protein, Total | | 7.6 | 6.6-8.7 | g/dL |
| Albumin | | 4.4 | 3.5-5.2 | g/dL |
| Globulin | | 3.2 | 2.0-3.7 | g/dL |
| Alb/Globulin Ratio | | 1.37 | 1.00-2.30 | |
| Anion Gap | L | 6.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 17.5 | 5.0-30.0 | |
| Cholesterol, Total | | 185 | <200 | mg/dL |
| Triglycerides | | 47 | <=150 | mg/dL |
| HDL Cholesterol | H | 73 | 40-60 | mg/dL |
| LDL-Cholesterol | | 103 | <=130 | mg/dL |
| Chol/HDLC Ratio | | 2.5 | 0.0-4.0 | |

| SPECIAL CHEMISTRY | | | |
|---|---|---|---|
| TSH | 3.04 | 0.27-4.20 | ulU/mL |

---

**FLAG LEGEND**    L=Low  L!=Low Critical   H=High  H!=High Critical   A=Abnormal  A! =Abnormal Critical

 **Quest**
Diagnostics·

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **ORDAZ, LAZARA**<br><br>**DOB:**          **AGE: 62**<br>Gender:    F<br>Patient ID: 52247066 | Specimen:   TM848468C<br>Collected:   08/25/2021<br>Received:    08/26/2021 / 03:07 CDT<br>Reported:    08/26/2021 / 16:41 CDT | Client #: 339717 |

# ALLERGEN REPORT

**FOOD ALLERGY PROFILE**
Performing Lab: TP

| Test Name | Results kU/L | CLASS 0 1 2 3 4 5 6 |
|---|---|---|
| EGG WHITE (F1) IGE | <0.10 | |
| PEANUT (F13) IGE | 0.24 H | |
| WHEAT (F4) IGE | <0.10 | |
| WALNUT (F256) IGE | 0.36 H | |
| CODFISH (F3) IGE | <0.10 | |
| COW'S MILK (F2) IGE | <0.10 | |
| SOYBEAN (F14) IGE | <0.10 | |
| SHRIMP (F24) IGE | <0.10 | |
| SCALLOP (F338) IGE | <0.10 | |
| SESAME SEED (F10) IGE | <0.10 | |
| HAZELNUT (F17) IGE | <0.10 | |
| CASHEW NUT (F202) IGE | <0.10 | |
| ALMOND (F20) IGE | <0.10 | |
| SALMON (F41) IGE | <0.10 | |

**FOOD ALLERGY PROFILE**
Performing Lab: TP

| Test Name | Results kU/L | CLASS 0 1 2 3 4 5 6 |
|---|---|---|
| TUNA (F40) IGE | <0.10 | |

**MILK COMPONENT PANEL**
Performing Lab: TP

| Test Name | Results kU/L | CLASS 0 1 2 3 4 5 6 |
|---|---|---|
| ALPHA-LACTALBUMIN (F76) IGE | <0.10 | |
| BETA-LACTOGLOBULIN (F77) IGE | <0.10 | |
| CASEIN (F78) IGE | <0.10<br>See Endnote 1 | |

**ALLERGY TESTS**
Performing Lab: TP

| Test Name | Results kU/L | CLASS 0 1 2 3 4 5 6 |
|---|---|---|
| RICE (F9) IGE | <0.10 | |
| BANANA (F92) IGE | <0.10 | |
| LATEX (K82) IGE | <0.10<br>See Endnote 3 | |

## INTERPRETATION

Performing Lab: TP

See Endnote 2

**Endnote 1**     IgE reactivity to whole milk without reactivity to Bos d 4, Bos d 5, or Bos d 8, may be explained by IgE reactivity to other cow's milk proteins or non-protein milk constituents. Additional information can be found at http://www.phadia.com

**Endnote 2**

```
Specific                          Level of Allergen
IGE Class      kU/L               Specific IGE Antibody
-----          ---------          -------------------
  0            <0.10              Absent/Undetectable
  0/1          0.10-0.34          Very Low Level
  1            0.35-0.69          Low Level
  2            0.70-3.49          Moderate Level
  3            3.50-17.4          High Level
  4            17.5-49.9          Very High Level
  5            50-100             Very High Level
  6            >100               Very High Level
```

The clinical relevance of allergen results of
0.10-0.34 kU/L are undetermined and intended for
specialist use.

Allergens denoted with a "**" include results using
one or more analyte specific reagents. In those
cases, the test was developed and its analytical
performance characteristics have been determined by
Quest Diagnostics. It has not been cleared or approved
by the U.S. Food and Drug Administration. This assay

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | ~~~~~~ | Sex: | F | Race: BLACK | Facility: | MNA |
| Note Date: | 02/24/2022 15:33 | Provider: | | Caldwell, Annette ARNP | Unit: | X03 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1       Provider:   Caldwell, Annette ARNP
recurrent rash to body, will order Z pack

**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | MethylPREDNISolone Tab 4 MG ( Dose Pack 21 tab) | 02/24/2022 15:33 |

**Prescriber Order:**   4mg  Orally -  daily x 6 day(s)
Indication:   Dermatitis/eczema due to unspecified cause

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Caldwell, Annette ARNP on 02/24/2022 15:35

| Inmate Name: ORDAZ, LAZARA | | | | Reg #: 52247-066 |
|---|---|---|---|---|
| Date of Birth: | Sex: F | Race: BLACK | | Facility: MNA |
| Encounter Date: 12/22/2021 10:13 | Provider: Caldwell, Annette ARNP | | | Unit: X03 |

Yes: Within Normal Limits

## ROS Comments

Patient's allergies, sensitivities, and reactions were reviewed and updates applied during this visit as indicated. See Chart: Allergies for most recent patient allergy list.

## ASSESSMENT:

Exposure to scabies, Z207S - Current

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Ivermectin Tablet | 12/22/2021 10:13 |

**Prescriber Order:** 15mg Orally Weekly x 14 day(s) Pill Line Only -- Take first dose at evening pill line on 12/22/2021 repeat in one week, take with food

Indication: Exposure to scabies

## Disposition:

Follow-up at Sick Call as Needed

## Other:

laundry on board
treatment plan in place

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/22/2021 | Counseling | Access to Care | Caldwell, Annette | Verbalizes Understanding |

**Copay Required:** No       **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Caldwell, Annette ARNP on 12/22/2021 10:18

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
| Date of Birth: | Sex: F Race: BLACK | | Facility: MNA |
| Encounter Date: 12/22/2021 10:13 | Provider: Caldwell, Annette ARNP | | Unit: X03 |

Mid Level Provider - Evaluation encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1      Provider: Caldwell, Annette ARNP

Chief Complaint: Skin Problem
Subjective: Exposure to scabies, denies rash or itching.
Pain: No

## ROS:

**General**

**Constitutional Symptoms**

No: Anorexia, Chills, Easily Tired, Fatigue

**Cardiovascular**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

**Psychiatric**

**General**

Yes: Within Normal Limits

## OBJECTIVE:

### Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 12/22/2021 | 10:14 MNA | 168.0 | 76.2 | | Caldwell, Annette ARNP |

### Exam:

**General**

**Affect**

Yes: Cooperative

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Mental Health**

**Posture**

Yes: Within Normal Limits

**Affect**

61

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race:BLACK | Facility: | MNA |
| Note Date: | 09/14/2021 11:12 | Provider: | | Caldwell, Annette ARNP | Unit: | X03 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  Caldwell, Annette ARNP
refilling medication

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 203760-MNA | hydroCHLOROthiazide 25 MG Tab | 09/14/2021 11:12 |

    **Prescriber Order:**  Take one tablet (25 MG) by mouth each day for blood pressure and fluid x 180 day(s)

    Indication:  Vertigo of central origin

| 203761-MNA | LevoTHYROXINE Sodium 75 MCG Tab | 09/14/2021 11:12 |
|---|---|---|

    **Prescriber Order:**  Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism x 180 day(s)

    Indication:  Hypothyroidism unspecified

| 203762-MNA | Meloxicam 15 MG Tab | 09/14/2021 11:12 |
|---|---|---|

    **Prescriber Order:**  Take one tablet (15 MG) by mouth each day with food for pain (objective findings) *May increase risk of stomach bleed when taken with fluoxetine** x 180 day(s)

    Indication:  Shoulder (pain in joint, shoulder region)

| 204423-MNA | Omeprazole 20 MG Cap | 09/14/2021 11:12 |
|---|---|---|

    **Prescriber Order:**  Take one capsule by mouth daily x 180 day(s)

    Indication:  Esophageal reflux

| 203764-MNA | Verapamil HCl 80 MG Tab | 09/14/2021 11:12 |
|---|---|---|

    **Prescriber Order:**  Take one tablet (80 MG) by mouth twice daily to control blood pressure x 180 day(s)

    Indication:  Hypertension, Unspecified essential

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Caldwell, Annette ARNP on 09/14/2021 11:16

Generated 09/14/2021 11:16 by Caldwell, Annette ARNP          Bureau of Prisons - MNA          Page 1 of 1

62

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | ORDAZ, LAZARA | | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | | Facility: | MNA |
| Note Date: | 11/09/2021 13:55 | Provider: | | Caldwell, Annette ARNP | | Unit: | X03 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   1      Provider:   Caldwell, Annette ARNP
       renewing meds

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 205854-MNA | FLUoxetine HCl 10 MG Cap | 11/09/2021 13:55 |

    **Prescriber Order:**    Take one capsule (10 MG) by mouth each day *consent form on file * (may
                              increase risk of stomach bleed when taken with meloxicam) x 180 day(s)

    Indication:   Adjustment disorder

| 205855-MNA | OXcarbazepine 600 MG Tab | 11/09/2021 13:55 |
|---|---|---|

    **Prescriber Order:**    Take one tablet (600 MG) by mouth twice daily x 180 day(s) Pill Line Only

    Indication:   Low back pain, lumbago, Sciatica

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Caldwell, Annette ARNP on 11/09/2021 14:28

63

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | Facility: | MNA |
| Note Date: | 09/01/2021 10:00 | Provider: | | Floyd, Brett RN, QI/IPC | Unit: | X03 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Floyd, Brett RN, QI/IPC

    Covid testing

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 09/02/2021 00:00 | Routine |
| Labs requested to be reviewed by: | Archer, Kendes MD, CD | | |

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Floyd, Brett RN, QI/IPC on 09/01/2021 10:01

Requested to be cosigned by  Albu-Gardner, Nikki MLP.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  ORDAZ, LAZARA | | Reg #:  52247-066 |
| Date of Birth:  | Sex:  F  Race:  BLACK | Facility:  MNA |
| Encounter Date:  08/13/2021 17:27 | Provider:  Caldwell, Annette ARNP | Unit:  X03 |

Mid Level Provider - Evaluation encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1         Provider:  Caldwell, Annette ARNP

Chief Complaint:  Skin Problem

Subjective:     Presents to medical with complaints of recurrent rash no lip swelling this time.

Pain:          No

## ROS:

### Breasts
#### General
Yes: Within Normal Limits

### Cardiovascular
#### General
Yes: Within Normal Limits

### Pulmonary
#### Respiratory System
Yes: Within Normal Limits

### Psychiatric
#### General
Yes: Within Normal Limits

## OBJECTIVE:

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 08/13/2021 | 17:27 MNA | 118/71 | | | | Caldwell, Annette ARNP |

### Exam:

### General
#### Affect
Yes: Cooperative

### Pulmonary
#### Observation/Inspection
Yes: Within Normal Limits

### Cardiovascular
#### Observation
Yes: Within Normal Limits

### Mental Health
#### Posture
Yes: Within Normal Limits

#### Affect
Yes: Within Normal Limits

65

# Bureau of Prisons
## Health Services
### Clinical Encounter

| Inmate Name: | ORDAZ, LAZARA | | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | | Facility: | MNA |
| Encounter Date: 08/11/2021 08:07 | | Provider: Hamilton, Richard O.D. | | | | Unit: | X03 |

Optometry - Optometry Exam encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Hamilton, Richard O.D.

Chief Complaint: Eyes/Vision Problems
Subjective: +HTN and cataracts OU. GLC suspect.
Pain:    No

**Vision Screen on 08/11/2021 08:08**

**Blindness:**

| **Distance Vision:** | Right Eye: | | Left Eye: | | Both Eyes: |
|---|---|---|---|---|---|
| **Near Vision:** | Right Eye: | | Left Eye: | | Both Eyes: |

**With Corrective Lenses**

| **Distance Vision:** | Right Eye: 20/30 | | Left Eye: 20/30 | | Both Eyes: |
|---|---|---|---|---|---|
| **Near Vision:** | Right Eye: | | Left Eye: | | Both Eyes: |

**Present Glasses - Distance**                    **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|---|
| **R:** | +0.50 | -0.25 | 88 | +2.25 | | **R:** | +1.25 | | | +2.25 |
| **L:** | +0.75 | -0.25 | 95 | +2.25 | | **L:** | +1.50 | -0.50 | 95 | +2.25 |

**Color Test:**

**Tonometry:** L: 14    R: 14

**Comments:** BVA OD 20/25    OS 20/25 OU 20/25+

Medication allergies: NKMA

Slit Lamp Exam
         OU        OD        OS

Angle:        4+
Lids/Lashes:    Clear
Corneas:        Clear

Fundus

DFE: 1% Trop OU @ 8:16 am
AV Ratio:    0.7
MR:        +
Lens:        1+ NS
Vitreous:    Clear
CD Ratio: 0.3

Assessment: 1. No HTR
        2. Cataracts OU
        3. Hyperopia w/ Presbyopia OU

| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
| Date of Birth: | Sex: F Race: BLACK | Facility: MNA |
| Encounter Date: 08/13/2021 17:27 | Provider: Caldwell, Annette ARNP | Unit: X03 |

#### Mood

Yes: Within Normal Limits

### Exam Comments

faint hives evident to forehead and bilateral arms

### ASSESSMENT:

Dermatitis/eczema due to unspecified cause, 692.9 - Current

### PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 206718-MNA | methylPREDNISolone 4 MG Tab [ 21 count Pack] | 08/13/2021 17:27 |

**Prescriber Order:** Take by mouth daily as directed on package x 6 day(s)

Indication: Dermatitis/eczema due to unspecified cause

### Disposition:

Follow-up at Sick Call as Needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/13/2021 | Counseling | Access to Care | Caldwell, Annette | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Caldwell, Annette ARNP on 08/13/2021 17:30

| | | |
|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | Reg #: 52247-066 |
| Date of Birth: ˙˙˙˙˙˙˙˙ | Sex: F    Race: BLACK | Facility: MNA |
| Encounter Date: 08/11/2021 08:07 | Provider: Hamilton, Richard O.D. | Unit: X03 |

**Bifocal Power Left:** 2.25
**Segment Height Right:** 20
**Segment Height Left:** 20
**Pupillary Width Distance Right:** 63
**Pupillary Width Near Right:** 61
**Frame Material:** Plastic
**Straight Top:** X
    **28:** X
**Frame Style:** FPI-2
**Frame Color:** Tort
**Eye Size:** 54
**Bridge Size:** 24
**Temple Length and Style:** 150

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Hamilton, Richard O.D. on 08/11/2021 08:45

Requested to be cosigned by Archer, Kendes MD, CD.

Cosign documentation will be displayed on the following page.

68

| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
| Date of Birth: | | | Facility: MNA |
| Encounter Date: 08/11/2021 08:07 | Sex: F   Race: BLACK | Provider: Hamilton, Richard O.D. | Unit: X03 |

Plan: 1-2. RTC in 2 years
3. Rx glasses

**OBJECTIVE:**

**Exam:**

**Eyes**

**Slit Lamp**

Yes: Normal Exam

**Periorbital/Orbital/Lids**

Yes: Normal Appearing

**Conjunctiva and Sclera**

Yes: Within Normal Limits

**Cornea and Lens**

Yes: Normal Appearing, Cataract: Nuclear

**Iris**

Yes: Normal Appearing

**Pupils**

Yes: Normal Appearing, PERRLA

**Fundus Exam**

Yes: Grossly Normal Retina

**ASSESSMENT:**

Age-related cataract, H259 - Current

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Optometry | 08/09/2023 | 08/09/2023 | Routine | No | |

Subtype:

Optometry

Reason for Request:

RTC in 23 years due to Hypertension and cataracts. No retinopathy was seen today.

**Disposition:**

Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/11/2021 | Counseling | Plan of Care | Hamilton, Richard | Verbalizes Understanding |

**Spec Rx: Completed on** 08/11/2021 08:19

**Sphere Right:** +1.25

**Sphere Left:** +1.50

**Cylinder Left:** -0.50

**Axis Left:** 95

**Bifocal Power Right:** 2.25

69

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | | | Reg #: 52247-066 |
| Date of Birth: ~~~~~~~~~ | | Sex: F   Race: BLACK | | Facility: MNA |
| Encounter Date: 07/07/2021 07:00 | | Provider: Caldwell, Annette ARNP | | Unit: X03 |

Mid Level Provider - Evaluation encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1    Provider: Caldwell, Annette ARNP

Chief Complaint: GENERAL

Subjective: Presents to medical with complaints of lip swelling and itching since last night. Recurrent issue. No anaphylaxis reported. Unable to identify what the possible culprit could be for these reactions.

Pain: No

## ROS:

### General

#### Constitutional Symptoms

No: Anorexia, Chills, Easily Tired, Fatigue, Fever

### Cardiovascular

#### General

Yes: Within Normal Limits

### Pulmonary

#### Respiratory System

Yes: Within Normal Limits

### Psychiatric

#### General

Yes: Within Normal Limits

## OBJECTIVE:

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/07/2021 | 07:00 MNA | 98.0 | 36.7 | | Caldwell, Annette ARNP |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/07/2021 07:00 | | 72 | | | Caldwell, Annette ARNP |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/07/2021 | 07:00 MNA | 18 | Caldwell, Annette ARNP |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/07/2021 07:00 MNA | | 113/72 | | | | Caldwell, Annette ARNP |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/07/2021 | 07:00 MNA | 100 | | Caldwell, Annette ARNP |

70

| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
| Date of Birth: | Sex: F Race: BLACK | | Facility: MNA |
| Encounter Date: 07/07/2021 07:00 | Provider: Caldwell, Annette ARNP | | Unit: X03 |

## New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|

One Time Dose Given: Given Now

## Disposition:

Follow-up at Sick Call as Needed

## Other:

inmate to finish medrol dose pack

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/07/2021 | Counseling | Access to Care | Caldwell, Annette | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Caldwell, Annette ARNP on 07/07/2021 14:51

71

| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
|---|---|---|---|
| Date of Birth: | Sex:  F    Race: BLACK | | Facility: MNA |
| Encounter Date: 07/07/2021 07:00 | Provider: Caldwell, Annette ARNP | | Unit: X03 |

## Exam:

### General

#### Affect

Yes: Cooperative

### Pulmonary

#### Observation/Inspection

Yes: Within Normal Limits

#### Auscultation

Yes: Clear to Auscultation

### Cardiovascular

#### Observation

Yes: Within Normal Limits

#### Auscultation

Yes: Regular Rate and Rhythm (RRR)

### Mental Health

#### Posture

Yes: Within Normal Limits

#### Affect

Yes: Within Normal Limits

#### Mood

Yes: Within Normal Limits

### ROS Comments

Patient's allergies, sensitivities, and reactions were reviewed and updates applied during this visit as indicated. See Chart: Allergies for most recent patient allergy list.

### Exam Comments

swelling evident to top lip
no respiratory issues
faint hives evident to forehead and bilateral arms

### ASSESSMENT:

Dermatitis/eczema due to unspecified cause, 692.9 - Current

### PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | MethylPREDNISolone Sod Succinate Inj | 07/07/2021 07:00 |

**Prescriber Order:** 40mg Intramuscularly One Time Dose Given PRN x 0 day(s) Pill Line Only

Indication: Dermatitis/eczema due to unspecified cause

Start Now: Yes

Night Stock Rx#:

Source: Pyxis

Admin Method: Pill Line

Stop Date: 07/07/2021 07:00

MAR Label: 40mg Intramuscularly One Time Dose Given PRN x 0 day(s) Pill Line Only

72

| | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | | | | |
| Date of Birth: | Sex: | F | Race: BLACK | Facility: | MNA |
| Encounter Date: 06/29/2021 17:03 | Provider: | Caldwell, Annette ARNP | | Unit: | X03 |

## Exam:

### General

#### Affect

Yes: Cooperative

### Pulmonary

#### Observation/Inspection

Yes: Within Normal Limits

### Cardiovascular

#### Observation

Yes: Within Normal Limits

#### Auscultation

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

### Mental Health

#### Posture

Yes: Within Normal Limits

#### Affect

Yes: Within Normal Limits

#### Mood

Yes: Within Normal Limits

### ROS Comments

Patient's allergies, sensitivities, and reactions were reviewed and updates applied during this visit as indicated. See Chart: Allergies for most recent patient allergy list.

## ASSESSMENT:

Dermatitis/eczema due to unspecified cause, 692.9 - Current

## PLAN:

### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| zAllergy Testing-General-Gluten (f79) IgE | One Time | 07/29/2021 00:00 | Routine |
| Labs requested to be reviewed by: | Archer, Kendes MD, CD | | |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Caldwell, Annette ARNP on 06/29/2021 17:04

73

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | | Reg #: | 52247-066 |
| Date of Birth: | Sex: | F   Race: BLACK | Facility: | MNA |
| Encounter Date: 06/29/2021 17:03 | Provider: | Caldwell, Annette ARNP | Unit: | X03 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1      Provider: Caldwell, Annette ARNP

Chief Complaint: Skin Problem

Subjective: Recurrent hives today on forehead, both arms, and legs. Reports onset 3-4 weeks ago and has just progressively worse with itching. Received Benadryl over the weekend which stopped itching but did not take away rash. Denies ingesting new foods or using different skin products. No new environmental factor exposure.

Pain: Yes

### Pain Assessment

| | |
|---|---|
| Date: | 06/29/2021 09:41 |
| Location: | Generalized |
| Quality of Pain: | Burning |
| Pain Scale: | 9 |
| Intervention: | tbd |
| Trauma Date/Year: | |
| Injury: | activity and posture sciatic nerve |
| Mechanism: | |
| Onset: | 1 Month |
| Duration: | 1 Month |
| Exacerbating Factors: | unknown |
| Relieving Factors: | unknown |
| Reason Not Done: | |
| Comments: | |

## ROS:

### General

#### Constitutional Symptoms

No: Anorexia, Chills, Easily Tired, Fatigue, Fever

### Cardiovascular

#### General

Yes: Within Normal Limits

### Pulmonary

#### Respiratory System

Yes: Within Normal Limits

### Psychiatric

#### General

Yes: Within Normal Limits

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts

## OBJECTIVE:

74

# Bureau of Prisons
## Health Services
## Clinical Encounter

| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
|---|---|---|---|
| Date of Birth: | Sex: F Race: BLACK | | Facility: MNA |
| Encounter Date: 06/29/2021 09:40 | Provider: Pittman, Brandy RN | | Unit: X03 |

Nursing - Follow up encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1     Provider: Pittman, Brandy RN

Chief Complaint: Skin Problem

Subjective: "I have these hives all over my body. A couple of weeks ago this happened and they treated me with some pills."

Pain: Yes

### Pain Assessment

| | |
|---|---|
| Date: | 06/29/2021 09:41 |
| Location: | Generalized |
| Quality of Pain: | Burning |
| Pain Scale: | 9 |
| Intervention: | tbd |
| Trauma Date/Year: | |
| Injury: | activity and posture sciatic nerve |
| Mechanism: | |
| Onset: | 1 Month |
| Duration: | 1 Month |
| Exacerbating Factors: | unknown |
| Relieving Factors: | unknown |
| Reason Not Done: | |
| Comments: | |

## OBJECTIVE:

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/29/2021 | 09:42 MNA | 97.1 | 36.2 | | Pittman, Brandy RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/29/2021 | 09:42 | 67 | | | Pittman, Brandy RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/29/2021 | 09:42 MNA | 16 | Pittman, Brandy RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/29/2021 | 09:42 MNA | 126/72 | | | | Pittman, Brandy RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|

75

# Bureau of Prisons
## Health Services
## Clinical Encounter

| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: F | Race: BLACK | | Facility: | MNA |
| Encounter Date: | 06/27/2021 18:30 | Provider: | DePaul, Stephanie RN | | Unit: | X03 |

Nursing - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1        Provider: DePaul, Stephanie RN

Chief Complaint: Skin Problem
Subjective:    "I am breaking out again on my face"
Pain:    No

## OBJECTIVE:
### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/28/2021 | 12:44 MNA | 97.7 | 36.5 | | DePaul, Stephanie RN |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/28/2021 | 12:44 | 80 | | | DePaul, Stephanie RN |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/28/2021 | 12:44 MNA | 15 | DePaul, Stephanie RN |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/28/2021 | 12:44 MNA | 134/78 | | | | DePaul, Stephanie RN |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/28/2021 | 12:44 MNA | 99 | | DePaul, Stephanie RN |

### Exam:

#### General

##### Affect

Yes: Pleasant, Cooperative

##### Appearance

Yes: Alert and Oriented x 3

## Exam Comments

Patient's allergies, sensitivities, and reactions were reviewed and updates applied during this visit as indicated. See Chart: Allergies for most recent patient allergy list.

AA0x3, steady gait, no s/sx of distress noted, no respiratory distress noted.Inmate comes to medical stating her hives have gotten worse since she questioned me about it at 1530. she has welts to her forehead, inner arms and right upper back. She said this has been an ongoing issue and was controlled when she was "on some pills for it" but as soon as she stopped the medication the welts started coming back but explains that today it is much worse than before. Per protocol, Benadryl 50mg IM given in left deltoid. Instructed to f/u with medical tomorrow morning if condition persists.

Instructed to return to sick call if any s/sx discussed or if complaint is not resolved or worsens.

76

| Inmate Name: | ORDAZ, LAZARA | | | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|---|---|
| Date of Birth: | | | Sex: | F | Race: BLACK | | Facility: | MNA |
| Encounter Date: | 06/29/2021 09:40 | | Provider: | | Pittman, Brandy RN | | Unit: | X03 |

| Date | Time | Value(%) Air | | Provider |
|---|---|---|---|---|
| 06/29/2021 | 09:42 MNA | 99 | | Pittman, Brandy RN |

## ROS Comments

Patient's allergies, sensitivities, and reactions were reviewed and updates applied during this visit as indicated. See Chart: Allergies for most recent patient allergy list.

## Exam Comments

Inmate seen at s/c for c/o hives all over her body. Inmate was informed that I would speak to Ms. Caldwell about seeing so that we can figure out a plan of care to treat the hives as this has become a recurrent issue. Inmate is a&ox4, eyes PERRLA, EOM intact, speech clear, moving all extremities equally, and in no apparent distress.

## ASSESSMENT:

Condition Stable

## PLAN:

## Disposition:

To be Evaluated by Provider

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/29/2021 | Counseling | Access to Care | Pittman, Brandy | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Pittman, Brandy RN on 06/29/2021 09:47

| Inmate Name: ORDAZ, LAZARA<br>Date of Birth: ~~~~~~~~<br>Encounter Date: 06/27/2021 18:30 | Sex:  F  Race: BLACK<br>Provider: DePaul, Stephanie RN | Reg #: 52247-066<br>Facility: MNA<br>Unit:  X03 |

## ASSESSMENT:

Allergic Response

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |

diphenhydrAMINE Injection                                                              06/27/2021 18:30

**Prescriber Order:**   50 mg Intramuscularly  one time PRN x 1 day(s) Pill Line Only

Start Now: Yes

 Night Stock Rx#:

 Source: Pyxis

 Admin Method: Pill Line

 Stop Date: 06/28/2021 18:29

 MAR Label: 50 mg Intramuscularly  one time PRN x 1 day(s) Pill Line Only

 One Time Dose Given: No

## Disposition:

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/28/2021 | Counseling | Access to Care | DePaul, Stephanie | Verbalizes Understanding |
| 06/28/2021 | Counseling | Plan of Care | DePaul, Stephanie | Verbalizes Understanding |

**Copay Required:** Yes   **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes **By:** Archer, Kendes MD, CD

**Telephone or Verbal order read back and verified.**

Completed by DePaul, Stephanie RN on 06/28/2021 12:55
Requested to be cosigned by Archer, Kendes MD, CD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Caldwell, Annette ARNP.
Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
| Date of Birth: | | Sex: | F | Race: BLACK | Facility: | MNA |
| Encounter Date: | 06/11/2021 07:45 | Provider: | Caldwell, Annette ARNP | | Unit: | X03 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1  Provider:  Caldwell, Annette ARNP

Chief Complaint:  Skin Problem

Subjective:  Recurrent pruritic rash to back and arms which responds well to Benadryl and Steroids.

Pain:  No

**ROS:**

**General**

**Constitutional Symptoms**

No: Anorexia, Chills, Easily Tired, Fatigue, Fever

**Cardiovascular**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Respiratory System**

Yes: Within Normal Limits

**Psychiatric**

**General**

Yes: Within Normal Limits

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 06/11/2021 | 07:45 | MNA | 97.3 | 36.3 | | Caldwell, Annette ARNP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/11/2021 | 07:45 | 66 | | | Caldwell, Annette ARNP |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 06/11/2021 | 07:45 | MNA | 18 | Caldwell, Annette ARNP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/11/2021 | 07:45 MNA | 112/79 | | | | Caldwell, Annette ARNP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/11/2021 | 07:45 MNA | 100 | | Caldwell, Annette ARNP |

**Exam:**

**General**

79

| Inmate Name: ORDAZ, LAZARA<br>Date of Birth:<br>Encounter Date: 06/11/2021 07:45 | Sex: F Race: BLACK<br>Provider: Caldwell, Annette ARNP | Reg #: 52247-066<br>Facility: MNA<br>Unit: X03 |
|---|---|---|

### Affect

Yes: Cooperative

### Pulmonary

#### Observation/Inspection

Yes: Within Normal Limits

### Cardiovascular

#### Observation

Yes: Within Normal Limits

### Mental Health

#### Posture

Yes: Within Normal Limits

#### Affect

Yes: Within Normal Limits

#### Mood

Yes: Within Normal Limits

### ROS Comments

Patient's allergies, sensitivities, and reactions were reviewed and updates applied during this visit as indicated. See Chart: Allergies for most recent patient allergy list.

### Exam Comments

slightly raised red circular/papular rash to back and arms

### ASSESSMENT:

Rash and other nonspecific skin eruption, R21 - Current

### PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | diphenhydrAMINE Injection | 06/11/2021 07:45 |

**Prescriber Order:** 50mg Intramuscularly One Time Dose Given PRN x 0 day(s) Pill Line Only

Indication: Rash and other nonspecific skin eruption

Start Now: Yes

Night Stock Rx#:

Source: Pyxis

Admin Method: Pill Line

Stop Date: 06/11/2021 07:45

MAR Label: 50mg Intramuscularly One Time Dose Given PRN x 0 day(s) Pill Line Only

One Time Dose Given: Given Now

| MethylPREDNISolone Tab 4 MG ( Dose<br>Pack 21 tab) | 06/11/2021 07:45 |
|---|---|

**Prescriber Order:** 4mg Orally - daily x 6 day(s)

Indication: Rash and other nonspecific skin eruption

### Disposition:

Follow-up at Sick Call as Needed

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
| Date of Birth: | | Sex: F Race: BLACK | | Facility: | MNA |
| Encounter Date: 05/26/2021 16:49 | | Provider: Caldwell, Annette ARNP | | Unit: | X03 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT **1**    Provider: Caldwell, Annette ARNP

Chief Complaint:  ORTHOPEDIC/RHEUMATOLOGY

Subjective:    Reports long history of sciatic pain which causes her to limp at times, aggravated by sitting long periods. Reports fell at work and is concerned she may have injured her left wrist/hand area. Requests to stop Elavil because it does not help with the pain and just causes her to sleep, wants to increase Trileptal.

**Pain:**    Yes

### Pain Assessment

| | |
|---|---|
| Date: | 05/10/2021 12:03 |
| Location: | Generalized |
| Quality of Pain: | Aching |
| Pain Scale: | 8 |
| Intervention: | TBD |
| Trauma Date/Year: | |
| Injury: | activity and posture<br>sciatic nerve |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | Unknown |
| Relieving Factors: | Unknown |
| Reason Not Done: | |
| Comments: | |

COMPLAINT **2**    Provider: Caldwell, Annette ARNP

Chief Complaint:  MENTAL HEALTH

Subjective:    Wants to re-start Fluoxetine, thought she did not need it but depression symptoms have retuned.

**Pain:**    No

COMPLAINT **3**    Provider: Caldwell, Annette ARNP

Chief Complaint:  Female Health Complaint

Subjective:    Reports no longer having burning with urination.

**Pain:**    No

## ROS:

### General

#### Constitutional Symptoms

No: Anorexia, Chills, Easily Tired, Fatigue

### Cardiovascular

#### General

Yes: Within Normal Limits

| Inmate Name: | ORDAZ, LAZARA | | | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|---|---|
| Date of Birth: | | | Sex: | F | Race: BLACK | | Facility: | MNA |
| Encounter Date: | 05/26/2021 16:49 | | Provider: | Caldwell, Annette ARNP | | | Unit: | X03 |

### Pulmonary

#### Respiratory System

Yes: Within Normal Limits

### Psychiatric

#### General

Yes: Mood-Down

No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts

## OBJECTIVE:

### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/26/2021 | 16:51 MNA | 98.0 | 36.7 | | Caldwell, Annette ARNP |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/26/2021 | 16:51 | 77 | | | Caldwell, Annette ARNP |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/26/2021 | 16:51 MNA | 18 | Caldwell, Annette ARNP |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/26/2021 | 16:51 MNA | 128/77 | | | | Caldwell, Annette ARNP |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/26/2021 | 16:51 MNA | 100 | | Caldwell, Annette ARNP |

### Weight:

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/26/2021 | 16:51 MNA | 171.4 | 77.7 | | Caldwell, Annette ARNP |

### Exam:

#### General

##### Affect

Yes: Cooperative

#### Pulmonary

##### Observation/Inspection

Yes: Within Normal Limits

#### Cardiovascular

##### Observation

Yes: Within Normal Limits

#### Mental Health

##### Affect

Yes: Appropriate

### ROS Comments

Patient's allergies, sensitivities, and reactions were reviewed and updates applied during this visit as indicated. See

| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | Facility: | MNA |
| Encounter Date: | 05/26/2021 16:49 | Provider: | | Caldwell, Annette ARNP | Unit: | X03 |

Chart: Allergies for most recent patient allergy list.

## ASSESSMENT:

Low back pain, lumbago, 724.2 - Current

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | OXcarbazepine Tablet | 05/26/2021 16:49 |

**Prescriber Order:** 600mg Orally - Two Times a Day x 180 day(s) Pill Line Only -- May self carry

Indication:  Low back pain, lumbago, Sciatica

### Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 203759-MNA | FLUoxetine HCl 10 MG Cap | 05/26/2021 16:49 |

**Prescriber Order:** Take one capsule (10 MG) by mouth each day *consent form on file * (may increase risk of stomach bleed when taken with meloxicam) x 180 day(s)

Indication:  Adjustment disorder

### Discontinued Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 204422-MNA | *Amitriptyline 25 MG Tab* | *05/26/2021 16:49* |

**Prescriber Order:** *Take one tablet by mouth daily*

Discontinue Type: *Immediate*

Discontinue Reason: *discontinue*

Indication:

| | | |
|---|---|---|
| 203763-MNA | *OXcarbazepine 600 MG Tab* | *05/26/2021 16:49* |

**Prescriber Order:** *Take one tablet (600 MG) by mouth every night at bedtime for pain*

Discontinue Type: *When Pharmacy Processes*

Discontinue Reason: *new order written*

Indication:

### New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Hand-General [Left] | One Time | | 06/02/2021 | Routine |
| Specific reason(s) for request (Complaints and findings): | | | | |
| fall | | | | |
| General Radiology-Elbow-General [Left] | One Time | | 06/03/2021 | Routine |
| Specific reason(s) for request (Complaints and findings): | | | | |
| fall | | | | |

### Disposition:

Follow-up at Sick Call as Needed

### Other:

increase Trileptal continue self PT, DC Elavil
re-start fluoxetine, inmate signed consent

### Patient Education Topics:

83

| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
| Date of Birth: | Sex: F Race: BLACK | | Facility: MNA |
| Encounter Date: 05/25/2021 09:34 | Provider: Pittman, Brandy RN | | Unit: X03 |

Chart: Allergies for most recent patient allergy list.

**ASSESSMENT:**

    Condition Stable

**PLAN:**

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Wrist-2 View AP/Lat [Left] | One Time | | 06/02/2021 | Routine |

    Specific reason(s) for request (Complaints and findings):

        left wrist swollen after fall on 5/24

**Disposition:**

    Discharged to Housing Unit-No Restrictions

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/25/2021 | Counseling | Access to Care | Pittman, Brandy | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Pittman, Brandy RN on 05/25/2021 09:47

Requested to be cosigned by Archer, Kendes MD, CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
| Date of Birth: | Sex: F | Race: BLACK | Facility: MNA |
| Encounter Date: 05/25/2021 09:34 | Provider: Pittman, Brandy RN | | Unit: X03 |

Injury Assessment - Non-work related encounter performed at Health Services.

**SUBJECTIVE:**

**INJURY 1**   **Provider:** Pittman, Brandy RN

**Date of Injury:** 05/24/2021 13:45    **Date Reported for Treatment:** 05/25/2021 09:34

**Work Related:** No    **Work Assignment:** RECYCLE

**Pain Location:**

Pain Scale: 7

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

walking at work and fell

**Cause of Injury (Inmate's Statement of how injury occurred):**

I was walking and tripped over my feet and fell

**Symptoms (as reported by inmate):**

pain in left wrist/swollen

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/25/2021 | 09:39 MNA | 98.0 | 36.7 | | Pittman, Brandy RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/25/2021 | 09:39 | 96 | | | Pittman, Brandy RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/25/2021 | 09:39 MNA | 16 | Pittman, Brandy RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/25/2021 | 09:39 MNA | 114/73 | | | | Pittman, Brandy RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/25/2021 | 09:39 MNA | 99 | | Pittman, Brandy RN |

**Exam Comments**

Inmate reports to medical d/t injury sustained yesterday while at work. Inmate states, "I was walking at work and tripped and fell. I don't want to cause a lot of fuss it is just hurting today and I would like to get it wrapped up." Left wrist was visibly swollen. Ace wrap applied to left wrist. Will schedule for xray to r/o fracture. Otherwise inmate a&ox3, MAEE, and in no apparent distress.

**ROS Comments**

Patient's allergies, sensitivities, and reactions were reviewed and updates applied during this visit as indicated. See

| Inmate Name: | ORDAZ, LAZARA | | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | 12/17 | | Sex: | F | Race: BLACK | Facility: | MNA |
| Encounter Date: | 05/10/2021 12:03 | | Provider: | Floyd, Brett RN, QI/IPC | | Unit: | X03 |

| Date | Time | Value(%) Air | Provider |
|---|---|---|---|

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

No: Respiratory Distress

**Cardiovascular**

**Observation**

No: Cardiopulmonary Distress

**ROS Comments**

Patient's allergies, sensitivities, and reactions were reviewed and updates applied during this visit as indicated. See Chart: Allergies for most recent patient allergy list.

Reports chronic sciatic nerve pain.

Denies any HA, dizziness, SOB, chest pain, fever, chills, DOE, nausea, vomiting, diarrhea, dysuria, confusion, dysphasia, tingling, numbness, weakness, fatigue or visual changes.
Gait is WNL at triage.

**Exam Comments**

Denies any recent trauma.

**Comments**

Will schedule to see provider for complaints of sciatic like pain.

**ASSESSMENT:**

Condition Stable

**PLAN:**

**Other:**

Already on scheduler for sciatic like pain and pain with urination.
Updated complaint.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/10/2021 | Counseling | Access to Care | Floyd, Brett | Verbalizes Understanding |
| 05/10/2021 | Counseling | Plan of Care | Floyd, Brett | Verbalizes Understanding |

**Copay Required:** Yes        **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Floyd, Brett RN, QI/IPC on 05/10/2021 12:07

Requested to be cosigned by Archer, Kendes MD, CD.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORDAZ, LAZARA | | | Reg #: 52247-066 |
| Date of Birth: | | Sex: F | Race: BLACK | Facility: MNA |
| Encounter Date: 05/10/2021 12:03 | | Provider: Floyd, Brett RN, QI/IPC | | Unit: X03 |

Nursing - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1     Provider:  Floyd, Brett RN, QI/IPC

Chief Complaint:  Pain

Subjective:     "My sciatic nerve is bothering me and it has been bothering me" "I need to see someone for it"

**Pain:**          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 05/10/2021 12:03 |
| Location: | Generalized |
| Quality of Pain: | Aching |
| Pain Scale: | 8 |
| Intervention: | TBD |
| Trauma Date/Year: | |
| Injury: | activity and posture sciatic nerve |
| Mechanism: | |
| Onset: | 2-6 Months |
| Duration: | 2-6 Months |
| Exacerbating Factors: | Unknown |
| Relieving Factors: | Unknown |
| Reason Not Done: | |
| Comments: | |

## OBJECTIVE:
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/10/2021 | 12:03 MNA | 96.8 | 36.0 | | Floyd, Brett RN, QI/IPC |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/10/2021 | 12:03 | 73 | | | Floyd, Brett RN, QI/IPC |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/10/2021 | 12:03 MNA | 16 | Floyd, Brett RN, QI/IPC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/10/2021 | 12:03 MNA | 146/80 | | | | Floyd, Brett RN, QI/IPC |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/10/2021 | 12:03 MNA | 97 | | Floyd, Brett RN, QI/IPC |

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
| Date of Birth: | | Sex: | F | Race: BLACK | Facility: | MNA |
| Encounter Date: | 04/26/2021 12:56 | Provider: | Pittman, Brandy RN | | Unit: | X03 |

Nursing - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1        Provider:  Pittman, Brandy RN

Chief Complaint:   Other Problem

Subjective:        "When I pee it hurts and my sciatic nerve has been bothering me."

**Pain:**          Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 04/26/2021 12:57 |
| Location: | Other |
| Quality of Pain: | Sharp |
| Pain Scale: | 8 |
| Intervention: | tbd |
| Trauma Date/Year: | |
| Injury: | activity and posture sciatic nerve |
| Mechanism: | |
| Onset: | 1-2 Weeks |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | unknown |
| Relieving Factors: | unknown |
| Reason Not Done: | |
| Comments: | |

## OBJECTIVE:
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/26/2021 | 12:58 MNA | 98.4 | 36.9 | | Pittman, Brandy RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/26/2021 | 12:58 | 71 | | | Pittman, Brandy RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/26/2021 | 12:58 MNA | 17 | Pittman, Brandy RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/26/2021 | 12:58 MNA | 128/78 | | | | Pittman, Brandy RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/26/2021 | 12:58 MNA | 98 | | Pittman, Brandy RN |

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
| Date of Birth: | Sex: F Race: BLACK | | Facility: MNA |
| Encounter Date: 04/09/2021 09:25 | Provider: Archer, Kendes MD, CD | | Unit: X03 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT 1      Provider: Archer, Kendes MD, CD

Chief Complaint:   Chronic Care Clinic

Subjective:   Patient is a 62-year-old black Hispanic female with a past medical history significant for Hypothyroidism, Hypertension, GERD, Vertigo and Osteoarthritis. Most recent PPD (5/11/20) =0mm. Patient reports prior to incarceration, she was not regularly being followed by a physician for her chronic medical issues. On this clinic visit, patient has no acute complaints related to her above chronic care issues. Patient reports being compliant with current medication regimen. Patient denies any adverse reaction. Patient attends to ADLs, and tolerating a regular diet. Patient currently, denies chest pain, nausea, vomiting constipation, diarrhea, blurred vision, headaches, suicidal and homicidal ideation, hallucination, denies motor and sensory deficit at this time and all other symptoms.

Patient was counseled regarding nutrition and to pick heart healthy items out of the main line, to maintain a routine exercise regimen, she was encouraged to avoid substance abuse, drugs and alcohol. She received counseling regarding infectious disease risk such as having sex while in prison and/or receiving in-house tattoos.

Family History: non-contributory
Social History: Polysubstance abuse ---denies
Past Surgical History/Hospitalization(s): None
Mental Health History: None
Allergies reviewed: NKDA

Pain:   No

**Seen for clinic(s):** Endocrine/Lipid, Gastrointestinal, General, Hypertension, Orthopedic/Rheumatology

## ROS:

### General

#### Constitutional Symptoms

No: Chills, Easily Tired, Fatigue

### HEENT

#### Neck

No: Pain, Stiffness, Swelling

### Cardiovascular

#### General

No: Cough, Cyanosis, Edema, Exertional dyspnea

### Pulmonary

#### Respiratory System

No: Cough, lasting greater than one week, DOE, Dyspnea

### GI

#### General

No: Belching, Bloating, Blood in Stools

### Endocrine

#### General

89

| Inmate Name: | ORDAZ, LAZARA | | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | ~~~~~~~~~~ | | Sex: | F   Race: BLACK | | Facility: | MNA |
| Encounter Date: | 04/26/2021 12:56 | | Provider: | Pittman, Brandy RN | | Unit: | X03 |

| Date | Time | Value(%) Air | Provider |
|---|---|---|---|

### Exam Comments

Inmate reports to sick call with c/o of pain upon urination and sciatic nerve pain. Inmate is a&ox3, eyes PERRLA, EOM intact, speech clear, moving all extremities equally, and in no apparent distress. Urine dipstick performed and no abnormalities were noted, urine was yellow and clear. Will place on schedule to see provider.
Patient's allergies, sensitivities, and reactions were reviewed and updates applied during this visit as indicated. See Chart: Allergies for most recent patient allergy list.

### ASSESSMENT:

No Significant Findings/No Apparent Distress

### PLAN:

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 05/11/2021 00:00 | MLP 02 |

pain upon urination-urine dipstick revealed nothing
sciatic pain

### Disposition:

Discharged to Housing Unit-No Restrictions

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/26/2021 | Counseling | Access to Care | Pittman, Brandy | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Pittman, Brandy RN on 04/26/2021 13:03

| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
| Date of Birth: | Sex: F Race: BLACK | | Facility: MNA |
| Encounter Date: 04/09/2021 09:25 | Provider: Archer, Kendes MD, CD | | Unit: X03 |

No: M/R/G

**Peripheral Vascular**

**Legs**

No: Homan's Sign, Calf Tenderness, Toe Ulceration(s), Ankle Ulceration(s)

**Abdomen**

**Inspection**

No: Dilated Veins, Ascites, Rash

**Auscultation**

Yes: Normo-Active Bowel Sounds

**Percussion**

Yes: Tympany, Normal Liver Span

**Palpation**

Yes: Soft

No: Guarding, Rigidity, Tenderness on Palpation

**ROS comments**

Patient's allergies, sensitivities, and reactions were reviewed and updates applied during this visit as indicated. See Chart: Allergies for most recent patient allergy list.

**ASSESSMENT:**

Anemia, unspecified, 285.9 - Current

Dermatitis/eczema due to unspecified cause, 692.9 - Current

Esophageal reflux, 530.81 - Current

Hypertension, Unspecified essential, 401.9 - Current

Hypothyroidism unspecified, 244.9 - Current

Sciatica, 724.3 - Current

**PLAN:**

**New Medication Orders:**

| **Rx#** | **Medication** | | **Order Date** |
|---|---|---|---|
| | Amitriptyline Tablet | | 04/09/2021 09:25 |
| | **Prescriber Order:** | 25mg Orally - daily x 90 day(s) Pill Line Only | |
| | Indication: Sciatica | | |
| | Omeprazole Capsule | | 04/09/2021 09:25 |
| | **Prescriber Order:** | 20mg Orally - daily x 180 day(s) | |
| | Indication: Esophageal reflux | | |

**Discontinued Medication Orders:**

| **Rx#** | **Medication** | | **Order Date** |
|---|---|---|---|
| 203759-MNA | FLUoxetine HCl 10 MG Cap | | 04/09/2021 09:25 |
| | **Prescriber Order:** | Take one capsule (10 MG) by mouth each day *consent form on file * (may increase risk of stomach bleed when taken with meloxicam) | |
| | Discontinue Type: | When Pharmacy Processes | |
| | Discontinue Reason: | discontinue | |
| | Indication: | | |

| Inmate Name: | ORDAZ, LAZARA | | | | | Reg #: | 52247-066 |
| Date of Birth: | | | Sex: | F | Race: BLACK | Facility: | MNA |
| Encounter Date: | 04/09/2021 09:25 | | Provider: | Archer, Kendes MD, CD | | Unit: | X03 |

Yes: Hx of Thyroid Dx

No: Exophthalmos, Goiter, Hair Changes, Intolerance to Heat/Cold

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 04/12/2021 | 12:51 MNA | 98.2 | 36.8 | Oral | Archer, Kendes MD, CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | | Rhythm | Provider |
|------|------|----------------|----------|---|--------|----------|
| 04/12/2021 | 12:51 | 78 | Via Machine | | Regular | Archer, Kendes MD, CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|------|------|----------------|----------|
| 04/12/2021 | 12:51 MNA | 16 | Archer, Kendes MD, CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 04/12/2021 | 12:51 MNA | 116/73 | Right Arm | Sitting | Adult-regular | Archer, Kendes MD, CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 04/12/2021 | 12:51 MNA | 98 | Room Air | Archer, Kendes MD, CD |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well

**Head**

**General**

Yes: Atraumatic/Normocephalic

**Eyes**

**General**

Yes: PERRLA, Extraocular Movements Intact

**Fundus Exam**

Yes: Grossly Normal Retina

**Neck**

**Thyroid**

No: Multinodular, Nodule, Tenderness

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

No: Crackles, Rhonchi, Wheezing

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | ORDAZ, LAZARA | | | | | Reg #: | 52247-066 |
| Date of Birth: | | Sex: | F | Race: BLACK | | Facility: | COL |
| Note Date: | 03/17/2021 12:37 | Provider: | | Festa, M. APRN | | Unit: | F01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE 1 Provider: Festa, M. APRN

Will remove duplicate lab orders at this time.

**Discontinued Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| *Lab Tests-C-COVID-19 Novel Coronavirus* | *One Time* | *03/26/2021 00:00* | *Routine* |
| *Lab Tests-C-COVID-19 Novel Coronavirus* | *One Time* | *04/09/2021 00:00* | *Routine* |

**Copay Required:** No  **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Festa, M. APRN on 03/17/2021 12:38

| Inmate Name: ORDAZ, LAZARA<br>Date of Birth:<br>Encounter Date: 04/09/2021 09:25 | Sex: F   Race: BLACK<br>Provider: Archer, Kendes MD, CD | Reg #: 52247-066<br>Facility: MNA<br>Unit: X03 |

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Chronic Care Clinics-Endocrine/Lipid-CBC | One Time | 05/10/2021 00:00 | Routine |
| Chronic Care Clinics-Endocrine/Lipid-Lipid Profile | | | |
| Chronic Care Clinics-Endocrine/Lipid-TSH | | | |
| Chronic Care Clinics-Endocrine/Lipid-<br>Comprehensive Metabolic Profile (CMP) | | | |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/12/2021 | Counseling | Access to Care | Archer, Kendes | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Archer, Kendes MD, CD on 04/12/2021 13:07

94

| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | | | Sex: | F | Race: | BLACK |
| Encounter Date: 03/30/2021 09:54 | | | Provider: | Albu-Gardner, Nikki MLP | Facility: | MNA |

Yes: Vital Signs w/O2 sat recorded in flowsheet, History of COVID (Date of + Result: June 2020)

No: Cough, Shortness of Breath

**HIV History:**

| **When Tested:** | 2017 |
|---|---|
| **Test Result:** | Negative |
| **When Diagnosed AIDS:** | |
| **Last CD4:** | |
| **Comments:** | |

**Hepatitis:** Denied

**Other Infectious Diseases:**

| **Syphilis:** | No |
|---|---|
| **Syphilis Last Treatment:** | N/A |
| **Genital Warts:** | No |
| **Chlamydia:** | No |
| **Gonorrhea:** | No |
| **Herpes:** | No |
| **Chicken Pox:** | Yes |
| **Other:** | No |

**Comments:** chicken pox as a child

Last Hep B came back positive, please follow up

**Abuse History:** Denied

**Physical:** No

**Emotional:** No

**Sexual:** No

**Comments:** denies

# Bureau of Prisons
## Health Services
## Health Screen

| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | | | Sex: | F | Race: | BLACK |
| Encounter Date: 03/30/2021 09:54 | | | Provider: | Albu-Gardner, Nikki MLP | Facility: | MNA |

| | |
|---|---|
| **Seizures:** | Denied |
| **Diabetes:** | Denied |
| **Cardiovascular:** | Denied |
| **CVA:** | Denied |

**Hypertension:**

    **Age of Onset:**

    **Comments:** HTN X 8 years. Well-controlled with diet, exercise and medications.

| | |
|---|---|
| Respiratory: | Denied |
| **Sickle Cell Anemia:** | Denied |
| **Carcinoma/Lymphoma:** | Denied |
| **Allergies:** | Denied |

**Tuberculosis:**

    **Hx of Previous Disease:** No

    **Blood-tinged Sputum:** No

    **Night Sweats:** No

    **Weight Loss:** No

    **Fever:** No

    **Cough:** No

    **Comments:**

**Infectious Disease Risk Factors:**

    **IV Drug Use:** No

    **IV Drug Use Needles:**

    **Sexual Partner IV Drug Use:** No

    **Sexual Partner IV Drug Use Needles:**

    **Female Sexual Partners (Last 5 Yrs):** 1

    **Male Sexual Partners (Last 5 Yrs):** None

    **Condom Use:** Never

    **Sexual Contact With HIV+ Individual:** No

    **Blood Product Transfusion:** No

    **Travel Outside US:** No

    **Tattoos:** No

    **Comments:**

**Screenings:**

    **COVID-19**

    **Intake screening**

| Inmate Name: | ORDAZ, LAZARA | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: | BLACK |
| Encounter Date: 03/30/2021 09:54 | | Provider: | Albu-Gardner, Nikki MLP | Facility: | MNA |

**Observations:**

**Draining Skin Lesions:** No

**Signs of Lice:** No

**Signs of Scabies:** No

**Signs of Recent Trauma:** No

**Recent Tattoos:** No

**Needle Marks:** No

**Signs of Rash:** No

**Open Sores:** No

**Wounds:** No

**Body Deformities:** No

**Tremors:** No

**Sweating:** No

**Comments:**

**Alerts:**

| Alert | Start Date | Stop Date |
|---|---|---|
| Pre-medicate | 01/05/2010 | |

**Comments:** Metal screw LEFT shoulder from surgery 11/2009

**Prosthetic Devices/Equipment:**

| Device/Equipment | Obtained From |
|---|---|
| Pillow | BOP |
| **Comments:** | |
| Eye Glasses | Personal |
| **Comments:** | |
| Eye Glasses | BOP |
| **Comments:** | |
| Brace - knee | BOP |
| **Comments:** right knee and left knee | |
| Eye Glasses | BOP |
| **Comments:** | |
| C-Pap | BOP |
| **Comments:** | |

**Potential Items For Follow-up:**

**Item**

Hypertension History

Other Infectious Disease History

Substance Abuse History

| Inmate Name: | ORDAZ, LAZARA | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: | BLACK |
| Encounter Date: | 03/30/2021 09:54 | Provider: | Albu-Gardner, Nikki MLP | Facility: | MNA |

**Mental Health:**

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Appropriate to Content

**Thought Process:** Goal Directed

**Thought Content:** Normal

**Hx of Mental Health Treatment:** None

**Hx of Head Injury:** None

**Current Mental Health Treatment:** No

**Current Mental Health Complaint:** No

**Hx of Loss of Consciousness:** No

**Hx of Hearing Voices:** No

**Past History of Suicide Attempt:** No

**Current Suicide Ideation:** No

**Suicide Prevention Initiated:** No

**Comments:** Taking Sertraline, stable
22 years incarcerated

**Substance Use History:**

| | **Last Used** | **Frequency** | **Route** | **Type** | **Amount** |
|---|---|---|---|---|---|
| **Marijuana** | > 5 years | Daily | Smoked | | |

**Hx of Withdrawal Symptoms:**

**Comments:** back in 1998 smoked it

**Current Painful Condition:**

**Location:** Left Shoulder pain and lower back pain

**Other Health Issues:**

**Current Medical Conditions:**

**Other Current Treatments:**

**Pregnant:** No

**Dental Condition:** Denied

| Inmate Name: | ORDAZ, LAZARA | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: | BLACK |
| Encounter Date: | 03/30/2021 09:54 | Provider: | Albu-Gardner, Nikki MLP | Facility: | MNA |

**Item**

Current Painful Condition

Brace - knee

C-Pap

Eye Glasses

Pillow

Pre-medicate

PPD Administration Not Performed

Health Problems Newly Identified During This Encounter:
Health Problem

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 1009567-COX | Cholecalciferol (Vit D) 1000 UNIT (25Mcg) Tab | 03/30/2021 09:54 |

    **Prescriber Order:**    Take one tablet (1000 UNIT) by mouth each day x 365 day(s)

    Indication:   Vitamin D deficiency

| 1012071-COX | Ferrous Gluconate 324 (5 GR) MG Tab | 03/30/2021 09:54 |

    **Prescriber Order:**    Take one tablet  by mouth each day with food x 365 day(s)

    Indication:   Anemia, unspecified

| 1032125-COX | FLUoxetine HCl 10 MG Cap | 03/30/2021 09:54 |

    **Prescriber Order:**    Take one capsule (10 MG) by mouth each day *consent form on file * (may increase risk of stomach bleed when taken with meloxicam) x 180 day(s)

    Indication:   Adjustment disorder

| 1032126-COX | hydroCHLOROthiazide 25 MG Tab | 03/30/2021 09:54 |

    **Prescriber Order:**    Take one tablet (25 MG) by mouth each day for blood pressure and fluid x 180 day(s)

    Indication:   Vertigo of central origin

| 1032127-COX | LevoTHYROXINE Sodium 75 MCG Tab | 03/30/2021 09:54 |

    **Prescriber Order:**    Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism x 180 day(s)

    Indication:   Hypothyroidism unspecified

| 1029860-COX | Meloxicam 15 MG Tab | 03/30/2021 09:54 |

    **Prescriber Order:**    Take one tablet (15 MG) by mouth each day with food for pain (objective findings) *May increase risk of stomach bleed when taken with fluoxetine** x 180 day(s)

    Indication:   Shoulder (pain in joint, shoulder region)

| 1033171-COX | Nystatin Cream 100,000 Unit/GM [ 30 GM] | 03/30/2021 09:54 |

99

| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | | | Sex: | F | Race: | BLACK |
| Encounter Date: 03/30/2021 09:54 | | | Provider: | Albu-Gardner, Nikki MLP | Facility: | MNA |

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | **Prescriber Order:** | Apply topically to the affected area(s) twice daily x 5 day(s) | |
| | Indication: Dermatitis/eczema due to unspecified cause | |
| 1032128-COX | OXcarbazepine 600 MG Tab | 03/30/2021 09:54 |
| | **Prescriber Order:** | Take one tablet (600 MG) by mouth every night at bedtime (pain) x 180 day(s) Pill Line Only | |
| | Indication: Low back pain, lumbago, Sciatica | |
| 1032129-COX | Verapamil HCl 80 MG Tab | 03/30/2021 09:54 |
| | **Prescriber Order:** | Take one tablet (80 MG) by mouth twice daily to control blood pressure x 180 day(s) | |
| | Indication: Hypertension, Unspecified essential | |

## Reconciled Medications:

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 1009567-COX | Cholecalciferol (Vit D) 1000 UNIT (25Mcg) Tab | Take one tablet (1000 UNIT) by mouth each day |
| BOP | Continue | Rx | 1012071-COX | Ferrous Gluconate 324 (5 GR) MG Tab | Take one tablet by mouth each day with food |
| BOP | Continue | Rx | 1032125-COX | FLUoxetine HCl 10 MG Cap | Take one capsule (10 MG) by mouth each day *consent form on file * (may increase risk of stomach bleed when taken with meloxicam) |
| BOP | Continue | Rx | 1032126-COX | hydroCHLOROthiazide 25 MG Tab | Take one tablet (25 MG) by mouth each day for blood pressure and fluid |
| BOP | Continue | Rx | 1032127-COX | LevoTHYROXINE Sodium 75 MCG Tab | Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism |
| BOP | Continue | Rx | 1029860-COX | Meloxicam 15 MG Tab | Take one tablet (15 MG) by mouth each day with food for pain (objective findings) *May increase risk of stomach bleed when taken with fluoxetine** |
| BOP | Continue | Rx | 1033171-COX | Nystatin Cream 100,000 Unit/GM [ 30 GM] | Apply topically to the affected area(s) twice daily |
| BOP | Continue | Rx | 1032128-COX | OXcarbazepine 600 MG Tab | Take one tablet (600 MG) by mouth every night at bedtime (pain) |
| BOP | Continue | Rx | 1032129-COX | Verapamil HCl 80 MG Tab | Take one tablet (80 MG) by mouth twice daily to control blood pressure |
| | | OTC | | No known OTCs | |

# Bureau of Prisons
## Health Services
## Medication Summary
## Historical

| | | | | |
|---|---|---|---|---|
| Complex: | TAL--TALLAHASSEE FCI | Begin Date: 03/10/2021 | End Date: 03/10/2022 |
| Inmate: | ORDAZ, LAZARA | Reg #: 52247-066 | Quarter: D11-039L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:** Denied

## Active Prescriptions

diphenhydrAMINE HCl 50 MG/ML 1 ML Inj/Vial

Inject 50mg Intra-Muscularly one time AS NEEDED ***pill line*** ***pill line***

**Rx#:** 206187-MNA    **Doctor:** Caldwell, Annette ARNP

**Start:** 06/11/21    **Exp:** 06/11/21      **Pharmacy Dispensings:** 0 ML in 0 day

diphenhydrAMINE HCl 50 MG/ML 1 ML Inj/Vial

50 mg Intramuscularly one time AS NEEDED x 1 day(s) Pill Line only ***pill line***

**Rx#:** 206686-MNA    **Doctor:** Archer, Kendes (MOUD) MD

**Start:** 06/30/21    **Exp:** 07/01/21      **Pharmacy Dispensings:** 0 ML in 1 day

methylPREDNISolone SOD Succ 40 MG/ML 1 ML Inj

40mg Intramuscularly One Time Dose Given as needed x 0 day(s) Pill Line only ***pill line***

**Rx#:** 206716-MNA    **Doctor:** Caldwell, Annette ARNP

**Start:** 06/30/21    **Exp:** 06/30/21      **Pharmacy Dispensings:** 0 EA in 0 day

methylPREDNISolone SOD Succ 40 MG/ML 1 ML Inj

Inject 40mg (1mL) Intra-Muscularly x1 dose AS NEEDED ***pill line*** ***pill line***

**Rx#:** 207034-MNA    **Doctor:** Caldwell, Annette ARNP

**Start:** 07/09/21    **Exp:** 07/09/21      **Pharmacy Dispensings:** 0 EA in 0 day

Amitriptyline 25 MG Tab

Take one tablet by mouth daily ***pill line***

**Rx#:** 204422-MNA    **Doctor:** Archer, Kendes (MOUD) MD

**Start:** 04/13/21    **Exp:** 07/12/21    **D/C:** 05/26/21    **Pharmacy Dispensings:** 30 TAB in 90 days

Ferrous Gluconate 324 (5 GR) MG Tab

Take one tablet by mouth each day with food

**Rx#:** 1012071-COX    **Doctor:** Franco, Karina (MOUD) MD

**Start:** 09/24/20    **Exp:** 09/24/21    **D/C:** 03/30/21    **Pharmacy Dispensings:** 210 TAB in 365 days

Ferrous Gluconate 324 (37.5 Fe) MG Tab

Take one tablet by mouth each day with food for low iron

**Rx#:** 203758-MNA    **Doctor:** Albu-Gardner, Nikki (MOUD) PA-C

**Start:** 03/30/21    **Exp:** 03/30/22    **D/C:** 03/11/22    **Pharmacy Dispensings:** 360 TAB in 365 days

| Complex: | TAL--TALLAHASSEE FCI | | Begin Date: | 03/10/2021 | End Date: | 03/10/2022 |
|---|---|---|---|---|---|---|
| Inmate: | ORDAZ, LAZARA | | Reg #: | 52247-066 | Quarter: | D11-039L |

## Active Prescriptions

Ivermectin 3 MG Tab UD

Take 5 tablets (15 mg) by mouth weekly for 14 days. Pill Line Only-Take first dose at evening pill line on 12/22/2021, repeat in one week, take with food. ***pill line***

**Rx#:** 213216-MNA   **Doctor:** Caldwell, Annette ARNP

**Start:** 12/22/21   **Exp:** 12/24/21   **Pharmacy Dispensings:** 5 TAB in 2 days

Ivermectin 3 MG Tab UD

Take 5 tablets (15 mg) by mouth weekly for 14 days. Pill Line Only-Take first dose at evening pill line on 12/22/2021, repeat in one week, take with food. ***pill line***

**Rx#:** 213262-MNA   **Doctor:** Caldwell, Annette ARNP

**Start:** 12/29/21   **Exp:** 12/30/21   **Pharmacy Dispensings:** 5 TAB in 1 day

LevoTHYROXINE Sodium 75 MCG Tab

Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism

**Rx#:** 1032127-COX   **Doctor:** Gopal, Swapna (MOUD) APRN

**Start:** 02/25/21   **Exp:** 08/24/21   **D/C:** 03/30/21   **Pharmacy Dispensings:** 37 TAB in 180 days

LevoTHYROXINE Sodium 75 MCG Tab

Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism

**Rx#:** 203761-MNA   **Doctor:** Albu-Gardner, Nikki (MOUD) PA-C

**Start:** 03/30/21   **Exp:** 09/26/21   **D/C:** 09/14/21   **Pharmacy Dispensings:** 180 TAB in 180 days

LevoTHYROXINE Sodium 75 MCG Tab

Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism

**Rx#:** 209384-MNA   **Doctor:** Caldwell, Annette ARNP

**Start:** 09/14/21   **Exp:** 03/13/22   **D/C:** 03/11/22   **Pharmacy Dispensings:** 180 TAB in 180 days

Meloxicam 15 MG Tab

Take one tablet (15 MG) by mouth each day with food for pain (objective findings)  *May increase risk of stomach bleed when taken with fluoxetine**

**Rx#:** 1029860-COX   **Doctor:** Franco, Karina (MOUD) MD

**Start:** 02/04/21   **Exp:** 08/03/21   **D/C:** 03/30/21   **Pharmacy Dispensings:** 67 TAB in 180 days

Meloxicam 15 MG Tab

Take one tablet (15 MG) by mouth each day with food for pain (objective findings)  *May increase risk of stomach bleed when taken with fluoxetine**

**Rx#:** 203762-MNA   **Doctor:** Albu-Gardner, Nikki (MOUD) PA-C

**Start:** 03/30/21   **Exp:** 09/26/21   **D/C:** 09/14/21   **Pharmacy Dispensings:** 180 TAB in 180 days

Meloxicam 15 MG Tab

Take one tablet (15 MG) by mouth each day with food for pain (ccv)  *May increase risk of stomach bleed when taken with fluoxetine**

**Rx#:** 209385-MNA   **Doctor:** Caldwell, Annette ARNP

**Start:** 09/14/21   **Exp:** 03/13/22   **D/C:** 03/11/22   **Pharmacy Dispensings:** 180 TAB in 180 days

| Complex: | TAL--TALLAHASSEE FCI | | Begin Date: | 03/10/2021 | End Date: | 03/10/2022 |
|---|---|---|---|---|---|---|
| Inmate: | ORDAZ, LAZARA | | Reg #: | 52247-066 | Quarter: | D11-039L |

## Active Prescriptions

FLUoxetine HCl 10 MG Cap

Take one capsule (10 MG) by mouth each day *consent form on file * (may increase risk of stomach bleed when taken with meloxicam)

| **Rx#:** 1032125-COX | **Doctor:** Gopal, Swapna (MOUD) APRN | | |
|---|---|---|---|
| **Start:** 02/25/21 | **Exp:** 08/24/21 | **D/C:** 03/30/21 | **Pharmacy Dispensings:** 37 CAP in 180 days |

FLUoxetine HCl 10 MG Cap

Take one capsule (10 MG) by mouth each day *consent form on file * (may increase risk of stomach bleed when taken with meloxicam)

| **Rx#:** 203759-MNA | **Doctor:** Albu-Gardner, Nikki (MOUD) PA-C | | |
|---|---|---|---|
| **Start:** 03/30/21 | **Exp:** 09/26/21 | **D/C:** 04/13/21 | **Pharmacy Dispensings:** 30 CAP in 180 days |

FLUoxetine HCl 10 MG Cap

Take one capsule (10 MG) by mouth each day *consent form on file * (may increase risk of stomach bleed when taken with meloxicam)

| **Rx#:** 205854-MNA | **Doctor:** Archer, Kendes (MOUD) MD | | |
|---|---|---|---|
| **Start:** 05/27/21 | **Exp:** 11/23/21 | **D/C:** 11/10/21 | **Pharmacy Dispensings:** 180 CAP in 180 days |

FLUoxetine HCl 10 MG Cap

Take one capsule (10 MG) by mouth each day *consent form on file * (may increase risk of stomach bleed when taken with meloxicam)

| **Rx#:** 211915-MNA | **Doctor:** Caldwell, Annette ARNP | | |
|---|---|---|---|
| **Start:** 11/10/21 | **Exp:** 05/09/22 | **D/C:** 03/11/22 | **Pharmacy Dispensings:** 150 CAP in 180 days |

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth each day for blood pressure and fluid

| **Rx#:** 1032126-COX | **Doctor:** Gopal, Swapna (MOUD) APRN | | |
|---|---|---|---|
| **Start:** 02/25/21 | **Exp:** 08/24/21 | **D/C:** 03/30/21 | **Pharmacy Dispensings:** 37 TAB in 180 days |

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth each day for blood pressure and fluid

| **Rx#:** 203760-MNA | **Doctor:** Albu-Gardner, Nikki (MOUD) PA-C | | |
|---|---|---|---|
| **Start:** 03/30/21 | **Exp:** 09/26/21 | **D/C:** 09/14/21 | **Pharmacy Dispensings:** 180 TAB in 180 days |

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth each day for blood pressure and fluid

| **Rx#:** 209383-MNA | **Doctor:** Caldwell, Annette ARNP | | |
|---|---|---|---|
| **Start:** 09/14/21 | **Exp:** 03/13/22 | **D/C:** 03/11/22 | **Pharmacy Dispensings:** 180 TAB in 180 days |

Hydrocortisone Cream 1%, (OTC) 30 GM

Apply a thin layer topically three times a day as needed for 5 days- Do not send tube removed from PYSXIS.

| **Rx#:** 206713-MNA | **Doctor:** Caldwell, Annette ARNP | | |
|---|---|---|---|
| **Start:** 06/30/21 | **Exp:** 07/05/21 | | **Pharmacy Dispensings:** 0 GM in 5 days |

| Complex: TAL--TALLAHASSEE FCI | | | Begin Date: 03/10/2021 | End Date: 03/10/2022 |
| Inmate:    ORDAZ, LAZARA | | Reg #:    52247-066 | Quarter:    D11-039L | |

## Active Prescriptions

**Start:** 02/25/21        **Exp:** 08/24/21        **D/C:** 03/30/21        **Pharmacy Dispensings:** 37 TAB in 180 days

OXcarbazepine 600 MG Tab
Take one tablet (600 MG) by mouth every night at bedtime for pain
**Rx#:** 203763-MNA        **Doctor:** Albu-Gardner, Nikki (MOUD) PA-C
**Start:** 03/30/21        **Exp:** 09/26/21        **D/C:** 05/27/21        **Pharmacy Dispensings:** 90 TAB in 180 days

OXcarbazepine 600 MG Tab
Take one tablet (600 MG) by mouth twice daily
**Rx#:** 205855-MNA        **Doctor:** Archer, Kendes (MOUD) MD
**Start:** 05/27/21        **Exp:** 11/23/21        **D/C:** 11/10/21        **Pharmacy Dispensings:** 360 TAB in 180 days

OXcarbazepine 600 MG Tab
Take one tablet (600 MG) by mouth twice daily
**Rx#:** 211916-MNA        **Doctor:** Caldwell, Annette ARNP
**Start:** 11/10/21        **Exp:** 05/09/22        **D/C:** 03/11/22        **Pharmacy Dispensings:** 300 TAB in 180 days

Verapamil HCl 80 MG Tab
Take one tablet (80 MG) by mouth twice daily to control blood pressure
**Rx#:** 1032129-COX        **Doctor:** Gopal, Swapna (MOUD) APRN
**Start:** 02/25/21        **Exp:** 08/24/21        **D/C:** 03/30/21        **Pharmacy Dispensings:** 74 TAB in 180 days

Verapamil HCl 80 MG Tab
Take one tablet (80 MG) by mouth twice daily to control blood pressure
**Rx#:** 203764-MNA        **Doctor:** Albu-Gardner, Nikki (MOUD) PA-C
**Start:** 03/30/21        **Exp:** 09/26/21        **D/C:** 09/14/21        **Pharmacy Dispensings:** 360 TAB in 180 days

Verapamil HCl 80 MG Tab
Take one tablet (80 MG) by mouth twice daily to control blood pressure
**Rx#:** 209381-MNA        **Doctor:** Caldwell, Annette ARNP
**Start:** 09/14/21        **Exp:** 03/13/22        **D/C:** 03/11/22        **Pharmacy Dispensings:** 360 TAB in 180 days

Cholecalciferol (Vit D) 1000 UNIT (25Mcg) Tab
Take one tablet (1000 UNIT) by mouth each day
**Rx#:** 1009567-COX        **Doctor:** Franco, Karina (MOUD) MD
**Start:** 09/02/20        **Exp:** 09/02/21        **D/C:** 03/30/21        **Pharmacy Dispensings:** 240 TAB in 365 days

Cholecalciferol (Vit D) 1000 UNIT (25Mcg) Tab
Take one tablet (1000 UNIT) by mouth each day
**Rx#:** 203756-MNA        **Doctor:** Albu-Gardner, Nikki (MOUD) PA-C
**Start:** 03/30/21        **Exp:** 03/30/22        **D/C:** 03/11/22        **Pharmacy Dispensings:** 365 TAB in 365 days

| Complex: | TAL--TALLAHASSEE FCI | | Begin Date: | 03/10/2021 | End Date: | 03/10/2022 |
| Inmate: | ORDAZ, LAZARA | Reg #: | 52247-066 | | Quarter: | D11-039L |

## Active Prescriptions

methylPREDNISolone 4 MG Tab [ 21 count Pack]
Use as directed by mouth daily for six days

**Rx#:** 206179-MNA **Doctor:** Caldwell, Annette ARNP
**Start:** 06/11/21 **Exp:** 06/17/21 **Pharmacy Dispensings:** 21 TAB in 6 days

methylPREDNISolone 4 MG Tab [ 21 count Pack]
Take by mouth daily as directed on package

**Rx#:** 206718-MNA **Doctor:** Caldwell, Annette ARNP
**Start:** 06/30/21 **Exp:** 07/06/21 **Pharmacy Dispensings:** 21 TAB in 6 days

methylPREDNISolone 4 MG Tab [ 21 count Pack]
Take by mouth daily as directed on package

**Rx#:** 208498-MNA **Doctor:** Caldwell, Annette ARNP
**Start:** 08/16/21 **Exp:** 08/22/21 **Pharmacy Dispensings:** 21 TAB in 6 days

methylPREDNISolone 4 MG Tab [ 21 count Pack]
Take by mouth daily as directed on package

**Rx#:** 215218-MNA **Doctor:** Caldwell, Annette ARNP
**Start:** 02/25/22 **Exp:** 03/03/22 **Pharmacy Dispensings:** 21 TAB in 6 days

Nystatin Cream 100,000 Unit/GM [ 30 GM]
Apply topically to the affected area(s) twice daily

**Rx#:** 1033171-COX **Doctor:** Franco, Karina (MOUD) MD
**Start:** 03/05/21 **Exp:** 04/04/21 **D/C:** 03/30/21 **Pharmacy Dispensings:** 30 GM in 30 days

Nystatin Cream 100,000 Unit/GM [ 30 GM]
Apply topically to the affected area(s) twice daily for 5 days

**Rx#:** 203990-MNA **Doctor:** Albu-Gardner, Nikki (MOUD) PA-C
**Start:** 03/31/21 **Exp:** 04/05/21 **Pharmacy Dispensings:** 0 GM in 5 days

Omeprazole 20 MG Cap
Take one capsule by mouth daily

**Rx#:** 204423-MNA **Doctor:** Archer, Kendes (MOUD) MD
**Start:** 04/13/21 **Exp:** 10/10/21 **D/C:** 09/14/21 **Pharmacy Dispensings:** 180 CAP in 180 days

Omeprazole 20 MG Cap
Take one capsule (20 MG) by mouth each day "Chronic Care Verified"

**Rx#:** 209382-MNA **Doctor:** Caldwell, Annette ARNP
**Start:** 09/14/21 **Exp:** 03/13/22 **D/C:** 03/11/22 **Pharmacy Dispensings:** 169 CAP in 180 days

OXcarbazepine 600 MG Tab
Take one tablet (600 MG) by mouth every night at bedtime (pain)

**Rx#:** 1032128-COX **Doctor:** Gopal, Swapna (MOUD) APRN

105

# Bureau of Prisons
## Health Services
## Dental Health History Screen

| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
|---|---|---|---|
| Date of Birth: | Sex: F Race: BLACK | | Facility: MNA |
| Encounter Date: 07/19/2021 10:22 | Provider: Collins, Joseph | | Unit: X03 |

## ASSESSMENTS:

**Health Problems as of Dental Health History Encounter date:** 07/19/2021 10:22

Health Problems

| Health Problem | Status |
|---|---|
| Hypothyroidism unspecified | Current |
| Anemia, unspecified | Current |
| Hypertension, Unspecified essential | Current |
| Esophageal reflux | Current |
| Slow transit constipation | Current |
| Dermatitis/eczema due to unspecified cause | Current |
| Pityriasis rosea | Current |
| Shoulder (pain in joint, shoulder region) | Current |
| Low back pain, lumbago | Current |
| Sciatica<br>BILATERAL | Current |
| Other disorder of bone and cartilage | Current |
| Headache | Current |
| Dysphagia, unspecified | Current |
| pt c/o choking sensation, intermittently and not always related to meals, will order imaging study to better assess and f/u post studies, pt understands and agrees | |
| LTBI Prophy Refused | Current |
| Tinea pedis | Current |
| Vitamin D deficiency | Current |
| Adjustment disorder | Current |
| Sleep apnea | Current |
| Other peripheral vertigo | Current |
| Vertigo of central origin | Current |
| Dental caries | Current |
| Fractured dental restorative material with loss of material<br>Denture | Current |
| Cutaneous abscess, unspecified | Current |
| Rash and other nonspecific skin eruption | Current |
| Abnormal weight loss | Current |
| Encounter for gynecological exam (general) (routine) without abnormal findings | Current |
| Primary open angle glaucoma | Remission |
| Infective otitis externa, unspecified | Remission |
| Unspecified hemorrhoids without mention of comp | Remission |
| Acute upper respiratory infection of unspec site | Remission |
| Allergic rhinitis, cause unspecified | Remission |
| Dental caries, unspecified | Remission |
| Urticaria, unspecified<br>Hive like reaction. | Remission |
| Diarrhea | Remission |

| Inmate Name: | ORDAZ, LAZARA | | | | | Reg #: | 52247-066 |
| Date of Birth: | | | Sex: F | Race: BLACK | | Facility: | MNA |
| Encounter Date: 07/19/2021 10:22 | | | Provider: | Collins, Joseph | | Unit: | X03 |

**Other Infectious Diseases:**

| | |
|---|---|
| **Syphilis:** | No |
| **Syphilis Last Treatment:** | N/A |
| **Genital Warts:** | No |
| **Chlamydia:** | No |
| **Gonorrhea:** | No |
| **Herpes:** | No |
| **Chicken Pox:** | Yes |
| **Other:** | No |

**Comments:** chicken pox as a child

**Other Health Issues:**

**Other Medical Conditions And Treatment:**

**Current Medical Conditions:**

**Other Current Treatments:**

**Pregnant:** No

**Dental Observations as of Dental Health History Encounter date:** 07/19/2021 10:22

**History:**

| | |
|---|---|
| **Alcohol:** | Yes |
| **Methamphetamine:** | No |
| **Tobacco products:** | No |
| **Other drugs:** | Yes |
| **Sensitive teeth:** | No |
| **Bleeding gums:** | No |
| **Food impaction:** | No |
| **Pain around ear:** | No |
| **Toothache:** | No |
| **Wear partial dentures:** | Yes |
| **Unusual sounds while eating:** | No |
| **Snoring:** | No |
| **Blisters on lips or mouth:** | No |
| **Clenching or grinding:** | No |
| **Swelling or lumps in mouth/throat:** | No |
| **Burning tongue:** | No |
| **Bad breath:** | No |
| **Decayed teeth:** | No |
| **Loose teeth:** | No |
| **Wear dentures:** | Yes |
| **None:** | No |
| **Comments:** | |

| Inmate Name: | ORDAZ, LAZARA | | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | ~~~~~~~ | Sex: F | Race: | BLACK | | Facility: | MNA |
| Encounter Date: 07/19/2021 10:22 | | Provider: | | Collins, Joseph | | Unit: | X03 |

| Health Problem | Status |
|---|---|
| Unspecified glaucoma<br>Mild glaucoma | Remission |
| History of other injury | Remission |
| History of fall | Remission |
| Other elective surgery<br>AC JT separation repair | Remission |
| Herpes zoster w/o mention of complication | Resolved |
| Overweight<br>BMI=26 WT=166LIbs HT=67" | Resolved |
| Preglaucoma, unspecified | Resolved |
| Sinusitis, acute, unspecified | Resolved |
| Retained dental root<br>Extracted #27, 28 | Resolved |
| Oth and unspec noninfectious gastroenteritis | Resolved |
| Onychia and paronychia of finger<br>per note in October | Resolved |
| Foot, contusion | Resolved |
| Head injury, unspecified | Resolved |
| Repair complete denture | Resolved |
| Pain in leg, unspecified<br>right knee | Resolved |
| Confirmed case COVID-19<br>released from isolation 8/10/20 | Resolved |

**Medical History as of Dental Health History Encounter date:** 07/19/2021 10:22
**Medical History:**

| | |
|---|---|
| **Allergies:** | Denied |
| **Seizures:** | Denied |
| **Diabetes:** | Denied |
| **Cardiovascular:** | Denied |
| **CVA:** | Denied |

**Hypertension:**

**Age of Onset:**

**Comments:** HTN X 10 years. Well-controlled with diet, exercise and medications.

| | |
|---|---|
| Respiratory: | Denied |
| **Sickle Cell Anemia:** | Denied |
| **Carcinoma/Lymphoma:** | Denied |

**HIV History:**

| | |
|---|---|
| **When Tested:** | 2017 |
| **Test Result:** | Negative |

**When Diagnosed AIDS:**

**Last CD4:**

**Comments:**

| | |
|---|---|
| **Hepatitis:** | Denied |

| Inmate Name: ORDAZ, LAZARA<br>Date of Birth:<br>Encounter Date: 07/19/2021 10:22 | Sex: F   Race: BLACK<br>Provider: Collins, Joseph | Reg #: 52247-066<br>Facility: MNA<br>Unit: X03 |
|---|---|---|

**Cardiac Condition Requiring Prophylaxis:** No

**Prosthetic joint(s):** No

**Radiation history of head or neck:** No

**Excessive bleeding:** Yes

**Bisphosphonates:** No

**Comments:** Bleeds a lot. Takes iron. Never DX w/ bleeding disorder


**Medications as of Dental Health History Encounter date:** 07/19/2021 10:22

Medications:

Cholecalciferol (Vit D) 1000 UNIT (25Mcg) Tab  Exp: 03/30/2022  SIG: Take one tablet (1000 UNIT) by mouth each day

Ferrous Gluconate 324 (37.5 Fe) MG Tab  Exp: 03/30/2022  SIG: Take one tablet  by mouth each day with food for low iron

FLUoxetine HCl 10 MG Cap  Exp: 11/23/2021  SIG: Take one capsule (10 MG) by mouth each day *consent form on file * (may increase risk of stomach bleed when taken with meloxicam)

hydroCHLOROthiazide 25 MG Tab  Exp: 09/26/2021  SIG: Take one tablet (25 MG) by mouth each day for blood pressure and fluid

LevoTHYROXINE Sodium  75 MCG Tab  Exp: 09/26/2021  SIG: Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism

Meloxicam 15 MG Tab  Exp: 09/26/2021  SIG: Take one tablet (15 MG) by mouth each day with food for pain (objective findings) *May increase risk of stomach bleed when taken with fluoxetine**

Omeprazole 20 MG Cap  Exp: 10/10/2021  SIG: Take one capsule by mouth daily

OXcarbazepine 600 MG Tab  Exp: 11/23/2021  SIG: Take one tablet (600 MG) by mouth twice daily

Verapamil HCl  80 MG Tab  Exp: 09/26/2021  SIG: Take one tablet (80 MG) by mouth twice daily to control blood pressure

OTCs: Listing of all known OTCs this inmate is currently taking.


Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No           **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Collins, Joseph DDS/CDO on 07/19/2021 10:26

# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter - Administrative Note

| | | | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|---|
| Inmate Name: | ORDAZ, LAZARA | | Sex: | F | Race: BLACK | Facility: | MNA |
| Date of Birth: | | | | | | | |
| Note Date: | 09/15/2021 11:34 | | Provider: | | Collins, Joseph DDS/CDO | Unit: | X03 |

**Reviewed Health Status:** Yes

Administrative Note encounter performed at Satellite Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE 1     Provider: Collins, Joseph DDS/CDO

Discussed remaining TX. Patient opts to keep remaining teeth rather than lower CD, and plans to replace missing teeth at own expense after released.
Fillings R/S due to lack of dental assistant.

**Copay Required:** No     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Collins, Joseph DDS/CDO on 09/15/2021 11:37

| Inmate Name: | ORDAZ, LAZARA | Sex: F | Race: BLACK | Reg #: | 52247-066 |
|---|---|---|---|---|---|
| Date of Birth: | } | Provider: | Collins, Joseph | Facility: | MNA |
| Encounter Date: 07/28/2021 13:19 | | | | Unit: | X03 |

| Rx# | Medication | | Stop Date | SIG | |
|---|---|---|---|---|---|
| **No IVs to be Reconciled.** | | | | | |

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| **No OTCs to be Reconciled.** | | | |

**Disposition:**

Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/28/2021 | Counseling | Diagnosis | Collins, Joseph | Verbalizes Understanding |
| 07/28/2021 | Counseling | Plan of Care | Collins, Joseph | Verbalizes Understanding |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No  **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Collins, Joseph DDS/CDO on 07/28/2021 13:26

# Bureau of Prisons
## Health Services
## Dental Routine Care
## Hygiene Appt

| | | | |
|---|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
| Date of Birth: | Sex: F | Race: BLACK | Facility: MNA |
| Encounter Date: 07/28/2021 13:19 | Provider: | Collins, Joseph | Unit: X03 |

**Reviewed Health Status:** Yes

## ASSESSMENTS:

Health Problems Newly Identified During This Encounter:
   Health Problem

**Allergies:**          Denied

Hygiene Appointment Type:    Initial

Oral Hygiene:   Poor

Oral Hygiene Comments:   Brushes 2x/day, but does not floss.

CPITN:

| x | x | x |
|---|---|---|
| x | 2 | x |

Hygiene examination performed and documented:     No

Head & Neck/Soft Tissue within normal limits?     No

Comments: See comp exam notes

Comments:

Additional Findings and Procedures

## PROCEDURE:

Dental Procedures

Universal Protocol Followed:   yes                Materials Discussed: yes             Radiograph(s) Reviewed: yes

**Procedures Added or Updated on the Dental Treatment Plan During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Prophylaxis | Refused |

demonstrated OHC on model. Majority of calculus removed via cavitron and hand instruments, but patient reported she'd like to stop. Refusal signed and witnessed. Bleeding controlled at discharge.

## Medication Reconciliation.
The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| No Medication or OTC items to be Reconciled. | | | | | |

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No Medications to be Reconciled. | | | |

**Other Active IVs:**

| Inmate Name: ORDAZ, LAZARA | | Reg #: 52247-066 |
|---|---|---|

Inmate Name: ORDAZ, LAZARA
Date of Birth: 
Encounter Date: 07/19/2021 10:46

Sex: F    Race: BLACK
Provider: Collins, Joseph

Reg #: 52247-066
Facility: MNA
Unit: X03

## PROCEDURE:

Dental Procedures

Universal Protocol Followed: yes             Materials Discussed: yes             Radiograph(s) Reviewed: yes

**Procedures Added or Updated on the Dental Treatment Plan During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Panorex | Not Started |

Comments: Has CD/broken RPD. Good retention, stability and support max CD. Minimal ridge support mandible. Advised CD/CD due to high caries right, mobility, and minimal teeth remaining. Stated /CD expected to drift around in mouth more due to minimal ridge support. Patient reported only interested in the RPD option. Advised need to improve oral hygiene for consideration of RPD.

### Dental Perio

PD

| #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 | #12 | #13 | #14 | #15 | #16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Mob

Rec
L B (each tooth #1–#16)

PD

| #32 | #31 | #30 | #29 | #28 | #27 | #26 | #25 | #24 | #23 | #22 | #21 | #20 | #19 | #18 | #17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

#25: 1 2 / 1 2 / 1    #24: 1 1 / 2 2 / 1    #23: 2 2 / 2 2 / 2    (top values with 1's above)

Mob

Rec
#25: 3 1    #24: 1 0    #23: 4 2

**Classification Name:** Gingival Disease

Comments:

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|

No Medication or OTC items to be Reconciled.

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|

No Medications to be Reconciled.

Generated 07/19/2021 18:18 by Collins, Joseph DDS/CDO             Bureau of Prisons - MNA             Page 2 of 3

113

# Bureau of Prisons
## Health Services
## Dental Routine Care
## Comp/Periodic Exam

| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
|---|---|---|---|
| Date of Birth: | Sex: F | Race: BLACK | Facility: MNA |
| Encounter Date: 07/19/2021 10:46 | Provider: Collins, Joseph | | Unit: X03 |

**Reviewed Health Status:** Yes

## ASSESSMENTS:
Health Problems Newly Identified During This Encounter:
Health Problem

**Allergies:** Denied

| Occlusion: | Multiple Missing Teeth |
|---|---|
| Oral Hygiene: | Poor |

CPITN:

| x | x | x |
|---|---|---|
| x | 2 | x |

Hard and soft tissue examination performed and documented: Yes

Head & Neck/Soft Tissue within normal limits? No

Comments: s; unaware of lesions. Takes dentures out to clean, but usually leaves them in through the night.
o; red patch w/ minor (<1mm) bumps right and left hard palate.
a; Differential DX 1) Denture Sore 2) Erthymatous Candidiasis
p; Explained findings. Advised keep dentures out at night and see if it heals. Showed patient w/ mirror.

Decayed: 3  Missing: 29  Filled: 3

Additional Findings:
Comments:

Additional Findings and Procedures

## PROCEDURE:

Dental Procedures

Universal Protocol Followed: yes    Materials Discussed: yes    Radiograph(s) Reviewed: yes

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #24 | Periapical Radiograph | Completed |
| General | Treatment Plan Examination | Completed |

**Procedures Added or Updated on the Dental Treatment Plan During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #23-DL | Composite Restoration | Not Started |
| #24-D | Composite Restoration | Not Started |
| #25-LF | Composite Restoration | Not Started |
| General | Prophylaxis | Not Started |
| General | All Planned Routine Treatment Completed | Not Started |

114



**76425** 10701446 LI-1 T-76425 12/30/2021

Patient Name
**52247-066 LI-1**

Customer PO
**SMITHPAMELA**

**748292**

Customer Code and Name
**391908 - PAMELA SMITH**

Frame Style - Color - Size
**FPI-2 BLK 54.24.150**

**000000000012** Frame SKU

**012** Frame Bin

| | A | B | ED | Circ | DBL |
|---|---|---|---|---|---|
| R | 53.79 | 43.63 | 57.32 | 160.01 | 21.92 |
| L | 53.64 | 43.56 | 57.38 | 159.71 | |

| Material | Lens Type | Color | Vendor | Blank Size | Base | Add |
|---|---|---|---|---|---|---|
| **R CR-39** | **ST28** | **CLEAR** | **SHORE** | **70** | **6.25** | **2.25** |
| | Right Lens Bin **03** | | 0037767712 | Right Lens SKU | | |
| | Left Lens Bin **03** | | 0037767704 | Left Lens SKU | | |
| **L CR-39** | **ST28** | **CLEAR** | **SHORE** | **70** | **6.25** | **2.25** |

| | Sphere | Cylinder | Axis | Far PD | Near PD | Add | Seg Ht | BOC | Prism 1 | Prism 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| R | 1.25 | 0.00 | 0 | 31.50 | 30.50 | 2.25 | 20.00 | 4.00 | | |
| L | 1.50 | -0.50 | 95 | 31.50 | 30.50 | 2.25 | 20.00 | 4.00 | | |

| | | | |
|---|---|---|---|
| **RIGHT LENS** | PL CR39 BIF FT28 UNC SHRLN 70S 625/225 | | 14.50 |
| **LEFT LENS** | PL CR39 BIF FT28 UNC SHRLN 70S 625/225 | | 14.50 |
| **FRAME** | FPI-2 BLK 54.24.150 | | 15.00 |
| | | | 0.00 |
| | | $ | 44.00 |

**SHIP TO:**
**JESSICA MOONEYHAM**
**FCI MARIANNA  3625 FCI ROAD**
**MARIANNA, FL  32448**

8292

Purchase Order #
**SMITHPAMELA**

52247-066 LI-1
10701446 LI-1 T-76425 12/30/2021

UNICOR FCI Butner, NC   (919) 575-2050  (919) 575-6280 - Fax



## FCI Marianna MNA

| | | | |
|---|---|---|---|
| Patient: | **ORDAZ, LAZARA (Female)** | DOB: | |
| Register#: | **52247-066** | Age: | 62 |
| Date: | 06/03/21 14:13 | Status: | OP |
| Slicecount: | 5 | | |
| History: | PAIN AND SWELLING AFTER FALL | | |
| Priors: | | | |
| Exams: | FILM LEFT ELBOW, FILM LEFT WRIST, FILM LEFT HAND | | |
| Referring Phy: | | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |
| Accession Numbers: 202#BOP00261620 | | | |

**Final Report**

**Exam: FILM LEFT ELBOW**

**HISTORY: Pain and swelling after fall**

**TECHNIQUE: 2 views obtained**

**COMPARISON: No prior imaging available**

**FINDINGS: There is no soft tissue abnormality. There is no radiographic evidence for acute fracture. There is no joint space malalignment. Articular surfaces are smooth. Joint spaces are maintained. Bone mineralization is normal for age.**

**IMPRESSION:**
**Unremarkable left elbow radiographs.**

**Exam: FILM LEFT WRIST**

**HISTORY: Pain and swelling after fall**

**TECHNIQUE: 3 views obtained**

**COMPARISON: No prior imaging available**

**FINDINGS: There is no soft tissue abnormality. There is no radiographic evidence for acute fracture. There is no joint space malalignment. Bone mineralization is normal for age.**

**IMPRESSION:**
**No radiographic evidence for an acute fracture or joint space malalignment in the left wrist.**

**Exam: FILM LEFT HAND**

**HISTORY: Pain and swelling after fall**

**TECHNIQUE: 3 views obtained**

**COMPARISON: No prior imaging available**

**FINDINGS: There is no soft tissue abnormality. There is no radiographic evidence for acute fracture. There is no joint space malalignment. Bone mineralization is normal for age. There is moderate osteoarthritis at the first CMC joint. Remaining joint spaces are maintained.**

| Inmate Name: ORDAZ, LAZARA | | Reg #: 52247-066 |
|---|---|---|
| Date of Birth: | Sex:   F   Race:   BLACK | Facility: COL |
| Encounter Date: 03/05/2021 08:43 | Provider: Franco, Karina MD | Unit:   F01 |

Yes: Within Normal Limits, Supple, Symmetric, Trachea Midline

**Pulmonary**

**Auscultation**

Yes: Clear to Auscultation

No: Rhonchi, Wheezing

**Cardiovascular**

**Auscultation**

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

No: M/R/G

**Peripheral Vascular**

**Legs**

No: Homan's Sign, Calf Tenderness

**Abdomen**

**Palpation**

Yes: Within Normal Limits, Soft

No: Guarding, Rigidity, Tenderness on Palpation

**Mental Health**

**Grooming/Hygiene**

Yes: Appropriate Grooming

**Affect**

Yes: Appropriate

**Mood**

Yes: Appropriate

**Thought Content**

Yes: Within Normal Limits, Appropriate, Goal Directed

No: Compulsive, Obsessive, Phobias, Anxious

**ASSESSMENT:**

Sleep apnea, G4730 - Current

Tinea pedis, B353 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Nystatin Cream 100,000 Unit/GM | 03/05/2021 08:43 |
| | **Prescriber Order:**   100,000 Topically  -  Two Times a Day x 30 day(s) | |
| | Indication:   Dermatitis/eczema due to unspecified cause | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/05/2021 | Counseling | Access to Care | Franco, Karina | Verbalizes Understanding |

117

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | |
|---|---|
| Inmate Name:  ORDAZ, LAZARA | Reg #:  52247-066 |
| Date of Birth: | Facility: COL |
| Encounter Date: 03/05/2021 08:43    Sex:  F  Race:  BLACK  Provider:  Franco, Karina MD | Unit:  F01 |

Physician - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:  Franco, Karina MD

Chief Complaint:   Other Problem

Subjective:      62 y/o female patient who is today for f/u for sleep study. Report positive to MODERATE sleep apnea. Today she is c/o skin rash on both feet with several months evolution. She has tried OTC meds. She denies any other acute symptoms.

Pain:      No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/05/2021 | 09:25 COX | 96.0 | 35.6 | | Franco, Karina MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/05/2021 | 09:25 COX | 66 | | | Franco, Karina MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/05/2021 | 09:25 COX | 14 | Franco, Karina MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/05/2021 | 09:25 COX | 143/79 | | | | Franco, Karina MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/05/2021 | 09:25 COX | 100 | | Franco, Karina MD |

**Exam:**

**General**

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed

**Skin**

**Lesions**

Yes: Vesicles, Erosions, Scaling

**Head**

**General**

Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

No: Facial Asymmetry

**Neck**

**General**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | Facility: | COL |
| Note Date: | 02/25/2021 08:42 | Provider: | | Gopal, Swapna APRN | Unit: | F01 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  1  Provider:  Gopal, Swapna APRN

A chart review has been conducted including labs, vitals, recent notes, medications, and diagnosis. Chart review data indicates that patient is stable on current medication therapy, no medication changes indicated. A refill of medications will be entered to prevent lapse of therapy before next scheduled chronic care visit.

Inmate allergies reviewed and needed updates were applied during this visit -- see Chart: Allergies for current inmate allergy list.

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 1009617-COX | FLUoxetine HCl 10 MG Cap | 02/25/2021 08:42 |

**Prescriber Order:** Take one capsule (10 MG) by mouth each day *consent form on file * x 180 day(s)

Indication: Adjustment disorder

| 1009568-COX | hydroCHLOROthiazide 25 MG Tab | 02/25/2021 08:42 |
|---|---|---|

**Prescriber Order:** Take one tablet (25 MG) by mouth each day x 180 day(s)

Indication: Vertigo of central origin

| 1009569-COX | LevoTHYROXINE Sodium 75 MCG Tab | 02/25/2021 08:42 |
|---|---|---|

**Prescriber Order:** Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism x 180 day(s)

Indication: Hypothyroidism unspecified

| 1009571-COX | OXcarbazepine 600 MG Tab | 02/25/2021 08:42 |
|---|---|---|

**Prescriber Order:** Take one tablet (600 MG) by mouth every night at bedtime (pain) x 180 day(s)

Indication: Low back pain, lumbago, Sciatica

| 1009572-COX | Verapamil HCl 80 MG Tab | 02/25/2021 08:42 |
|---|---|---|

**Prescriber Order:** Take one tablet (80 MG) by mouth twice daily to control blood pressure x 180 day(s)

Indication: Hypertension, Unspecified essential

**Disposition:**

Follow-up at Sick Call as Needed

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Gopal, Swapna APRN on 02/25/2021 09:24

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | Facility: | COL |
| Note Date: | 02/17/2021 10:41 | Provider: | Bailey, S. IOP/IDC/RN | | Unit: | F01 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE 1 Provider: Bailey, S. IOP/IDC/RN

Patient was seen within 24 hours by other medical staff, the documentation of patient assessments is in the paper roster flow sheet that is kept by the IDC at the institution. Inmate has remained in quarantine with daily assessment that includes temperatures and signs/symptoms. As per the staff member who performed the assessment within 24 hours and the documented in the paper flow sheet her temperature was 97.3 F. She has

2 negative RT-PCR test, including one quest test and 14 days of negative CDC symptoms. Furthermore, the inmate does not have any of the following CDC symptoms related to COVID-19 disease that include fever or chills, cough, shortness of breath or difficulty breathing, fatigue, muscle or body aches, headache, new loss of taste or smell, sore throat, congestion or runny nose, nausea or vomiting or diarrhea. The inmate had daily temperatures screening during the quarantine period that were within normal limits as per the paper roster flow sheets. The inmate has been asymptomatic during the quarantine period as per the paper roster flowsheets. Therefore, as per the Clinical Director designee this inmate is cleared from medical Standpoint

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Bailey, S. IOP/IDC/RN on 02/17/2021 10:42

Requested to be cosigned by Negron, Ivan MD.

Cosign documentation will be displayed on the following page.

120

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | Facility: | COL |
| Note Date: | 02/04/2021 12:22 | Provider: | | Franco, Karina MD | Unit: | F01 |

Review Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE **1**     Provider: Franco, Karina MD

chart review for ortho consult
Patient has history of left shoulder pain and had a local injection in office. She will have a f/u.

**New Medication Orders:**

| Rx# | **Medication** | **Order Date** |
|---|---|---|
| | Meloxicam Tablet | 02/04/2021 12:22 |

**Prescriber Order:**     15 Orally - daily x 180 day(s)

Indication: Shoulder (pain in joint, shoulder region)

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Franco, Karina MD on 02/04/2021 12:25

---

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| Inmate Name: | ORDAZ, LAZARA | | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | | Facility: | COL |
| Note Date: | 02/08/2021 12:32 | Provider: | | Festa, M. APRN | | Unit: | F01 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Festa, M. APRN

Covid testing.

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 02/11/2021 00:00 | Routine |
| Labs requested to be reviewed by: | Negron, Ivan MD | | |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Festa, M. APRN on 02/08/2021 12:32

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | F | Race: BLACK | Facility: | COL |
| Note Date: | 01/19/2021 14:24 | Provider: | | Bonnet-Engebretson, | Unit: | F01 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE 1 Provider: Bonnet-Engebretson, Leonor MD
MEDICAL TRIP RETURN/ORTHO EVALUATION

**New Medication Orders:**

| Rx# | **Medication** | **Order Date** |
|---|---|---|
| | Acetaminophen 325 MG Tablet | 01/19/2021 14:24 |

    **Prescriber Order:** 2 TAB Orally Mouth - Two Times a Day PRN x 30 day(s)

        Indication: Shoulder (pain in joint, shoulder region), Low back pain, lumbago, Sciatica, Other disorder of bone and cartilage

**Copay Required:** No     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bonnet-Engebretson, Leonor MD on 01/19/2021 14:26

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 |
| Date of Birth: | Sex: F Race: BLACK | | Facility: COL |
| Encounter Date: 01/08/2021 14:27 | Provider: Pippin, J. RN | | Unit: F01 |

Nursing - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**       Provider: Pippin, J. RN

Chief Complaint: Medical Trip Return

Subjective:       Inmate returned from Medical trip from Advanced Wellness and Orthopedic Center.

Pain:       No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/08/2021 | 14:49 COX | 97.4 | 36.3 | | Pippin, J. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/08/2021 | 14:49 COX | 83 | | | Pippin, J. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/08/2021 | 14:49 COX | 16 | Pippin, J. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/08/2021 | 14:49 COX | 113/72 | | | | Pippin, J. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/08/2021 | 14:49 COX | 98 | Room Air | Pippin, J. RN |

**Exam:**

**General**

  **Appearance**

    Yes: Appears Well, Alert and Oriented x 3

**Skin**

  **General**

    Yes: Within Normal Limits, Skin Intact

**Head**

  **General**

    Yes: Symmetry of Motor Function

**Eyes**

  **General**

    Yes: Extraocular Movements Intact

**Pulmonary**

  **Observation/Inspection**

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | ORDAZ, LAZARA | | | | Reg #: | 52247-066 |
|---|---|---|---|---|---|---|
| Date of Birth: | 12/17/1958 | Sex: | F | Race: BLACK | Facility: | COL |
| Note Date: | 01/12/2021 15:19 | Provider: | Henderson, Joshua PA-C | Unit: | | F01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Henderson, Joshua PA-C

Inmate is currently in quarantine due to possible exposure to COVID-19 in housing unit and requires two COVID-19 tests for clearance, which will be ordered at this time.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | Recurring | 01/12/2021 00:00 | Routine |
| Labs requested to be reviewed by: | Franco, Karina MD | | |
| Lab Tests-C-COVID-19 Novel Coronavirus | Recurring | 01/26/2021 00:00 | Routine |
| Labs requested to be reviewed by: | Franco, Karina MD | | |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Henderson, Joshua PA-C on 01/12/2021 15:19

125

| Inmate Name: ORDAZ, LAZARA | | | Reg #: 52247-066 | |
|---|---|---|---|---|
| Date of Birth: | | Sex:   F   Race:  BLACK | Facility:  COL | |
| Encounter Date: 01/08/2021 14:27 | | Provider:  Pippin, J. RN | Unit:   F01 | |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/08/2021 | Counseling | Access to Care | Pippin, J. | Verbalizes Understanding |
| 01/08/2021 | Counseling | Plan of Care | Pippin, J. | Verbalizes Understanding |

**Copay Required:** No                    **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes          **By:** Bonnet-Engebretson, Leonor MD

**Telephone or Verbal order read back and verified.**


Completed by Pippin, J. RN on 01/08/2021 14:50

Requested to be cosigned by  Bonnet-Engebretson, Leonor MD.

Cosign documentation will be displayed on the following page.

| Inmate Name: ORDAZ, LAZARA | | Reg #: 52247-066 |
|---|---|---|
| Date of Birth: | Sex: F Race: BLACK | Facility: COL |
| Encounter Date: 01/08/2021 14:27 | Provider: Pippin, J. RN | Unit: F01 |

Yes: Within Normal Limits

No: Apneic, Respiratory Distress

### Cardiovascular

#### Observation

Yes: Within Normal Limits

### Abdomen

#### Inspection

Yes: Within Normal Limits

## ASSESSMENT:

No Significant Findings/No Apparent Distress

Inmate returned from Medical trip from Advanced Wellness and Orthopedic Center. Inmate denies any injury or trauma while out of the facility.

Per returned paperwork:

A NSP was completed, joint access was confirmed with dye and 2 ml of bupivacaine 0.25% and 80 mg depo Medrol was injected. Inmate tolerated procedure well and post injection instructions were given.

Plan: injection as above
increase Mobic 15 mg po q day at mid day med pass x 30 with 3 refills
discuss tx options
follow up 4-6 weeks

## PLAN:

### New Medication Orders:

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Meloxicam Tablet | | 01/08/2021 14:27 |
| | **Prescriber Order:** | 15 mg Orally - daily x 30 day(s) | |

### Discontinued Medication Orders:

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 1009570-COX | Meloxicam 7.5 MG Tab | | 01/08/2021 14:27 |
| | **Prescriber Order:** | Take one tablet (7.5 MG) by mouth each day with food (objective findings) | |
| | Discontinue Type: | When Pharmacy Processes | |
| | Discontinue Reason: new order written | | |
| | Indication: | | |

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedic Surgery | 02/19/2021 | 02/19/2021 | Routine | No | |
| Subtype: | | | | | |
| Off Site, non-surgical | | | | | |
| Reason for Request: | | | | | |
| Follow up per recommendations | | | | | |

### Disposition:

Follow-up at Sick Call as Needed
Discharged to Housing Unit-No Restrictions

 **Quest**
Diagnostics

**Report Status: Final**

**ORDAZ, LAZARA**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **ORDAZ, LAZARA**<br><br>**DOB:**        **AGE: 63**<br>Gender:    F<br>Phone:     NG<br>Patient ID: 52247-066 | Specimen:   TM253568N<br>Requisition: 9248491<br>Lab Ref #:   083221666<br><br>Collected:   04/22/2022 / 10:27 EDT<br>Received:    04/23/2022 / 05:17 EDT<br>Reported:    04/23/2022 / 10:13 EDT | Client #: 123044        04TA999<br>MEADE, JOHN<br>FCI TALLAHASSEE<br>501 CAPITAL CIR NE<br>TALLAHASSEE, FL 32301-3558 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| LIPID PANEL, STANDARD | | | | |
| **CHOLESTEROL, TOTAL** | | **214 H** | <200 mg/dL | TP |
| HDL CHOLESTEROL | 67 | | > OR = 50 mg/dL | TP |
| TRIGLYCERIDES | 58 | | <150 mg/dL | TP |
| **LDL-CHOLESTEROL** | | **133 H** | mg/dL (calc) | TP |

     Reference range: <100

     Desirable range <100 mg/dL for primary prevention;
     <70 mg/dL for patients with CHD or diabetic patients
     with > or = 2 CHD risk factors.

     LDL-C is now calculated using the Martin-Hopkins
     calculation, which is a validated novel method providing
     better accuracy than the Friedewald equation in the
     estimation of LDL-C.
     Martin SS et al. JAMA. 2013;310(19): 2061-2068
     (http://education.QuestDiagnostics.com/faq/FAQ164)

| | | | | |
|---|---|---|---|---|
| CHOL/HDLC RATIO | 3.2 | | <5.0 (calc) | TP |
| **NON HDL CHOLESTEROL** | | **147 H** | <130 mg/dL (calc) | TP |

     For patients with diabetes plus 1 major ASCVD risk
     factor, treating to a non-HDL-C goal of <100 mg/dL
     (LDL-C of <70 mg/dL) is considered a therapeutic
     option.

| | | | | |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC<br>PANEL | | | | TP |
| **GLUCOSE** | | **100 H** | 65-99 mg/dL | |

                                         Fasting reference interval

     For someone without known diabetes, a glucose value
     between 100 and 125 mg/dL is consistent with
     prediabetes and should be confirmed with a
     follow-up test.

| | | | | |
|---|---|---|---|---|
| UREA NITROGEN (BUN) | 15 | | 7-25 mg/dL | |
| **CREATININE** | | **1.14 H** | 0.50-0.99 mg/dL | |

     For patients >49 years of age, the reference limit
     for Creatinine is approximately 13% higher for people
     identified as African-American.

| | | | | |
|---|---|---|---|---|
| **eGFR NON-AFR. AMERICAN** | | **51 L** | > OR = 60 mL/min/1.73m2 | |
| **eGFR AFRICAN AMERICAN** | | **59 L** | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | 13 | | 6-22 (calc) | |
| SODIUM | 135 | | 135-146 mmol/L | |
| POTASSIUM | 4.5 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 99 | | 98-110 mmol/L | |
| CARBON DIOXIDE | 21 | | 20-32 mmol/L | |
| CALCIUM | 9.9 | | 8.6-10.4 mg/dL | |
| PROTEIN, TOTAL | 8.0 | | 6.1-8.1 g/dL | |
| ALBUMIN | 4.6 | | 3.6-5.1 g/dL | |
| GLOBULIN | 3.4 | | 1.9-3.7 g/dL (calc) | |
| ALBUMIN/GLOBULIN RATIO | 1.4 | | 1.0-2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.5 | | 0.2-1.2 mg/dL | |

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

 **Quest**
Diagnostics

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **ORDAZ, LAZARA**<br><br>**DOB:**    :    **AGE: 63**<br>Gender:    F<br>Patient ID: 52247-066 | Specimen:    TM253568N<br>Collected:    04/22/2022 / 10:27 EDT<br>Received:    04/23/2022 / 05:17 EDT<br>Reported:    04/23/2022 / 10:13 EDT | Client #: 123044<br>MEADE, JOHN |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALKALINE PHOSPHATASE | 105 | | 37-153 U/L | |
| AST | 20 | | 10-35 U/L | |
| ALT | 12 | | 6-29 U/L | |
| TSH | 2.80 | | 0.40-4.50 mIU/L | TP |
| T4, FREE | 1.0 | | 0.8-1.8 ng/dL | TP |
| CBC (INCLUDES DIFF/PLT) | | | | TP |
| WHITE BLOOD CELL COUNT | 4.1 | | 3.8-10.8 Thousand/uL | |
| RED BLOOD CELL COUNT | 4.27 | | 3.80-5.10 Million/uL | |
| HEMOGLOBIN | 12.7 | | 11.7-15.5 g/dL | |
| HEMATOCRIT | 36.5 | | 35.0-45.0 % | |
| MCV | 85.5 | | 80.0-100.0 fL | |
| MCH | 29.7 | | 27.0-33.0 pg | |
| MCHC | 34.8 | | 32.0-36.0 g/dL | |
| RDW | 13.8 | | 11.0-15.0 % | |
| PLATELET COUNT | 296 | | 140-400 Thousand/uL | |
| MPV | 11.1 | | 7.5-12.5 fL | |
| ABSOLUTE NEUTROPHILS | 1648 | | 1500-7800 cells/uL | |
| ABSOLUTE LYMPHOCYTES | 2112 | | 850-3900 cells/uL | |
| ABSOLUTE MONOCYTES | 332 | | 200-950 cells/uL | |
| **ABSOLUTE EOSINOPHILS** | | 0 L | 15-500 cells/uL | |
| ABSOLUTE BASOPHILS | 8 | | 0-200 cells/uL | |
| NEUTROPHILS | 40.2 | | % | |
| LYMPHOCYTES | 51.5 | | % | |
| MONOCYTES | 8.1 | | % | |
| EOSINOPHILS | 0.0 | | % | |
| BASOPHILS | 0.2 | | % | |

**PERFORMING SITE:**

TP    QUEST DIAGNOSTICS-TAMPA, 4225 E. FOWLER AVE, TAMPA, FL 33617-2026 Laboratory Director: GLEN L HORTIN,MD,PHD, CLIA: 10D0291120

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

| Complex: | TAL--TALLAHASSEE FCI | | Begin Date: 03/10/2022 | End Date: 03/10/2023 |
|---|---|---|---|---|
| Inmate: | ORDAZ, LAZARA | | Reg #: 52247-066 | Quarter: D11-039L |

## Active Prescriptions

**Start:** 03/24/22 **Exp:** 09/20/22 **D/C:** 09/19/22 **Pharmacy Dispensings:** 175 CAP in 180 days

FLUoxetine HCl 10 MG Cap

Take one capsule (10 MG) by mouth each day *consent form on file * (may increase risk of stomach bleed when taken with meloxicam)

**Rx#:** 261279-TAL **Doctor:** Alexander, M ARNP

**Start:** 09/19/22 **Exp:** 10/19/22 **D/C:** 09/23/22 **Pharmacy Dispensings:** 30 CAP in 30 days

FLUoxetine HCl 10 MG Cap

Take one capsule (10 MG) by mouth each day *consent form on file * (may increase risk of stomach bleed when taken with meloxicam)

**Rx#:** 261528-TAL **Doctor:** Du, Tri (MOUD-M) MD/CD

**Start:** 09/23/22 **Exp:** 09/23/23 **D/C:** 03/21/23 **Pharmacy Dispensings:** 180 CAP in 365 days

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth each day for blood pressure and fluid

**Rx#:** 209383-MNA **Doctor:** Caldwell, Annette ARNP

**Start:** 09/14/21 **Exp:** 03/13/22 **D/C:** 03/11/22 **Pharmacy Dispensings:** 180 TAB in 180 days

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth each day for blood pressure and fluid **continued in transit**

**Rx#:** 253148-TAL **Doctor:** Meade, John (MOUD) MD/SER Regional Physician

**Start:** 03/14/22 **Exp:** 04/13/22 **D/C:** 03/24/22 **Pharmacy Dispensings:** 10 TAB in 30 days

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth each day for blood pressure and fluid

**Rx#:** 253625-TAL **Doctor:** Meade, John (MOUD) MD/SER Regional Physician

**Start:** 03/24/22 **Exp:** 03/24/23 **D/C:** 09/23/22 **Pharmacy Dispensings:** 192 TAB in 365 days

hydroCHLOROthiazide 25 MG Tab

Take one tablet (25 MG) by mouth each day for blood pressure and fluid

**Rx#:** 261529-TAL **Doctor:** Du, Tri (MOUD-M) MD/CD

**Start:** 09/23/22 **Exp:** 09/23/23 **D/C:** 03/21/23 **Pharmacy Dispensings:** 180 TAB in 365 days

LevoTHYROXINE Sodium 75 MCG Tab

Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism

**Rx#:** 209384-MNA **Doctor:** Caldwell, Annette ARNP

**Start:** 09/14/21 **Exp:** 03/13/22 **D/C:** 03/11/22 **Pharmacy Dispensings:** 180 TAB in 180 days

LevoTHYROXINE Sodium 75 MCG Tab

Take one tablet (75 MCG) by mouth each day on an empty stomach (30 minutes before breakfast) for hypothyroidism **continued in transit**

**Rx#:** 253149-TAL **Doctor:** Meade, John (MOUD) MD/SER Regional Physician

130