# EXHIBIT D



U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

_501 Capital Circle, NE_
_Tallahassee, Florida 32301-3572_

June 5, 2024

MEMORANDUM FOR KELVIN A. BROWN, ACTING WARDEN
                FCI/FDC TALLAHASSEE

THRU:           A. Arthur Wastell, Associate Warden
                FCI/FDC Tallahassee

FROM:           F. Edwards, Unit Manager
                FCI/FDC Tallahassee

SUBJECT:        Request for Compassionate Release/RIS
                Ordaz, Lazara
                Reg. No. 52247-066
                Docket No. 2:98CR00587-001


The Unit Team is recommending consideration be given to modify the
imposed term of confinement for inmate Ordaz under Title 18, United
States Code 3582(c)(1)(A).  This request is being made pursuant to
Program Statement 5050.50, Compassionate Release/Reduction in
Sentence: Procedures for implementation of Title 18, United States
Code 3582(c)(1)(A).

Inmate Ordaz was sentenced in Eastern District of Pennsylvania to a
420-month aggregate group sentence, with a five-year term of
supervision for Conspiracy to Distribute More Than 3 Kilograms of a
Controlled Substance (Cocaine), Use of a Communications Facility, and
Possession of a Firearm by a Convicted Felon.  She was designated to
the Federal Bureau of Prisons on November 1, 2000.  She arrived at
FCI Tallahassee, Florida, on April 28, 2022, as an institution-to-
institution transfer.

Inmate Ordaz meets the guidelines stipulated in Program Statement
5050.50, elderly inmates who are 65 years or older and have completed
the greater of 10 years or 75% of their term of imprisonment to which
they were sentenced.  She is currently 65 years old and has completed
24 years and 11 months of imprisonment.  If approved for release from

1

federal custody, inmate Ordaz has been approved to release to the
Eastern District of Pennsylvania.

This case is not subject to the Victim and Witness Protection Act of
1982 (VWP).

Thank you for your consideration of this request. We have enclosed
the supporting documentation along with classification materials. If
you need additional information, please do not hesitate to contact
us.

ADDITIONAL INFORMATION

Sentencing District
Jana G. Law, Chief Probation Officer
Eastern District of Pennsylvania
Wilkie D. Ferguson, Jr., Federal Building
600 Arch Street, Suite 2400
Philadelphia, PA 19106-1611

Family Contact
Lazara Serrano
3246 N. Marshall St.
Philadelphia, PA 19140
(445)345-0151



U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

_501 Capital Circle, NE_
_Tallahassee, Florida 32301-3572_

June 5, 2024

MEMORANDUM FOR JAMES C. WILLS, ASSISTANT DIRECTOR/GENERAL COUNSEL
                OFFICE OF GENERAL COUNSEL
                BUREAU OF PRISONS

FROM:           Kelvin A. Brown, Acting Warden
                FCI/FDC TALLAHASSEE

SUBJECT:        Request for Compassionate Release/RIS
                Ordaz, Lazara
                Reg. No. 52247-066
                Docket No. 2:98CR00587-001


Our staff recommend consideration be given to modify the imposed term
of confinement for inmate Ordaz under Title 18, United States Code
3582(c)(1)(A).  This request is being made pursuant to Program
Statement 5050.50, Compassionate Release/Reduction in Sentence:
Procedures for implementation of Title 18, United States Code
3582(c)(1)(A).

Inmate Ordaz was sentenced in Eastern District of Pennsylvania to a
420-month aggregate group sentence, with a five-year term of
supervision for Conspiracy to Distribute More Than 3 Kilograms of a
Controlled Substance (Cocaine), Use of a Communications Facility, and
Possession of a Firearm by a Convicted Felon.  She was designated to
the Federal Bureau of Prisons on November 1, 2000.  She arrived at
FCI Tallahassee, Florida, on April 28, 2022, as an institution-to-
institution transfer.

Inmate Ordaz meets the guidelines stipulated in Program Statement
5050.50, elderly inmates who are 65 years or older and have completed
the greater of 10 years or 75% of their term of imprisonment to which
they were sentenced.  She is currently 65 years old and has completed
24 years and 11 months of imprisonment.  If approved for release from
federal custody, inmate Ordaz has been approved to release to the
Eastern District of Pennsylvania.

4

This case is not subject to the Victim and Witness Protection Act of 1982 (VWP).

Thank you for your consideration of this request. We have enclosed the supporting documentation along with classification materials. If you need additional information, please do not hesitate to contact us.

ADDITIONAL INFORMATION

Sentencing District
Jana G. Law, Chief Probation Officer
Eastern District of Pennsylvania
Wilkie D. Ferguson, Jr., Federal Building
600 Arch Street, Suite 2400
Philadelphia, PA 19106-1611

Family Contact
Lazara Serrano
3246 N. Marshall St.
Philadelphia, PA 19140
(445)345-0151

6