# EXHIBIT E



## Individualized Needs Plan - Program Review (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: ORDAZ, LAZARA 52247-066

SEQUENCE: 00901487
Team Date: 10-24-2023

| | | | |
|---|---|---|---|
| Facility: | TAL TALLAHASSEE FCI | Proj. Rel. Date: | 07-31-2028 |
| Name: | ORDAZ, LAZARA | Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| Register No.: | 52247-066 | DNA Status: | DAN04325 / 05-24-2011 |
| Age: | 64 | | |
| Date of Birth: | | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| TAL | D UNIT | D UNIT ORDERLY | 06-26-2023 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| TAL | ESL HAS | ENGLISH PROFICIENT | 04-27-2005 |
| TAL | GED HAS | COMPLETED GED OR HS DIPLOMA | 09-11-2003 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| COL | | RPP-COL SCP RE-ENTRY PLANNING | 01-07-2020 | CURRENT |
| TAL F | C | RESUME: THE BASIC | 04-26-2023 | 06-05-2023 |
| TAL F | C | ACE- FOOD TRUCK BUSINESS | 03-06-2023 | 04-10-2023 |
| TAL F | C | ACE- ETSY BUSINESS | 11-08-2022 | 12-27-2022 |
| TAL F | C | ACE-THE ART OF PUBLIC SPEAKING | 06-27-2022 | 09-26-2022 |
| TAL F | C | AIDS AWARE RPP#1 | 05-04-2022 | 05-04-2022 |
| MNA SCP | C | TYPING PROGRAM ACE | 06-10-2021 | 07-21-2021 |
| MNA SCP | C | RPP1-AIDS&STD/INFECTIOUS DISEA | 03-31-2021 | 03-31-2021 |
| COL SCP | C | HEALTHY MIND/BODY JOURNALING | 01-06-2021 | 02-07-2021 |
| COL SCP | C | POST SECOND EDUC-COLLEGE/CORR | 10-01-2019 | 01-05-2021 |
| COL SCP | C | FL BOATING SAFETY | 01-13-2020 | 01-05-2021 |
| COL SCP | C | ADVANCED PAINTING CLASS | 01-15-2020 | 03-04-2020 |
| COM SCP | W | POST SECOND EDUC-COLLEGE/CORR | 06-04-2018 | 10-01-2019 |
| COM SCP | C | ACE CAMP-PUPPY CLASS | 06-24-2019 | 09-05-2019 |
| COM SCP | C | CAMP RE- ENTRY PLANNING | 05-20-2019 | 06-03-2019 |
| COM SCP | C | CAMP ICON MICROSOFT CLASS | 04-15-2019 | 06-21-2019 |
| COM SCP | C | CAMP CUSTODIAL MAINTENANCE VT | 11-16-2018 | 03-15-2019 |
| COM SCP | C | BEGINNERS PAINTING CLASS | 01-22-2019 | 03-14-2019 |
| COM SCP | C | PUBLIC SPEAKING | 07-06-2018 | 09-21-2018 |
| COM SCP | C | SEWING CLASS | 06-30-2018 | 09-06-2018 |
| ALI | C | BUILDING BLOCKS-SPAN 1:00-2:00 | 07-06-2017 | 09-19-2017 |
| ALI | C | DRIVERS LICENSE 9:00-10:00 | 01-15-2017 | 03-15-2017 |
| ALI | C | BUILDING BLOCKS-MON 9:00-10:00 | 01-15-2017 | 03-06-2017 |
| ALI | C | CRIMINAL THINKING CLASS PART | 06-11-2016 | 09-30-2016 |
| ALI | C | WALKING FOR PEOPLE 45 OR OLDER | 06-19-2016 | 07-26-2016 |
| ALI | C | HEALTH AWARENESS CAMP | 10-01-2015 | 12-10-2015 |
| ALI | C | BIGGEST LOSER | 07-03-2015 | 09-11-2015 |
| ALI | C | CIRCUIT I FCI | 06-27-2015 | 08-22-2015 |
| ALI | C | JOB READINESS-FCI | 04-17-2015 | 05-16-2015 |
| ALI | C | SP. ACE CULINARY ARTS 2-FCI | 04-02-2015 | 05-07-2015 |
| ALI | C | LIFE MGMT SKILLS III FCI | 03-14-2015 | 05-04-2015 |
| ALI | C | SP. ACE CULINARY ARTS 1-FCI | 11-20-2014 | 01-15-2015 |
| ALI | C | PAINT 1 FCI | 09-28-2014 | 11-16-2014 |
| ALI | C | DRAWING FCI | 04-06-2014 | 05-24-2014 |
| ALI | C | ADVANCE DRAWING CLASS FCI | 07-27-2014 | 09-14-2014 |
| ALI | C | LIFE MGMT SKILLS II FCI | 10-27-2014 | 12-14-2014 |
| ALI | C | FCI INTERMEDIATE SIGN LANG | 10-01-2014 | 12-03-2014 |



**Individualized Needs Plan - Program Review (Inmate Copy)** SEQUENCE: 00901487

Dept. of Justice / Federal Bureau of Prisons Team Date: 10-24-2023

Plan is for inmate: ORDAZ, LAZARA 52247-066

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ALI | C | RECREATION AIDE FCI | 03-18-2014 | 06-10-2014 |
| ALI | C | COLOR PEN DRAW | 08-03-2014 | 09-14-2014 |
| ALI | C | BEGINNING BEEDING CLASS FCI | 08-04-2014 | 09-14-2014 |
| ALI | C | HANDSEWING | 08-04-2014 | 09-14-2014 |
| ALI | C | LIFE MANAGEMENT SKILLS I | 07-12-2014 | 09-13-2014 |
| ALI | C | SIGN LANGUAGE | 07-29-2014 | 09-02-2014 |
| ALI | C | ACE COMPUTER APPS. WED.& FRI. | 06-03-2014 | 09-02-2014 |
| DAN F | C | MATERIAL COORDINATOR APP. | 10-22-2012 | 07-25-2013 |
| DAN F | C | RANDOM ACTS OF KINDNESS | 08-16-2012 | 09-19-2012 |
| DAN F | C | RANDOM ACTS OF KINDNESS | 08-16-2012 | 09-19-2012 |
| DAN F | C | SCRAP BOOK CLASS | 07-21-2012 | 09-22-2012 |
| DAN F | C | MEDICAL TERMINOLOGY (SPAN) | 04-03-2012 | 06-19-2012 |
| DAN F | C | ACE LONG TERM COMP. 730-930FRI | 11-13-2011 | 05-13-2012 |
| DAN F | C | ORIGAMI LEISURE CLASS | 10-30-2010 | 12-11-2010 |
| DAN F | C | PIANO LESSONS | 07-01-2010 | 08-28-2010 |
| DAN F | C | CROSS STITCH CLASS FCI/FPC | 07-08-2009 | 08-26-2009 |
| DAN F | C | ACE-BLUE PRINT READING | 06-30-2009 | 07-21-2009 |
| DAN F | C | HOBBYCRAFT PAINTING CLASS | 10-19-2008 | 12-14-2008 |
| DAN F | C | DREAM CATCHER FCI/FPC | 04-19-2008 | 05-17-2008 |
| DAN F | C | ACE-BLUE PRINT READING | 09-26-2007 | 10-11-2007 |
| DAN F | C | ACE SPANISH COMPUTER 1 | 04-23-2007 | 12-13-2007 |
| DAN F | C | ACE INTERNATIONAL CUISINE | 08-21-2007 | 10-09-2007 |
| DAN F | C | CROSS STITCH CLASS FCI/FPC | 07-19-2007 | 09-06-2007 |
| DAN F | C | ACE-TYPING IN AFTERNOON | 06-27-2006 | 08-08-2006 |
| DAN F | C | CALLIGRAPHY CLASS FCI/FPC | 07-12-2006 | 08-30-2006 |
| DAN F | C | ACE POETRY | 02-27-2006 | 04-12-2006 |
| DAN F | C | MANAGEMENT STUDIES CERT AOE | 08-09-2005 | 08-09-2005 |
| DAN F | C | ORGANIZATIONAL BEHAVIOR AOE CL | 06-21-2005 | 08-08-2005 |
| DAN F | C | EXPL SEC 3 | 06-09-2005 | 06-14-2005 |
| DAN F | C | VT HORT | 06-01-2005 | 06-14-2005 |
| DAN F | C | EXPL SEC 2 | 06-06-2005 | 06-08-2005 |
| DAN F | C | EXPL SEC 1 | 06-01-2005 | 06-03-2005 |
| DAN F | C | INTERPERSONAL & BUSINESS COMM. | 03-23-2005 | 06-01-2005 |
| DAN F | C | BUSINESS IN SOCIETY-AOE CLASS | 03-23-2005 | 06-01-2005 |
| DAN F | C | ARTS & HUMANITIES-AOE CLASS | 03-23-2005 | 06-01-2005 |
| DAN F | C | BUSINESS MGT-POST SECONDARY | 11-30-2004 | 03-24-2005 |
| DAN F | C | PLASTIC CANVAS FCI/FPC | 01-20-2005 | 03-10-2005 |
| DAN F | C | ACE-BASIC ENGLISH CLASS | 10-19-2004 | 01-11-2005 |
| DAN F | C | HEALTHY RELATIONSHIPS PRTNG ED | 01-05-2004 | 01-05-2004 |
| DAN F | C | BOUNDARIES & OUR PARENTING ED | 12-15-2004 | 12-15-2004 |
| DAN F | C | GENDER IMAGES-MEDIA PRTNG ED | 12-08-2004 | 12-08-2004 |
| DAN F | C | SELF-ESTEEM PARENTING-ED CLASS | 12-01-2004 | 12-01-2004 |
| DAN F | W | STAIN GLASS CLASSES | 07-08-2004 | 09-02-2004 |
| DAN F | C | LEATHERCRAFT HOBBYCRAFT CLASS | 04-18-2004 | 06-06-2004 |
| DAN F | C | RPP5-RELEASE REQUIREMENTS | 05-04-2004 | 05-04-2004 |
| DAN F | C | HOW TO USE LAW LIBRARY | 11-29-2003 | 01-24-2004 |
| DAN F | C | BLACK HISTORY-TUES. 6-8 PM | 09-23-2003 | 01-20-2004 |
| DAN F | C | REACH 1 TEACH 1 AIDS AWARENESS | 10-04-2003 | 11-22-2003 |
| DAN F | C | RPP1-HLTH/NUTRTN-AIDS AWARENES | 05-24-2003 | 05-24-2003 |
| DAN F | W | PRIMARY LIT.(SPA)12:15-2:15 | 03-31-2003 | 03-31-2003 |
| DAN F | C | HOBBYCRAFT PAINTING CLASS | 05-24-2002 | 07-19-2002 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

**Current Care Assignments**



**Individualized Needs Plan - Program Review (Inmate Copy)** SEQUENCE: 00901487

Dept. of Justice / Federal Bureau of Prisons Team Date: 10-24-2023

Plan is for inmate: ORDAZ, LAZARA 52247-066

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 12-23-2005 |
| CARE1-MH | CARE1-MENTAL HEALTH | 06-09-2010 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| CPAP | CPAP MACHINE | 03-08-2022 |
| C19-RCVRD | COVID-19 RECOVERED | 08-19-2022 |
| LOWER BUNK | LOWER BUNK REQUIRED | 03-26-2022 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 10-24-2017 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 06-22-2009 |
| YES F/S | CLEARED FOR FOOD SERVICE | 10-02-2015 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP REFER | DRUG ABUSE PROGRAM REFER | 05-05-2022 |
| DRG E COMP | DRUG EDUCATION COMPLETED | 10-23-2003 |
| ED COMP | DRUG EDUCATION COMPLETE | 12-05-2016 |
| NR WAIT | NRES DRUG TMT WAITING | 10-25-2016 |

**FRP Payment Plan**

Most Recent Payment Plan

**FRP Assignment:** **COMPLT** **FINANC RESP-COMPLETED** **Start: 09-08-2022**

Inmate Decision: **AGREED** **$41.32** Frequency: **SINGLE**

Payments past 6 months: **$0.00** Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $2,200.00 | $1,425.45 | IMMEDIATE | EXPIRED |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |
| 2 | FINE | $1,000.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | *** NO ADJUSTMENTS MADE IN LAST 6 MONTHS *** | | | |

**FRP Deposits**

Trust Fund Deposits - Past 6 months: $ N/A Payments commensurate ? N/A

New Payment Plan: ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 05-06-2021 |
| N-ANGER Y | NEED - ANGER/HOSTILITY YES | 10-04-2023 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 10-04-2023 |
| N-COGNTV N | NEED - COGNITIONS NO | 10-04-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC N | NEED - EDUCATION NO | 10-04-2023 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 10-04-2023 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 10-04-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 10-04-2023 |
| N-MEDICL N | NEED - MEDICAL NO | 10-04-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 10-04-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 10-04-2023 |
| N-TRAUMA N | NEED - TRAUMA NO | 10-04-2023 |
| N-WORK N | NEED - WORK NO | 10-04-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 10-04-2023 |

**Progress since last review**

Since the last program review:
*Has maintained clear conduct throughout this review period.
*Obtained a work assignment as D UNIT ORDERLY.



**Individualized Needs Plan - Program Review (Inmate Copy)** SEQUENCE: 00901487

Dept. of Justice / Federal Bureau of Prisons Team Date: 10-24-2023

Plan is for inmate: ORDAZ, LAZARA 52247-066

*Has enrolled in FOUNDATION.
*Has completed WOMN IN WRKPLCE, NATIONAL PARENTING PGM, PARENT OR NOT TO PARENT, WOMN RELATIONSHPS, PHASE ONE, ASSERT YRSELF, TALKING WITH YOUR DOCTOR, RESUME: THE BASIC.

## Next Program Review Goals

By next program review:
*Complete two RPP class (six-core topics): Health/Nutrition; Employment; Personal Finance; Community Resources; Release Procedures and Personal Growth/Development prior to 04/2024.
*Enroll in Beyond Violence, Anger Management, Non-Res, Narcotics, Anonymous.
*Maintain clear conduct and a steady work detail assignment.
*Enroll in or get on the waitlist for an ACE or VT class of your choosing.

## Long Term Goals

The following Long-Term Goals are recommended:
*Begin/Continue saving money for her eventual release by using the Pre-Release account available in TRULINCS to assist with having financial independence & a cushion to aid with reintegrating into society.
*Obtain Social Security Card, Photo ID, and Birth Certificate in preparation for release by 01/2028.
*Secure a release residence address by 07/2026.
*Continue to engage in behaviors which reflect positive values; that result in a positive impact on your life as well as those around you.
*Maintain regular contact with her family and friends via email and phone calls.
*Enroll/Graduate FIT/RDAP successfully.

## RRC/HC Placement

No.
null.

## Comments

First Step: FTC-Eligible/LOW Risk Recidivism Level

Ordaz identifies as Transgender (F to M): Unit Management reviewed the inmate's current housing unit status, reviewed the pre-release plan, provided information that assists transgender inmates in obtaining the appropriate identification, finding housing and employment, and provided community resources to reintegrate into the community. Ordaz was interviewed and feels safe within the secure confinement of FCI Tallahassee and does not feel threatened in any way.
Inmate Ordaz wants to request Nearer Release transfer to FPC Danbury when eligible with 18mos clear conduct, which would be September 2023. RRC placement will be discussed within 17-19 months from her projected release date, and will be accessed in accordance with the Second Chance Act using the 5-Factor Criteria in 18 USC 3621(B).



**Individualized Needs Plan - Program Review (Inmate Copy)** SEQUENCE: 00901487

Dept. of Justice / Federal Bureau of Prisons Team Date: 10-24-2023

Plan is for inmate: ORDAZ, LAZARA 52247-066

Name: ORDAZ, LAZARA DNA Status: DAN04325 / 05-24-2011

Register No.: 52247-066

Age: 64

Date of Birth:

Inmate (ORDAZ, LAZARA. Register No.: 52247-066)

Date

Unit Manager / Chairperson

Case Manager

Date

Date

```
  TALEJ  540*23 *           SENTENCE MONITORING          *     10-31-2023
 PAGE 001       *             COMPUTATION DATA           *     15:09:22
                              AS OF 10-31-2023

REGNO..: 52247-066 NAME: ORDAZ, LAZARA


FBI NO...........: 439846X5                DATE OF BIRTH:            AGE:  64
ARS1.............: TAL/A-DES
UNIT.............: 3 GP                    QUARTERS.....: D11-039L
DETAINERS........: NO                      NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 02-01-2028

FINAL STATUTORY RELEASE FOR INMATE.: 07-31-2029 VIA GCT REL
          WITH APPLIED FSA CREDITS.: 365  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 07-31-2028 VIA FSA REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: PENNSYLVANIA, EASTERN DISTRICT
DOCKET NUMBER...................: 2:98CR00587-001
JUDGE...........................: BRODY
DATE SENTENCED/PROBATION IMPOSED: 11-01-2000
DATE COMMITTED..................: 01-11-2001
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:  $2,200.00      $00.00          $1,000.00      $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  391     21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE MORE THAN 3 KILOGRAMS OF A
         CONTROLLED SUBSTANCE. (COCAINE)CT 1; 21:843(B) USE OF A
         COMMUNICATIONS FACILITY, CTS 33,37,40,41,44,47,49,50,54,55-62,
         64-66.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   420 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 RELATIONSHIP OF THIS OBLIGATION



G0002       MORE PAGES TO FOLLOW . . .
```

```
  TALEJ  540*23 *            SENTENCE MONITORING            *      10-31-2023
 PAGE 002       *             COMPUTATION DATA              *      15:09:22
                              AS OF 10-31-2023

REGNO..: 52247-066 NAME: ORDAZ, LAZARA


   TO OTHERS FOR THE OFFENDER....: C/C
  DATE OF OFFENSE................: 04-30-1998

-------------------------CURRENT OBLIGATION NO: 020 --------------------------
OFFENSE CODE....:  136     18:922(G) FIREARMS,GUN CNTL
OFF/CHG: 18:922(G)(1) POSSESSION OF A FIREARM BY A CONVICTED FELON.
         CT 74

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   420 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/C
 DATE OF OFFENSE................: 06-24-1996

-------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-24-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-05-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 11-01-2000
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   420 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    35 YEARS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 06-24-1996

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    06-25-1999    10-31-2000
```

G0002       MORE PAGES TO FOLLOW . . .

```
 TALEJ  540*23 *          SENTENCE MONITORING           *     10-31-2023
PAGE 003 OF 003 *          COMPUTATION DATA             *     15:09:22
                           AS OF 10-31-2023

REGNO..: 52247-066 NAME: ORDAZ, LAZARA


TOTAL PRIOR CREDIT TIME.........: 495
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1788
TOTAL GCT EARNED................: 1194
STATUTORY RELEASE DATE PROJECTED: 07-31-2029
ELDERLY OFFENDER TWO THIRDS DATE: 10-24-2022
EXPIRATION FULL TERM DATE.......: 06-23-2034
TIME SERVED.....................:   24 YEARS     4 MONTHS      7 DAYS
PERCENTAGE OF FULL TERM SERVED..:  69.5
PERCENT OF STATUTORY TERM SERVED:  80.9

PROJECTED SATISFACTION DATE.....: 07-31-2028
PROJECTED SATISFACTION METHOD...: FSA REL
    WITH FSA CREDITS INCLUDED...: 365

REMARKS.......: DEFENDANT WAS SERVING A STATE SENTENCE FROM 8-24-98 TO 6-24-99
                USM-PA/E, TOOK HER OUT ON 10-28-98.  WHILE DEFENDANT WAS IN
                FEDERAL CUSTODY HER STATE SENTENCE ENDED. JAIL CREDIT APPLIED
                FROM 6-25-99(DATE STATE SENTENCE ENDED)TO 10-31-00.
                04-24-2020 UPDATED GCT PURSUANT TO FSA. DHC
                3-24-22 UPDTD GCT E/TMO.


G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:52247-066, Last Name:ORDAZ

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

Register Number: 52247-066
Inmate Name
Last.........: ORDAZ
First........: LAZARA
Middle.......:
Suffix.......:
Gender.........: FEMALE

Risk Level Inmate.....: R-LW
General Level.......: R-LW (26)
Violent Level.......: R-LW (2)
Security Level Inmate: LOW
Security Level Facl..: LOW
Responsible Facility.: TAL
Start Incarceration..: 11/01/2000

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 64 | 0 | 0 |
| Violent Offense (PATTERN) | TRUE | 1 | 3 |
| Criminal History Points | 15 | 40 | 5 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 2 | 2 | 2 |
| Education Score | HighSchoolDegreeOrGED | -6 | -2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 1 | 1 | 0 |
| Serious Incident Reports (120 Months) | 1 | 0 | 0 |
| Time Since Last Incident Report | 18 | 0 | 0 |
| Time Since Last Serious Incident Report | 18 | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 31 | -8 | -4 |
| Work Programs | 4 | -4 | -2 |
| | Total | 26 | 2 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 31
General Score: -8, Violent Score: -4
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| DRG | DRG E COMP | 10/23/2003 10:50 | |
| DRG | ED COMP | 12/05/2016 10:00 | |
| EDC | BLACK HIST | 09/23/2003 00:01 | 09/23/2003 00:01 |
| EDC | RCH 1 TH 1 | 10/04/2003 12:30 | 10/04/2003 12:30 |
| EDC | LAW LIB | 11/29/2003 10:23 | 11/29/2003 10:23 |
| EDC | HLTH REL | 01/05/2004 17:45 | 01/05/2004 17:45 |
| EDC | BASIC ENG | 10/19/2004 12:54 | 10/19/2004 12:54 |
| EDC | SELF ESTM | 12/01/2004 17:45 | 12/01/2004 17:45 |
| EDC | GNDR IMAG | 12/08/2004 13:58 | 12/08/2004 13:58 |
| EDC | BND&BDY | 12/15/2004 12:31 | 12/15/2004 12:31 |
| EDC | POETRY | 02/27/2006 12:27 | 02/27/2006 12:27 |

FSA Recidivism Risk Assessment (PATTERN 01.03.00)

Register Number:52247-066, Last Name:ORDAZ

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

| | | | |
|---|---|---|---|
| EDC | TYPING | 06/27/2006 09:37 | 06/27/2006 09:37 |
| EDC | SPAN COMP1 | 04/23/2007 09:36 | 04/23/2007 09:36 |
| EDC | INT CUISIN | 08/21/2007 12:33 | 08/21/2007 12:33 |
| EDC | BLUE PRINT | 06/30/2009 10:41 | 06/30/2009 10:41 |
| EDC | CMP LNG EN | 11/13/2011 19:46 | 11/13/2011 19:46 |
| EDC | MED TRM SP | 04/03/2012 14:20 | 04/03/2012 14:20 |
| EDC | RANDM KIND | 08/16/2012 13:07 | 08/16/2012 13:07 |
| EDC | COMPAPPS-B | 06/03/2014 08:00 | 06/03/2014 08:00 |
| EDC | ACECULINSP | 11/20/2014 08:00 | 11/20/2014 08:00 |
| EDC | ACECULISP2 | 04/02/2015 18:30 | 04/02/2015 18:30 |
| EDC | JOBREADINE | 04/17/2015 09:59 | 04/17/2015 09:59 |
| EDC | C ICON MS | 04/15/2019 11:08 | 04/15/2019 11:08 |
| EDC | C PUPPY | 06/24/2019 10:18 | 06/24/2019 10:18 |
| EDC | C BOATSM | 01/13/2020 09:20 | 01/13/2020 09:20 |
| EDC | C ULTRAKEY | 06/10/2021 09:00 | 06/10/2021 09:00 |
| EDC | PUBLICSPEA | 06/27/2022 18:31 | 06/27/2022 18:31 |
| EDC | ETSYBUSINE | 11/08/2022 11:07 | 11/08/2022 11:07 |
| EDC | FOOD TRUCK | 03/06/2023 18:00 | 03/06/2023 18:00 |
| EDC | RESUME | 04/26/2023 18:00 | 04/26/2023 18:00 |
| WSP | PAR NATLC | 08/03/2023 13:13 | 08/03/2023 13:13 |

---

Item: Work Programs, Value: 4

General Score: -4, Violent Score: -2

Risk Item Data

| Category - | Assignment - | Start | - Stop |
|---|---|---|---|
| EDC | MGT STUDY | 08/09/2005 18:58 | 08/09/2005 18:58 |
| EDC | MAT COORD | 10/22/2012 10:15 | 10/22/2012 10:15 |
| EDC | CMP CUST M | 11/16/2018 10:43 | 11/16/2018 10:43 |
| WRK | RECYCLE | 04/14/2021 11:42 | 04/14/2021 11:42 |