# EXHIBIT F

**From: Lazara Serrano**
Date: Mon, Jul 1, 2024, 12:08 PM
Subject: Laz Ordaz
To: Catherine Sevcenko

My name is Lazara Serrano, named after my mom Lazara Ordaz. I am 28 years old, single with no children living in Philadelphia. I work as a full time caseworker for a home care agency and small business owner for LaFlora.117x which offers customized floral arrangements. I am also a homeowner going on 4 years now.

When my mom is released she will be living with me in the North Philadelphia area. My house is 2 bedroom, 1.5 baths, and finished basement which will be accommodated for her. My mother Milagro and I will be providing her with transportation as needed. Grocery stores, pharmacies, and convenience stores are also walking distance for my mother to visit.

Once my mom is released, I along side my mother will also help her with her with probation check-ins, doctor appointments, job interviews, and work once she gets employed even though she over 65, I think she doesn't need to work due to her medical conditions… all she talks about is staying active with either volunteer work or paid work. I'll make sure my mom is covered by health insurance. She is eligible for Medicare, I will help her fill out the paperwork.

When my mother is released, she will be in a safe environment that will support her rehabilitation process and ensure her physical and emotional well-being. She has a large team of supporters (family) that are going to be helping her become familiar with living outside of prison again. There's not a day that we don't talk about the things we are going to do once she is home. I'm so ready for her to gain a second chance to be home with me and enjoy the time we have left with each other.

Lazara Serrano