IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> LAZARA ORDAZ, <br><br> Defendant. | CRIMINAL ACTION <br> NO. 98-587 |

# ORDER

**AND NOW**, this 25th day of November 2024, upon consideration of Defendant Lazara Ordaz's Second Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 972), the Government's Response in Opposition to Defendant's Motion (Doc. No. 973), and Defendant's Reply to the Government's Opposition (Doc. No. 977), it is **ORDERED** that Defendant Lazara Ordaz's Second Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 972) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.